**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Minnesota
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  ERP Iron Ore, LLC

3. **Other names you know the debtor has used in the last 8 years**  ERPI

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**  ☑ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 28754 County Rd. 61 | 15 Appledore Lane |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Grand Rapids    MN   55744 | Natural Bridge    VA   24578 |
   | City    State   ZIP Code | City    State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Itasca | |
   | County | Number  Street |
   | | |
   | | City    State   ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  ERP Iron Ore, LLC
        Name                                           Case number (if known)_____

6. **Debtor's website** (URL)    http://www.erpironore.com/

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY
     Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  ERP Iron Ore, LLC                               Case number (if known) _____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | GPIOP - See Exhibit A | See Exhibit A | $ 398,101.81 |
| | HT Surface - See Exhibit A | See Exhibit A | $ 6,750.00 |
| | Chester - See Exhibit A | See Exhibit A | $ 47,212.50 |
| | | Total of petitioners' claims | $ (See Exhibit A) |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Glacier Park Iron Ore Properties LLC
Name

755 E Mulberry Ave. Suite 600
Number   Street

San Antonio              TX          78212
City                     State       ZIP Code

Name and mailing address of petitioner's representative, if any

David A. Schlagel
Name

755 E Mulberry Ave. Suite 600
Number   Street

San Antonio              TX          78212
City                     State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-25-2018
            MM / DD / YYYY

X _____  PRESIDENT
Signature of petitioner or representative, including representative's title

**Attorneys**

Dennis M. Ryan
Printed name

Faegre Baker Daniels LLP
Firm name, if any

90 South 7th Street Suite 2200
              Number   Street

Minneapolis             MN          55402
City                    State       ZIP Code

612-766-6810
Contact phone              Email Dennis.Ryan@FaegreBD.com

0161275
Bar number

MN
State

X _____
Signature of attorney

Date signed 5/25/2018
            MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 3

Debtor  ERP Iron Ore, LLC
        Name

Case number (if known)

---

**Name and mailing address of petitioner**

Chester Company Limited
Name

1035 7TH AVENUE EAST
Number   Street

HIBBING                    MN        55746
City                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

COURTNAY BOT
Name

1035 7TH AVENUE EAST
Number   Street

HIBBING                    MN        55746
City                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 25 2018
             MM / DD / YYYY

x _Courtnay Bot, Agent_
Signature of petitioner or representative, including representative's title

Dennis M. Ryan
Printed name

Faegre Baker Daniels LLP
Firm name, if any

90 South 7th Street, Suite 2200
                           Number    Street

Minneapolis                MN        55402
City                       State     ZIP Code

Contact phone  612-766-6810    Email Denis.Ryan@FaegreBD.com

Bar number     0161275

State          MN

x _signature_
Signature of attorney

Date signed   5/25/2018
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

HT Surface and Mineral LLC
Name

740 EAST SUPERIOR STREET
Number   Street

DULUTH                     MN        55802
City                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

COURTNAY BOT
Name

1035 7TH AVENUE EAST
Number   Street

HIBBING                    MN        55746
City                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05252018
             MM / DD / YYYY

x _Courtnay Bot, Agent_
Signature of petitioner or representative, including representative's title

Dennis M. Ryan
Printed name

Faegre Baker Daniels LLP
Firm name, if any

90 South 7th Street, Suite 2200
                           Number    Street

Minneapolis                MN        55402
City                       State     ZIP Code

Contact phone  612-766-6810    Email Dennis.Ryan@FaegreBD.com

Bar number     0161275

State

x _signature_
Signature of attorney

Date signed   5/25/2018
              MM / DD / YYYY

---

Debtor  ERP Iron Ore, LLC
        Name

Case number (if known) _____

**Name and mailing address of petitioner**

ALLETE, Inc. d/b/a Minnesota Power
Name

30 West Superior Street
Number   Street

Duluth          MN        55802
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Alan R. Hodnik, Chairman, President, and CEO
Name

30 West Superior Street
Number   Street

Duluth          MN        55802
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/25/2018
           MM / DD / YYYY

X _[signature: Hodnik]_
Signature of petitioner or representative, including representative's title

Christopher D. Anderson
Printed name

Associate General Counsel ALLETE Inc. - Minnesota Power
Firm name, if any

30 West Superior Street
Number   Street

Duluth          MN        55802
City            State     ZIP Code

Contact phone  218-723-3961    Email  canderson@allete.com

Bar number  21808

State  MN

X _[signature]_
Signature of attorney

Date signed  5/25/2018
             MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____   State ___   ZIP Code ___

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____   State ___   ZIP Code ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____   State ___   ZIP Code ___

Contact phone _____   Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 5

Debtor: ERP Iron Ore, LLC

# EXHIBIT A
## Claimants

| Claimant | Nature of Claim | Amount |
|---|---|---|
| Glacier Park Iron Ore Properties LLC ("GPIOP") | 2016 royalties relating to various mineral leases in accordance with the Order Enforcing the Sale Order and Directing ERP Iron Ore, LLC to Pay Certain Assumed Liabilities [Case No. 15-50307, Dkt. 1719] | $398,101.81 |
| ALLETE, Inc. d/b/a Minnesota Power | Electric Power and Services | $4,381,260.98 |
| HT Surface and Mineral LLC ("HT Surface") | 2016 royalties relating to the Holman Tailings Basin License Agreement dated July 1, 2009 | $6,750.00 |
| Chester Company Limited ("Chester") | 2016 royalties relating to the Holman Tailings Basin License Agreement dated July 1, 2009 | $47,212.50 |
| GPIOP as successor to Great Northern Iron Ore Properties | 2016 royalties relating to the Holman Tailings Basin License Agreement dated July 1, 2009 | $21,037.50 |
| | **TOTAL** | **$4,854,362.79** |