## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Involuntary Chapter 7 |
| ERP Iron Ore, LLC, | 18-50378-RJK |
| Alleged Debtor. | |

### AFFIDAVIT OF SERVICE

### DOCKET NUMBERS 11, 12, 13 AND 16

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK    )

George L. Medina, being duly sworn, hereby deposes and says:

1      I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Dentons US LLP.

2.     On the 12th day June 2018, I served true and correct copies of the following:

- **(Docket No.11)** Motion to dismiss case filed by Chester Company Limited, ERP Iron Ore, LLC, Glacier Park Iron Ore Properties LLC, HT Surface and Mineral LLC;
- **(Docket No. 12)** Allete, Inc. d/b/a Minnesota Power's Consent to Dismissal of Petition and Joinder:  and
- **(Docket No.13)** Expedited Notice of Hearing and Alternative Motion of Alleged Debtor For An Order Abstaining or Dismissing Involuntary Chapter 7 Petition and the Memorandum Supporting Expedited Alternative  Motion of Alleged Debtor For An Order Abstaining or Dismissing Involuntary Chapter 7 Petition upon the parties set forth in the following manner;

  - Exhibit A:  First Class U.S. Mail
  - Exhibit B:  Electronic Mail
  - Exhibit C:  Facsimile

17327006\V-1

3.    On the 13th day June 2018,  I served true and correct copies of the following:

- (**Docket No.16**)  Replacement Exhibit H Expedited Notice of Hearing and Alternative Motion of Alleged Debtor For An Order Abstaining or Dismissing Involuntary Chapter 7 Petition upon the parties set forth in the following manner;

  - Exhibit A:  First Class U.S. Mail
  - Exhibit B:  Electronic Mail

Sworn to before me this
14th  day of June 2018

_____
Notary Public

_____
George Luis Medina

ENOCH RODRIGUES
Notary Public State of New York
No: 01RO5081409
Qualified in New York County
Commission Expires June 30, 20 19

- 2 -

## EXHIBIT A - FIRST CLASS U.S. MAIL

| Entity | with a copy to: |
|---|---|
| Accu-Dig, Inc.<br>4844 East 150 S.<br>Monticello, IN 47960<br>Attention: Kyle Rogers | Cottrell Law Firm, P.A.<br>2287 Waters Drive<br>Mendota Heights, MN 55120<br>Attention: Andrew A. Green, Esq. |
| AW Kuettel & Sons, Inc.<br>3930 Airpark Boulevard<br>Duluth, MN 55811<br>Attention: Thomas Kuettel, President | Fabyanske, Westra, Hart & Thompson PA<br>333 South Seventh Street, Suite 2600<br>Minneapolis, MN 55402<br>Attention: Paul Ratelle, Esq. |
| Brock White Company, LLC<br>2575 Kasota Ave.<br>St. Paul, MN 55108<br>Attention: Jonathan Lloyd | None |
| Central Rent-A-Crane, Inc.<br>c/o All Crane Companies<br>4700 Acorn Dr.<br>Independence, OH 44131<br>Attention: Derek Baumgartner | None |
| Fastenal Company<br>2001 Theurer Blvd.<br>Winona, MN 55987<br>Attention: John Milek, General Counsel | None |
| Ferguson Enterprises, Inc.<br>1057 East 54th Street<br>Indianapolis, IN 46220<br>Attention: Holly Welch | Wagner, Falconer & Judd, Ltd.<br>Fifth Street Towers<br>100 South Fifth Street, Suite 800<br>Minneapolis, MN 55402<br>Attention: Michael J. DuPont, Esq. |
| General Waste Disposal and<br>Recovery Services, Inc.<br>1 SW 7th Street<br>Chisholm, MN 55719<br>Attention: Paul Janssen, Treasurer | Johnson, Killen & Seiler, P.A.<br>230 W. Superior Street, Suite 800<br>Duluth, MN 55802<br>Attention: Roy J. Christensen, Esq |

107643161\V-2

| | |
|---|---|
| Hammerlund's Champion Steel, Inc. d/b/a<br>Champion Steel<br>40 County Road 63<br>Grand Rapids, MN 55744<br>Attention: John A. Stene, Chief Financial Officer<br><br>Hammerlund' Construction<br>40 County Road 63<br>Grand Rapids, MN 55744<br>Attention: John A. Stene, Chief Financial Officer | Fabyanske, Westra, Hart & Thompson PA<br>333 South Seventh Street, Suite 2600<br>Minneapolis, MN 55402<br>Attention: Paul Ratelle, Esq |
| Hunt Electric Corporation<br>4330 W. First Street, Ste. B<br>Duluth, MN 55807<br>Attention: Brad Boos, President-North Division | Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Attention: Aaron A. Dean, Esq. |
| Ironman Concrete Pumping, Inc.<br>37334 State Highway 65<br>Nashwauk, MN 55769<br>Attention: Norm Voigt | Messerli & Kramer P.A.<br>100 South Fifth Street, Suite 1400<br>Minneapolis, MN 55402<br>Attention: Joseph W. Lawver, Esq. |
| The Jamar Company<br>4701 Mike Colalillo Drive<br>Duluth, MN 55807<br>Attention: Craig Fellman, President | Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Attention: Aaron A. Dean, Esq. |
| JK Mechanical Contractors, Inc.<br>240 5th Street<br>Nashwauk, MN 55768<br>Attention: Joe Klamm | Messerli & Kramer P.A.<br>100 South Fifth Street, Suite 1400<br>Minneapolis, MN 55402<br>Attention: Joseph W. Lawver, Esq. |
| John J. Morgan Company<br>1413 Thompson Ave., Suite 1<br>South St. Paul, MN 55075<br>Attention: Thomas G. Morgan,<br>       Secretary/Treasurer | Kurt M. Anderson Law<br>P.O. Box 15667<br>Minneapolis, MN 55415-0667<br>Attention: Brian L. Boysen, Esq.<br><br>Martin & Squires P.A.<br>1st National Bank Building<br>332 Minnesota Street, Suite W2750<br>St. Paul, MN 55101<br>Attention: Michael D. O'Neill |
| K Building Components, Inc.<br>1955 Highway 37<br>Hibbing, MN 55746<br>Attention: Rian Burkes, President | Johnson, Killen & Seiler, P.A.<br>230 W. Superior Street, Suite 800<br>Duluth, MN 55802<br>Attention: Roy J. Christensen, Esq. |
| Kelly Construction of Indiana, Inc.<br>3310 Concord Rd.<br>Lafayette, IN 47905<br>Attention: David Daugherty, President | Barnes & Thornburg LLP<br>700 1st Source Bank Center<br>100 North Michigan<br>South Bend, IN 46601-1632<br>Attention: Mark Adey |
| LeJeune Steel Company<br>118 W. 60th Street<br>Minneapolis, MN 55419<br>Attention: Jim Torborg, President | Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Attention: Aaron A. Dean, Esq. |

107643161\V-2

| | |
|---|---|
| Midwest Constructors, LLC<br>600 Kentucky Avenue, Suite 100<br>Indianapolis, IN 46225<br>Attention: Lynn L. Wall,<br>       Executive Vice President | Mercho Caughey<br>828 E. 64th Street<br>Indianapolis, IN 46220<br>Attention: Ben T. Caughey, Esq.<br><br>Fabyanske, Westra, Hart & Thompson PA<br>333 South Seventh Street, Suite 2600<br>Minneapolis, MN 55402<br>Attention: Paul Ratelle, Esq. |
| Minnesota Industries, Inc.<br>610 Industrial Ave.<br>Chisholm, MN 55719<br>Attention: Paul Janssen, Treasurer | Johnson, Killen & Seiler, P.A.<br>230 W. Superior Street, Suite 800<br>Duluth, MN 55802<br>Attention: Roy J. Christensen, Esq. |
| Noramco Engineering Corporation<br>2729 13th Avenue East<br>Hibbing, MN 55746<br>Attention: James Zimmer, President and CEO | Stinson Leonard Street LLP<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>Attention: Benjamin J. Court, Esq. |
| Northern Industrial Erectors, Inc.<br>P.O. Box 308<br>Grand Rapids, MN 55744<br>Attention: Derek Bostyancic,<br>       Chief Executive Officer | Fabyanske, Westra, Hart & Thompson PA<br>333 South Seventh Street, Suite 2600<br>Minneapolis, MN 55402<br>Attention: Paul Ratelle, Esq.<br><br>and<br><br>Melcher Law Office, PLLC<br>3145 Lexington Ave. So., #21502<br>Eagan, MN 55121-9998<br>Attention: Stephan A. Melcher |
| One Source Equipment Rentals, LLC<br>2835 Concord Road<br>Lafayette, IN 47909<br>Attention: Jack Baxter | Reiling Teder & Schrier, LLC<br>250 Main Street, Suite 601<br>Lafayette, IN 47901<br>Attention: James R. Schrier, Esq. |
| Parsons Electric LLC<br>5960 Main St. NE<br>Minneapolis, MN 55432<br>Attention: Michael T. Northquest, CFO<br>       Jennifer A. Clayson Kraus,<br>       General Counsel | Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Attention: Aaron A. Dean, Esq. |
| Precision Testing, Inc.<br>5559 Enterprise Dr. NE<br>Virginia, MN 55792<br>Attention: Connie Pearson, President | Hedtke Law Office<br>1217 E. 1st Street<br>Duluth, MN 55805<br>Attention: John F. Hedtke, Esq. |
| Range Electric, Inc.<br>1102 North 3rd St.<br>Superior, Wi 54880<br>Attention: Anna Mahan, President | Fabyanske, Westra, Hart & Thompson PA<br>333 South Seventh Street, Suite 2600<br>Minneapolis, MN 55402<br>Attention: Paul Ratelle, Esq. |
| Rapids Process Equipment, Inc.<br>26489 Industrial Blvd.<br>Cohasset, MN 55721<br>Attention: Brent Roering, President | Melcher Law Office, PLLC<br>3145 Lexington Ave. So., #21502<br>Eagan, MN 55121-9998<br>Attention: Stephan A. Melcher |

107643161\V-2

| | |
|---|---|
| Scheck Industrial Corporation<br>800 E. Plainfield Road<br>Countryside, IL 60525<br>Attention: Karen P. Layng<br><br>Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601<br>Attention: Jeff Caress | Gray Plant Mooty<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Attention: Phillip Bohl |
| Shambaugh & Son L.P.<br>7614 Opportunity Drive<br>Fort Wayne, IN 46825<br>Attention: Bill Meyer, Sr., Vice President | None |
| Solid Platforms, Inc.<br>6610 Melton Road<br>Portage, IN 46368<br>Attention: Jason R. Lammertin,<br>            President & Chief Operating Officer | None |
| Toltz, King, Duvall, Anderson and Associates,<br>Incorporated, d/b/a TKDA<br>444 Cedar Street #1500<br>St. Paul, MN 55101<br>Attention: William E. Deitner | Heley, Duncan & Melander, PLLP<br>8500 Normandale Lake Blvd., Suite 2110<br>Minneapolis, MN 55437<br>Attention: Mark J. Heley, Esq.<br>Brian W. Varland, Esq. |
| Trane US Inc.<br>3600 Pammel Creek Road<br>LaCrosse, WI 54601<br>Attention: Robert Roers | Wagner, Falconer & Judd, Ltd.<br>Fifth Street Towers<br>100 South Fifth Street, Suite 800<br>Minneapolis, MN 55402<br>Attention: Mark O. Anderson, Esq. |
| Twin City Fan Companies, Ltd.<br>5959 Trenton Lane N.<br>Plymouth, MN 55442<br>Attention: Christine Arrell, General Counsel | None |
| Ulland Brothers, Inc.<br>1634 Hwy 210<br>Carlton, MN 55718<br>Attention: Lance Strandberg,<br>            Chief Financial Officer | Johnson, Killen & Seiler, P.A.<br>230 W. Superior Street, Suite 800<br>Duluth, MN 55802<br>Attention: Roy J. Christensen, Esq. |
| United Rentals (North America), Inc.<br>6125 Lakeview Road, Suite 300<br>Charlotte, NC 28269<br>Attention: Tara Miller | Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Attention: Aaron A. Dean, Esq. |
| Viking Electric Supply, Inc.<br>451 Industrial Boulevard, NE<br>Minneapolis, MN 55413<br>Attention: Mike Wierzchowski,<br>            Credit Manager | Heley, Duncan & Melander, PLLP<br>8500 Normandale Lake Blvd., Suite 2110<br>Minneapolis, MN 55437<br>Attention: Michael P. Coaty, Esq |

- 6 -

| | |
|---|---|
| Wesco Distribution, Inc.<br>5554 Enterprise Drive NE<br>Virginia, MN 55792<br>Attention: Steven Katz<br>Thomas McMahon | Wagner, Falconer & Judd, Ltd.<br>Fifth Street Towers<br>100 South Fifth Street, Suite 800<br>Minneapolis, MN 55402<br>Attention: Robert A. Judd, Esq. |
| Xtreme Contractors Co., LLC<br>348 E US Highway 24<br>Reynolds, IN 47980<br>Attention: Tara Wilson, Co-Owner | None |
| White County, Indiana<br>2013 West 25 South<br>Monitcello, Indiana 47960<br>Attn: Auditor | Rick Hall<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 |
| Group Vice President - Industrial Products<br>BNSF Railway Company<br>2650 Lou Menk Drive<br>Marketing Office Building<br>Fort Worth, TX 76131 | Ian T. Peck<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219-7672 |
| CSX Transportation, Inc.<br>500 Water Street J842<br>Jacksonville, Florida 32202<br>Attn: Russ Epting | McGuireWoods LLP<br>800 East Canal Street<br>Richmond, Virginia 23219<br>Attn: John H. Maddock III |
| Progress Rail<br>Jonathan Newman<br>1600 Progress Drive<br>Albertsville, AL 35950 | Elizabeth Hulsebos<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Attn: Monica Clark |
| Caterpillar Financial Services Corporation<br>Special Accounts Manager - NABC<br>2120 West End Avenue<br>Nashville, TN 27203 | Elizabeth Hulsebos<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Attn: Monica Clark |

107643161\V-2

| | |
|---|---|
| State of Minnesota<br>Director, Lands and Minerals Division<br>Minnesota Department of Natural Resources<br>500 Lafayette Road<br>St. Paul, MN 55155-4045<br>Attn: Jess Richards<br><br>or<br><br>Assistant Director,<br>Lands and Minerals Division<br>Minnesota Department of Natural Resources<br>500 Lafayette Road<br>St. Paul, MN 55155-4045<br>Attn: Kathy A. Lewis | Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 900<br>Saint Paul, MN 55101-2127<br>Attn: Wendy S. Tien, Esq. |
| Itsaca County<br>Itasca County Attorney<br>123 4th Street NE<br>Grand Rapids, MN 55744<br>Attn: Jack Muhar | Larkin Hoffman<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN 55437-1060<br>Attn: Kenneth C. Edstrom |
| Northern Indiana Public Service Company<br>Attn: Diane Cota<br>801 E. 86th Avenue<br>Merrillville, IN 46410 | None |
| Lighthouse Management Group, Inc.<br>900 Long Lake Road, Suite 180<br>New Brighton, Mn 55112<br>Attention: James Cullen | Fabyanske, Westra, Hart & Thomson, P.A.<br>333 South Seventh Street, Suite 2600<br>Minneapolis, Minnesota 55402<br>Attention: Paul L. Ratelle<br><br>and<br><br>Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, Mn 55402<br>Attention: Aaron A. Dean |
| Wilmington Savings Fund Society, FSB, As Trustee<br>500 Delaware Avenue, 11thfloor<br>Wilmington, Delaware 19801<br>Attention: Geoffrey Lewis | Pryor Cashman<br>7 Times Square<br>New York, NY 10036<br>Attn: David W. Smith |
| Caterpillar Financial Services Corporation<br>2120 West End Avenue<br>Nashville, TN 37027 | None |
| U.S. Bank, National Association<br>60 Livingston Avenue<br>St. Paul, MN 55107<br>Attention: Rick Prokosch | None |

| | |
|---|---|
| Ohio Department Of Revenue<br>4485 Northland Ridge Blvd.<br>Columbus, OH 43229 | None |
| Indiana Department Of Revenue<br>P.O. Box 7224<br>Indianapolis, IN 46207-7224 | None |
| RGGS Land & Minerals, Ltd., L.P.<br>Po Box 4667<br>Houston, TX 77210 | None |
| RGGS Land & Minerals, Ltd., L.P.<br>P.O. Box 1266<br>209 E 8th St. South<br>Virginia, MN 55792 | None |
| HT Surface And Minerals LLC<br>801 East Howard Street<br>Po Box 429<br>Hibbing, MN 55746 | None |
| Great Northern Iron Ore Properties<br>801 East Howard Street<br>PO Box 429<br>Hibbing, MN 55746 | None |
| Chester Company Limited<br>3920 13th Avenue East<br>Suite 7<br>Hibbing, MN 55746 | None |
| Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 S 7th St<br>Minneapolis, MN 55402-3901<br>Attn: Dennis M. Ryan | None |
| Allete, Inc. d/b/a Minnesota Power<br>30 West Superior Street<br>Duluth, MN 55806 | Briggs and Morgan<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Attn: Richard D Anderson |
| Minnesota Department Of Revenue<br>600 North Robert St.<br>St. Paul, MN 55101 | None |
| Glacier Park Company<br>C/O Conoco Phillips Company<br>600 North Dairy Ashford<br>Houston, TX 77079<br>Attn: Land Manager - Rockies Business Unit | None |

107643161\V-2

| | |
|---|---|
| ERP Iron Ore, LLC<br>PO Box 12<br>Marble, MN 55764<br>Attention: Dannie Andrews, Mine Manager | None |
| ERP Iron Ore, LLC<br>35431 Freestone RD<br>Grand Rapids, MN 55744<br>Attention: James Bonner, Grand Rapids General Manager | None |
| ERP Iron Ore, LLC<br>1602 Forest Hills AVE<br>Grand Rapids, MN 55744<br>Attention: Steven Jones, Electrical Engineer | None |
| ERP Iron Ore, LLC<br>116 E 300 S<br>Lafayette, IN 47909<br>Attention: Mark Luttrell, Electrical Supervisor | None |
| ERP Iron Ore, LLC<br>113 4TH Street<br>Nashwauk, MN 55769<br>Attention: Jade Martire, Buyer/WH Coordinator | None |
| ERP Iron Ore, LLC<br>679 6th Avenue<br>Calumet, MN 55716<br>Attention: Dean Menge, Director of Finance | None |
| ERP Iron Ore, LLC<br>32333 Lakeview Drive<br>Grand Rapids, MN 55744<br>Attention: Todd Roth, Managing Director | None |
| ERP Iron Ore, LLC<br>2505 Marian Ave<br>Lafayette, IN 47905<br>Attention: Katherine Burks, Director of Human Resources | None |
| ERP Iron Ore, LLC<br>7565 Lawrie Ln<br>Lafayette, IN 47905<br>Attention: Emily Disher, Maintenance Manager | None |
| ERP Iron Ore, LLC<br>6779 W 800 S<br>Brookston, IN 47923<br>Attention: Nicholas Hendress, Maintenance Supervisor | None |
| ERP Iron Ore, LLC<br>3203 S 530 W<br>Winimac, IN 47996<br>Attention: Russell Labuda, Electrician | None |

| | |
|---|---|
| ERP Iron Ore, LLC<br>10480 N 900 E<br>Monticello, IN 47960<br>Attention:  Danny Phillips, Electrician | None |
| ERP Iron Ore, LLC<br>PO BOX 276<br>Rensselaer, IN 47978<br>Attention:  Brian Solomon, Operator Coordinator | None |
| AFCO<br>PO Box 371889<br>Pittsburgh, PA 15250-7889 | None |
| Baker Fire<br>P.O. Box 766<br>Buhl, MN 55713 | None |
| B Riley & Company LLC<br>11100 Santa Monica BLVD. Suite 800<br>Los Angeles, CA 90025 | None |
| BlueCross BlueShield<br>PO Box 860448<br>Minneapolis, MN 55486-0048 | None |
| BNSF Railway Company<br>PO Box 676160<br>Dallas,  TX 75267-6160 | None |
| Caterpillar Financial Services<br>PO Box 730669<br>Dallas, TX 75373-0669 | None |
| CT Lien Solutions<br>4520 Main Street Suite 1100<br>Kansas City, MO 64111 | None |
| Enervantage<br>12120 Port Grace Blvd. #200<br>LaVista, NE 68128 | None |
| General Security Services Corporation<br>PO Box 823424<br>Philadelphia, PA 19182-3424 | None |
| Keramida<br>401 N College Avenue<br>Indianapolis, IN 46202 | None |
| Itasca County Auditor<br>123 NE 4th St.<br>Grand Rapids, MN 55744 | None |
| Itasca County Land Department<br>1177 LaPrairie Avenue<br>Grand Rapids, MN 55744 | None |
| Itasca County Transportation Department<br>123 4th Street NE<br>Grand Rapids, MN 55744 | None |

107643161\V-2

| | |
|---|---|
| Metro Sales, Inc.<br>1620 East 78th St<br>Minneapolis, MN 55432 | None |
| Minneapolis Oxygen Co.<br>3842 Washington Ave N<br>Minneapolis, MN 55412 | None |
| Minnesota Department of Health - Radioacative<br>Materials Unit<br>PO Box 64497<br>St Paul, MN 55164-0497 | None |
| Minnesota Department of Labor and Industry<br>443 Lafayette Road<br>St Paul, MN 55155 | None |
| Minnesota Department of Natural Resources<br>500 Lafayette Road, Box 10<br>St Paul, MN 55155 | None |
| ModSpace<br>12603 Collections Center Dr<br>Chicago, IL 60693-0126 | None |
| NIPSCO<br>Po Box 13007<br>Merrillville, IN 46411-3007 | None |
| NTS (Northeastern Technical Services)<br>526 Chestnut Street<br>Virginia, MN 55792 | None |
| Progress Rail<br>25083 Network Place<br>Chicago, IL 60673-1250 | None |
| Pryor Cashman, LLP<br>7 Times Square<br>New York, NY 10036 | None |
| Raw Materials & Ironmaking<br>1992 Easthill Drive<br>Bethlemen, PA 18017 | None |
| Rudd Equipment Company<br>Dept. 77432 PO Box 77000<br>Detroit, MI 48277 | None |
| St Louis County Auditor - Treasurer<br>100 N 5th Avenue W<br>Duluth, MN 55802 | None |
| Suttle & Stalnaker<br>1411 Virginia Street, East Suite 100<br>Charleston, WV 25301 | None |
| Swearingen Consulting<br>64624 Woodland Court<br>Aurora, MN 55705 | None |
| Systems Associates, Inc.<br>1932 Industrial Dr.<br>Libertyville, Il 60048 | None |

107643161\V-2

| | |
|---|---|
| Tenova Core<br>75 Remittance Drive, Department 3168<br>Chicago, IL 60675-3168 | None |
| Waste Management of Indiana, LLC<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | None |
| Waste Management of WI-MN<br>PO Box 4648<br>Carol Stream, IL | None |
| Weldstar<br>PO Box 1150<br>Auora, IL 60507 | None |
| Weir Minerals Netherlands C/O Berens & Miller<br>80 South 80th Street, 3720 IDS Center<br>Minneapolis, MN 55402 | None |
| White County Treasurer<br>PO Box 388<br>Monticello, IN 47960 | None |
| Williams Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL 60693-1975 | None |
| Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500, Capella Tower<br>Minneapolis, MN 55402-4629 | None |
| Itasca County Regional Railroad Authority<br>123 N.E. Fourth Street,<br>Grand Rapids, MN 55744 | None |
| Northern Plains Rail Service<br>100 Railroad Avenue, P.O. Box 38<br>Fordville, ND 58231 | None |
| Assistant United States Attorney<br>600 United States Courthouse, 300 South Fourth St.<br>Minneapolis, MN 55415<br>Attn: Roylene A. Champeaux | None |
| Office Of The U.S. Trustee<br>U.S. Courthouse, 300 South Fourth Street, Suite 1015<br>Minneapolis, MN 55402<br>Attn: Sarah J Wencil | None |
| Pocahontas Member<br>192 Summerfield Court<br>Suite 203<br>Roanoke, VA 24019<br>Attn.: Thomas M. Clarke | None |
| ENCECO Member<br>3694 Seaford Drive<br>Columbus, OH 43220<br>Attn: Charles A. Ebetino, Jr | None |

- 13 -

| | |
|---|---|
| Nubai Member<br>Marcy Building, 2nd Floor,<br>Purcell Estate<br>P.O. Box 2416, Road Town,<br>Tortola, British Virgin Islands<br>Attn.: John Oram | None |
| ERP Iron Ore, LLC<br>7908 US Highway 169 - Suite B<br>Bovey, MN 55709<br>Attn: Jennifer E. Bell | None |
| Ilan B. Hammerel<br>5708 N. Via Lozana<br>Tucson AZ 85750-1136 | None |
| Barbara Cundiff Colville<br>507 Morning Star Lane<br>Newport CA 92660 | None |
| Boundary Hunting Camp<br>Michael Antonovich<br>209 Hartley<br>Coleraine MN 55722 | None |
| Caroline C. Herrick<br>411 Mulberry Point Rd.<br>Guilford CT 0643 | None |
| David L. Lewis<br>309 West 43rd Street Ste 105<br>Sioux Falls SD 57105 | None |
| Dr. Michael L. Tuck<br>5416 Lamona Avenue<br>Sherman Oaks CA 91411 | None |
| Hawkinson Construction Company, Inc<br>501 West County Road 63<br>Grand Rapids MN 55744 | None |
| James T. Lewis<br>309 West 43rd Street Ste 105<br>Sioux Falls SD 57105 | None |
| John C. Hammerel, Jr<br>10200 E. Celtic Drive<br>Scottsdale AZ 85620 | None |
| John G. Devaney<br>10 Pond View Drive<br>Nantucket MA | None |
| John Parker Trauernicht<br>60 Bayville Rd.<br>Locust Valley NY 11560 | None |
| Katherine Gay Benoun<br>8, Rue De Levis<br>75017 Paris France | None |
| Kimball H. Knutson<br>2417 33rd Avenue<br>South Minneapolis MN 55406-1463 | None |

- 14 -

| | |
|---|---|
| Magnetation, Inc.<br>Attn: Mathew Lehtinen, President<br>102 Ne 3rd Street Suite 120<br>Grand Rapids MN 55744 | None |
| Mark P. Rogers<br>Trustee of The Mark P. Rogers Revocable Trust<br>Uta Dated August 16, 2006<br>2410 Merrimac Lane<br>Plymouth MN 55447 | None |
| Moose's Hunting Camp<br>David Vidmar<br>36477 Freestone Rd<br>Grand Rapids MN 55744 | None |
| Randall Lee Vannet Trust<br>Randall Lee Vannet, Trustee<br>28938 Arbo Road<br>Grand Rapids MN 55744 | None |
| Schwartz Redi-Mix, Inc.<br>34882 Scenic Hwy<br>Bovey MN 55709 | None |
| Stephen E. Lewis<br>2660 Maple Avenue<br>Northbrook IL 60062 | None |
| William Clayton Trauernicht<br>60 Bayville Rd.<br>Locust Valley NY 11560 | |
| Ward B. Lewis Jr. Revocable Trust<br>Uta Dated September 15, 1977 C/o Erica Lewis<br>490 South Milledge Avenue<br>Athens GA 30601 | None |
| Troumbly Brothers Partnership<br>PO Box 405<br>Taconite MN 55786 | None |
| ERP Iron Ore, LLC<br>192 Summerfield Ct.<br>Suite 203<br>Roanoke, VA 24019<br>Attn: Thomas M. Clarke | None |
| ERP Iron Ore, LLC<br>192 Summerfield Ct.<br>Suite 203<br>Roanoke, VA 24019<br>Attn: Jennifer Bell | None |
| DSA Investments Inc.<br>Level 28G, Silver Tower<br>Cluster I, Jumeirah Lake Towers<br>P.O. Box 393324<br>Dubai, United Arab Emirates<br>Attn:    Narenderkumar Dharamveer<br>         Manoj Madnani | None |

- 15 -

| | |
|---|---|
| John Oram<br>DSA Investments Inc.<br>Level 28G, Silver Tower<br>Cluster I, Jumeirah Lake Towers<br>P.O. Box 393324<br>Dubai, United | None |

107643161\V-2

**EXHIBIT B - ELECTRONIC MAIL**

| Entity | Email |
|---|---|
| Sarah J Wencil<br>Us Trustee Office | Sarah.J.Wencil@usdoj.gov |
| Roylene A. Champeaux<br>United States Attorney's Office | Roylene.Champeaux@usdoj.gov |
| Lighthouse Management Group, Inc.<br>with A Copy To:<br><br>Fabyanske, Westra, Hart & Thomson, P.A.<br>Moss & Barnett | jcullen@lighthousemanagement.com<br>pratelle@fwhtlaw.com<br>aaron.dean@lawmoss.com |
| Accu-Dig, Inc.<br><br>with A Copy To:<br><br>Cottrell Law Firm, P.A. | krogers@accudigservices.com<br>Andrew@cottrelllawfirm.com |
| Aw Kuettel & Sons, Inc.<br><br>with A Copy To:<br><br>Fabyanske, Westra, Hart & Thompson Pa | pratelle@fwhtlaw.com |
| Brock White Company, LLC | jlloyd@brockwhite.com |
| Central Rent-A-Crane, Inc. | dbaumgartner@allcleveland.com |
| Fastenal Company | jmilek@fastenal.com |
| Ferguson Enterprises, Inc.<br><br>with A Copy To:<br><br>Wagner, Falconer & Judd, Ltd. | holly.welch@ferguson.com<br>mdupont@wfjlawfirm.com |
| General Waste Disposal And Recovery Services, Inc.<br><br>with A Copy To:<br><br>Johnson, Killen & Seiler, P.A. | Janssen@mncomp.com<br>rchristensen@duluthlaw.com |

107643161\V-2

| | |
|---|---|
| Hammerlund's Champion Steel, Inc. D/B/A Champion Steel<br>Hammerlund Construction<br><br>with A Copy To:<br><br>Fabyanske, Westra, Hart & Thompson Pa | john.stene@hammerlundconstruction.com<br>pratelle@fwhtlaw.com |
| Hunt Electric Corporation<br><br>with A Copy To:<br><br>Moss & Barnett | bboos@huntelec.com<br>aaron.dean@lawmoss.com |
| Ironman Concrete Pumping, Inc.<br>with A Copy To:<br><br>Messerli & Kramer P.A. | noberavo@gmail.com<br>jlawver@messerlikramer.com |
| The Jamar Company<br>with A Copy To:<br><br>Moss & Barnett | Craig.Fellman@jamarcompany.us<br>aaron.dean@lawmoss.com |
| JK Mechanical Contractors, Inc.<br><br>with A Copy To:<br><br>Messerli & Kramer P.A. | joe@jkmechinc.com<br>jlawver@messerlikramer.com |
| John J. Morgan Company<br>with A Copy To:<br><br>Kurt M. Anderson Law<br>Martin & Squires P.A. | tom@jjmorgan.com<br>brianb@kmalawmn.com<br>mdoneill@martinsquires.com |
| K Building Components, Inc.<br><br>with A Copy To:<br><br>Johnson, Killen & Seiler, P.A. | rianb@nelsonkbc.com<br>rchristensen@duluthlaw.com |
| Kelly Construction Of Indiana, Inc.<br><br>with A Copy To:<br><br>Barnes & Thornburg LLP | Dave.Daugherty@thekelly-group.com<br>Mark.Adey@btlaw.com |

107643161\V-2

| | |
|---|---|
| Lejeune Steel Company<br><br>with A Copy To:<br><br>Moss & Barnett | jim.torborg@apigroupinc.us<br>aaron.dean@lawmoss.com |
| Midwest Constructors, LLC<br><br>with A Copy To:<br><br>Mercho Caughey<br>Fabyanske, Westra, Hart & Thompson Pa | lwall@midwestconstructors.com<br>ben.caughey@merchocaughey.com<br>pratelle@fwhtlaw.com |
| Minnesota Industries, Inc.<br><br>with A Copy To:<br><br>Johnson, Killen & Seiler, P.A. | Janssen@mncomp.com<br>rchristensen@duluthlaw.com |
| Noramco Engineering Corporation<br><br>with A Copy To:<br><br>Stinson Leonard Street LLP | jim.zimmer@noramcoeng.com<br>benjamin.court@stinson.com |
| Northern Industrial Erectors, Inc.<br><br>with A Copy To:<br><br>Fabyanske, Westra, Hart & Thompson Pa<br>Melcher Law Office, PLLC | dbostyancic@nie-mn.com<br>pratelle@fwhtlaw.com<br>steve@melcherlawoffice.com |
| One Source Equipment Rentals, LLC<br><br>with A Copy To:<br><br>Reiling Teder & Schrier, LLC | jbaxter@onesourcerental.com<br>jrs@rtslawfirm.com |
| Parsons Electric LLC<br><br>with A Copy To:<br><br>Moss & Barnett | Mike.Northquest@ParsonsCorp.com<br>jennifer.kraus@parsonscorp.com<br>aaron.dean@lawmoss.com |
| Precision Testing, Inc<br><br>with A Copy To:<br><br>Hedtke Law Office | connie@precisiontestinc.com<br>john@hedtkelaw.com |

| | |
|---|---|
| Range Electric, Inc.<br><br>with A Copy To:<br><br>Fabyanske, Westra, Hart & Thompson Pa | pratelle@fwhtlaw.com |
| Rapids Process Equipment, Inc.<br><br>with A Copy To:<br><br>Melcher Law Office, PLLC | brent@rpeus.com<br>steve@melcherlawoffice.com |
| Scheck Industrial Corporation And Its Assignee Liquidity Solutions, Inc.<br><br>with A Copy To:<br><br>Gray Plant Mooty | KPLayng@goscheck.com<br>jcaress@liquiditysolutions.com<br>phillip.bohl@gpmlaw.com |
| Shambaugh & Son LP | bmeyer@shambaugh.com |
| Solid Platforms, Inc. | jason.lammertin@solidplatforms.com |
| Toltz, King, Duvall, Anderson & Associates, Incorporated, D/B/A TKDA<br><br>with A Copy To:<br><br>Heley, Duncan & Melander, PLLP | William.deitner@tkda.com<br>mheley@heleyduncan.com<br>bvarland@heleyduncan.com |
| Trane Us Inc.<br><br>with A Copy To:<br><br>Wagner, Falconer & Judd, Ltd. | broers@trane.com<br>manderson@wfjlawfirm.com |
| Twin City Fan Companies, Ltd. | CArrell@tcf.com |
| Ulland Brothers, Inc.<br><br>with A Copy To:<br><br>Johnson, Killen & Seiler, P.A. | lstrandberg@Ulland.com<br>rchristensen@duluthlaw.com |

| | |
|---|---|
| United Rentals (North America), Inc.<br><br>with A Copy To:<br><br>Moss & Barnett | tara@makpc.com<br>aaron.dean@lawmoss.com |
| Viking Electric Supply, Inc<br><br>with A Copy To:<br><br>Heley, Duncan & Melander, PLLP | Mike.Wierzchowski@vikingelectric.com<br>mpcoaty@heleyduncan.com |
| Wesco Distribution, Inc.<br><br>with A Copy To:<br><br>Wagner, Falconer & Judd, Ltd | skatz@wescodist.com<br>tmcmahon@wescodist.com<br>rjudd@wfjlawfirm.com |
| Xtreme Contractors Co., LLC | tarawilson.xtreme@comcast.net |
| White County, Indiana<br><br>with A Copy To:<br><br>Barnes & Thornburg LLP | richard.hall@btlaw.com |
| Group Vice President - Industrial Products<br>BNSF Railway Company<br><br>with A Copy To:<br><br>Haynes And Boone, LLP | ian.peck@haynesboone.com |
| CSX Transportation, Inc.<br><br>with A Copy To:<br><br>McGuirewoods | jmaddock@mcguirewoods.com |
| Progress Rail<br><br>with A Copy To:<br><br>Monica Clark<br>Dorsey & Whitney LLP | clark.monica@dorsey.com |

- 21 -

| | |
|---|---|
| State Of Minnesota<br><br>with A Copy To:<br><br>Assistant Attorney General Office of The Minnesota Attorney General | wendy.tien@ag.state.mn.us |
| Itsaca County<br><br>with A Copy To:<br><br>Larkin Hoffman | kedstrom@larkinhoffman.com |
| Wilmington Savings Fund Society, FSB, as Trustee<br><br>with copy toL<br><br>Pryor Cashman | glewis@wsfsbank.com<br>dsmith@pryorcashman.com |
| Itasca County Regional Railroad Authority | attorneys.office@co.itasca.mn.us |
| Northern Plains Rail Service | Daniel_Watson@nprail.com |
| Minnesota Department Of Natural Resources | Sara.Bruggeman@Hennepin.Us |
| Winthrop And Weinstine, P.A | Mrosow@Winthrop.Com |
| Allete, Inc. d/b/a Minnesota Power | randerson@briggs.com |

107643161\V-2

**EXHIBIT C - FACSIMILIE**

| Entity | Attorney/Contact | Fax Number |
|--------|------------------|------------|
| US Trustee Office | Sarah J Wencil, Esq. | (612) 334-4032 |
| United States Attorney's Office | Roylene A. Champeaux , Esq. | (612) 664-5787 |
| Lighthouse Management Group, Inc. Aw Kuettel & Sons, Inc. Hammerlund's Champion Steel, Inc. D/B/A Champion Steel Hammerlund Construction Midwest Constructors, LLC Northern Industrial Erectors, Inc. Range Electric, Inc. | Paul L. Ratelle Fabyanske, Westra, Hart & Thomson, P.A. | (612) 359-7602 |
| Lighthouse Management Group, Inc. Hunt Electric Corporation The Jamar Company Lejeune Steel Company United Rentals (North America), Inc. Parsons Electric LLC | Aaron A. Dean, Esq. Moss & Barnett | (612) 877-5999 |
| Accu-Dig, Inc. | Andrew A. Green, Esq. Cottrell Law Firm, P.A. | (651) 905-0552 |
| Brock White Company, LLC | Jonathan Lloyd | (651) 647-0403 |
| Central Rent-A-Crane, Inc. | Derek Baumgartner | (216) 642-7633 |
| Fastenal Company | John Milek, General Counsel | (507) 453-8049 |
| Ferguson Enterprises, Inc. | Michael J. DuPont, Esq. Wagner, Falconer & Judd, Ltd. | (612) 392-3999 |
| General Waste Disposal And Recovery Services, Inc. K Building Components, Inc. Minnesota Industries, Inc. Ulland Brothers, Inc. | Roy J. Christensen, Esq. Johnson, Killen & Seiler, P.A. | (218) 722-3031 |
| Ironman Concrete Pumping, Inc. JK Mechanical Contractors, Inc. | Joseph W. Lawyer, Esq. Messerli & Kramer P.A. | (612) 672-3777 |
| John J. Morgan Company | Brian L. Boysen, Esq Kurt M. Anderson Law | (612) 677-3023 |
| John J. Morgan Company | Michael D. O'Neill Martin & Squires P.A. | (218) 722-3031 |
| Kelly Construction of Indiana, Inc. | Mark Adey, Esq. Barnes & Thornburg LLP | (574) 237-1125 |
| Noramco Engineering Corporation | Benjamin J. Court, Esq. Stinson Leonard Street LLP | (612) 335-1657 |
| One Source Equipment Rentals, LLC | James R. Schrier, Esq Reiling Teder & Schrier, LLC | (765) 423-4564 |

- 23 -

| | | |
|---|---|---|
| Precision Testing, Inc | John F. Hedtke, Esq.<br>Hedtke Law Office | (218) 728-0038 |
| Scheck Industrial Corporation and Its Assignee Liquidity Solutions, Inc. | Phillip Bohl, Esq.<br>Gray Plant Mooty | (612) 632-4000 |
| Shambaugh & Son LP | Bill Meyer, Sr., Vice President | (260) 487-7701 |
| Solid Platforms, Inc. | Jason R. Lammertin, President & Chief Operating Officer | (219) 762-0341 |
| Toltz, King, Duvall, Anderson & Associates, Incorporated, D/B/A TKDA<br>Viking Electric Supply, Inc | Mark J. Heley, Esq.<br>Brian W. Varland, Esq<br>Heley, Duncan & Melander, PLLP | (952) 841-0041 |
| Trane US Inc.<br>Wesco Distribution, Inc. | Mark O. Anderson, Esq.<br>Wagner, Falconer & Judd, Ltd. | (612) 392-3999 |
| Xtreme Contractors Co., LLC | Tara Wilson, Co-Owner | (219) 984-5495 |
| White County, Indiana | Rick Hall, Esq.<br>Barnes & Thornburg LLP | (317) 231-7433 |
| Group Vice President - Industrial Products<br>BNSF Railway Company | Ian T. Peck, Esq.<br>Haynes and Boone, LLP | (214) 651-5940 |
| CSX Transportation, Inc.<br>with a copy to: | John H. Maddock III, Esq.<br>McGuireWoods | (804) 698-2186 |
| Progress Rail | Monica Clark<br>Dorsey & Whitney LLP | (612) 340-2643 |
| State of Minnesota | Wendy S. Tien, Esq.<br>Assistant Attorney General<br>Office of the Minnesota Attorney General | (651) 297-8265 |
| Itsaca County | Kenneth C. Edstrom<br>Larkin Hoffman | (952) 842-1719 |
| Wilmington Savings Fund Society, FSB, as Trustee | Geoffrey Lewis<br>David W. Smith | (302) 421-9137<br>(212) 326.0806 |
| Itasca County Regional Railroad Authority | John J. Muhar | (218) 327-0605 |
| Northern Plains Rail Service | Daniel Watson | (701) 229-3365 |
| Winthrop And Weinstine, P.A | Related to: ERP Iron Ore, LLC Involuntary Case No. 18-50378 (RJK) | (612) 604-6800 |
| Lighthouse Management Group, Inc. | James Cullen | (651) 967-1964 |
| Allete, Inc. d/b/a Minnesota Power | Richard D Anderson<br>Briggs and Morgan | 612-977-8650 |