**AMENDED**
**EXHIBIT A**[1]
**Contracts to be Rejected**

| CREDITOR | MAILING ADDRESS | CONTRACT DESCRIPTION[2] | DATE |
|---|---|---|---|
| Applied Industrial Technologies | 1 Applied Plaza<br>Cleveland, OH 44115 | MRO Procurement Agreement | July 1, 2014 |
| BNSF Railway Company | Attn: Contract Administrator<br>P.O. Box 961069<br>Ft. Worth, TX 76161-0 069 | Memorandum of Understanding | January 1, 2013 |
| BNSF Railway Company | Jones Lang Lasalle Global Services-RR, Inc<br>3017 Lou Menk Drive Suite 100<br>Ft. Worth, TX 76131-2800 | Demurrage Contract | February 1, 2015 |
| BNSF Railway Company | Jones Lang Lasalle Global Services-RR, Inc<br>3017 Lou Menk Drive Suite 100<br>Ft. Worth, TX 76131-2800 | Locomotive and Telemetry Device Use and Liability Agreement | August 15, 2011 |
| BNSF Railway Company | Jones Lang Lasalle Global Services-RR, Inc<br>3017 Lou Menk Drive Suite 100<br>Ft. Worth, TX 76131-2800 | Lease For Land and Track | July 25, 2011 |
| BNSF Railway Company | Jones Lang Lasalle Brokerage, Inc.<br>4300 Amon Carter Blvd., Suite 100<br>Ft. Worth, TX 76155 | Private Crossing Agreement | September 27, 2012 |

---

[1] In including a contract on this Exhibit A, the Debtor is not admitting or conceding that such contract is in fact an executory contract or unexpired lease, all rights are reserved in that respect.

[2] This list is deemed to include the contract, as such contract has been amended or supplemented from time to time.

{00408779 }

| CREDITOR | MAILING ADDRESS | CONTRACT DESCRIPTION[2] | DATE |
|---|---|---|---|
| BNSF Railway Company | Jones Lang Lasalle Brokerage, Inc.<br>4300 Amon Carter Blvd., Suite 100<br>Ft. Worth, TX 76155 | Industry Track Agreement | July 25, 2011 |
| BNSF Railway Company | PO Box 676160<br>Dallas, TX 75267-6160 | First Amendment to Locomotive and Telemetry Device Use and Liability Agreement | April 7, 2014 |
| BNSF Railway Company and CSX Transportation | Group Vice Industrial Products<br>2650 Lou Menk Drive<br>Ft. Worth, TX 76131-2800 | Master Transportation Contract | December 26, 2013 |
| Caterpillar Financial Services Corporation | 2120 West End Avenue<br>Nashville, TN 37203 | Tax Lease | February 7, 2017 |
| CSX TRANSPORATION, INC. | 500 Water Street<br>Jacksonville, FL 32202 | Facility Encroachment Agreement | October 2, 2013 |
| CSX TRANSPORATION, INC. | 500 Water Street<br>Jacksonville, FL 32202 | Private Sidetrack Agreement | April 8, 2014 |
| CSX TRANSPORATION, INC. | 500 Water Street<br>Jacksonville, FL 32202 | Master Transportation Contract | December 26, 2013 |
| CSX Transportation, Inc | Russ Epting<br>CSX Transportation, Inc.<br>500 Water Street<br>Jacksonville, FL 32202 | Locomotive Trip Lease (Unit Iron Ore Train Loading & Unloading) | February 12, 2015 |
| Enervantage | 12120 Port Grace Blvd. #200<br>La Vista, NE 68128 | Service Agreement Energy Assistance | April 12, 2017 |
| Itasca County Regional Railroad Authority | Attn: Karin Grandia, Itasca County Engineer<br>123 4th Street Ne<br>Grand Rapids, MN 55744 | Temporary Rail Line Access & Use Agreement (Rail Access & Use Agreement) | September 23, 2014 |
| Metro Sales, Inc. | 1620 East 78th St<br>Minneapolis, MN 55432 | Copier Service Agreement | May 24, 2017 |

108611746\V-3

| | | | |
|---|---|---|---|
| Minnesota Power | Attn: Vp Marketing & Corp. Communications<br>30 West Superior Street<br>Duluth, MN 55802 | Amended and Restated Electric Service Agreement | May 4, 2015 |
| Minnesota Power | Attn: Vp Marketing & Corp. Communications<br>30 West Superior Street<br>Duluth, MN 55802 | Amended and Restated Electric Service Agreement | May 4, 2015 |
| Minnesota Power | Attn: Vice President-marketing And Corporate Communications<br>30 West Superior Street<br>Duluth, MN 55802 | Electric Service Agreement | January 27, 2014 |
| Minnesota Power | Patrick Mullen, Vp Marketing & Public Affairs<br>30 West Superior Street<br>Duluth, MN 55802 | Electric Service Agreement | May 2, 2011 |
| Minnesota Power | Attn: Kristin Renskers- Mn Representative<br>30 West Superior Street<br>Duluth, MN 55802 | Outdoor And Area Light Agreement | December 23, 2014 |
| Progress Rail Leasing Corporation | 1600 Progress Drive<br>Albertville, Alabama 35950<br>Attn: John Newman | Master Railcar Lease Agreement | January 30, 2017 |
| The State Of Minnesota | Department Of Natural Resources Division Of Lands And Minerals<br>500 Lafayette Road<br>St. Paul, MN 55155-4045 | State Iron Ore Mining Lease - Lease No.2105-N | March 7, 2013 |
| The State Of Minnesota | Department Of Natural Resources Division Of Lands And Minerals<br>500 Lafayette Road<br>St. Paul, MN 55155-4045 | State Iron Ore Mining Lease - Lease No.2106-N | March 7, 2013 |

108611746\V-3

| The State Of Minnesota | Department Of Natural Resources Division Of Lands And Minerals<br>500 Lafayette Road<br>St. Paul, MN 55155-4045 | State Iron Ore Mining Lease - Lease No.2107-N | March 7, 2013 |
|---|---|---|---|
| The State Of Minnesota | Department Of Natural Resources Division Of Lands And Minerals<br>500 Lafayette Road<br>St. Paul, MN 55155-4045 | State Iron Ore Mining Lease - Lease No. I-5105-N | March 7, 2013 |
| The State Of Minnesota | Department Of Natural Resources Division Of Lands And Minerals<br>500 Lafayette Road<br>St. Paul, MN 55155-4045 | State Iron Ore Mining Lease - Lease No. 2108-N<br>North Half Of Southeast (N1/2-Se1/4), Southwest Quarter Of Southwest (Sw1/4 -Se1/4), All In Thirty-Six (36), Township Fifty-Six (56) North, Range Twenty-Five (25) West Of The Fourth Principal Meridian | March 7, 2013 |
| Weir Industrial | Egtenrayseweg<br>9 PH 5928<br>The Netherlands<br><br>and<br><br>Berens and Miller, PA<br>80 S 8th  #3720<br>Minneapolis, MN 55402<br>Attn: Barbara Podlucky Berens | Purchase Order and Contract for the procurement of a High Pressure Grinding Roll High Pressure Grinding Roll | January 5, 2017 |