## *Exhibit A*

**to** *Objection of Progress Rail Leasing Corporation to Motion for Authority to Reject Executory Contracts and Unexpired leases Nunc Pro Tunc to July 19, 2018* **(Docket No. 110)**

## 696 ERP Car Trace                                        7/31/2018

| Count | 237 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Initial | Number | Location City | State | Month | Day | Time | L or E | Event | Train ID | Destination City | State | Reporting RR |
| MGPX | 154 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 174 | CIUDAD FRONTER | CU | 7 | 24 | 839 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 223 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 229 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 239 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 241 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 242 | CIUDAD FRONTER | CU | 7 | 24 | 839 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 255 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 264 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 273 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 288 | ALTAMIRA | TM | 7 | 31 | 1012 | L | Release from Cust | | | | FXE |
| MGPX | 290 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 301 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 309 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 318 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 337 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 339 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 342 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 343 | ALTAMIRA | TM | 7 | 23 | 601 | L | Hold or Delayed | | | | FXE |
| MGPX | 344 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 345 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 346 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 347 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 348 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 349 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 350 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 351 | CIUDAD FRONTER | CU | 7 | 24 | 444 | E | Release from Hold | | ALTAMIRA | TM | FXE |
| MGPX | 352 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 353 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 354 | ALTAMIRA | TM | 7 | 31 | 1012 | L | Release from Cust | | | | FXE |
| MGPX | 355 | CIUDAD FRONTER | CU | 7 | 26 | 704 | E | Release from Hold | | ALTAMIRA | TM | FXE |
| MGPX | 356 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 357 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 358 | MONTERREY FERR | NL | 7 | 19 | 1417 | E | Bad Order Release | | ALTAMIRA | TM | FXE |
| MGPX | 360 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 361 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 362 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 363 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 364 | ALTAMIRA | TM | 7 | 31 | 1011 | L | Release from Cust | | | | FXE |
| MGPX | 365 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 366 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 367 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 368 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 369 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 370 | GENERAL COSS | CU | 7 | 31 | 1328 | E | Departure | FFRAL3 | ALTAMIRA | TM | FXE |
| MGPX | 371 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 372 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 373 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 374 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 375 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 376 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 377 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 378 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 379 | CIUDAD FRONTER | CU | 7 | 24 | 839 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 380 | ALTAMIRA | TM | 7 | 31 | 1011 | L | Release from Cust | | | | FXE |
| MGPX | 382 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 383 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 384 | ALTAMIRA | TM | 7 | 31 | 1011 | L | Release from Cust | | | | FXE |
| MGPX | 385 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 387 | ALTAMIRA | TM | 7 | 30 | 1501 | L | Release from Cust | | | | FXE |
| MGPX | 388 | ALTAMIRA | TM | 7 | 31 | 1011 | L | Release from Cust | | | | FXE |
| MGPX | 390 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 391 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 392 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 393 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 394 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 395 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 396 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 397 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGPX | 398 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 399 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 400 | CIUDAD FRONTER | CU | 7 | 24 | 839 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 401 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 402 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 403 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 404 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 405 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 406 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 407 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 408 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 409 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 410 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 411 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 412 | ALTAMIRA | TM | 7 | 31 | 1013 | L | Release from Cust | | | | FXE |
| MGPX | 413 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 414 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 415 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 417 | ALTAMIRA | TM | 7 | 31 | 1012 | L | Release from Cust | | | | FXE |
| MGPX | 418 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 419 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 421 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 422 | GENERAL COSS | CU | 7 | 31 | 1328 | E | Departure | FFRAL3 | ALTAMIRA | TM | FXE |
| MGPX | 424 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 426 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 429 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 431 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 432 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 433 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 434 | MONTERREY FERR | NL | 7 | 30 | 2215 | L | Arrive In-Transit | 2XTMY0 | | | FXE |
| MGPX | 436 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 437 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 438 | CIUDAD FRONTER | CU | 7 | 30 | 643 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 439 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 440 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 441 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 444 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 445 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 446 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 447 | ALTAMIRA | TM | 7 | 26 | 601 | L | Hold or Delayed | | | | FXE |
| MGPX | 449 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 450 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 451 | ALTAMIRA | TM | 7 | 30 | 1502 | L | Release from Cust | | | | FXE |
| MGPX | 452 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 454 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 455 | CIUDAD FRONTER | CU | 7 | 24 | 839 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 456 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 457 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 459 | CIUDAD FRONTER | CU | 7 | 24 | 839 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 460 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 477 | ALTAMIRA | TM | 7 | 26 | 420 | E | Pulled from Cust | YALT01 | | | FXE |
| MGPX | 582 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 584 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 587 | CIUDAD FRONTER | CU | 7 | 26 | 1625 | E | Bad Order Release | | BATROUGE | LA | FXE |
| MGPX | 588 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 589 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 592 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 593 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 594 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 595 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 597 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 598 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 599 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 600 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 601 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 602 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 603 | CIUDAD FRONTER | CU | 7 | 18 | 2123 | E | Release from Cust | | | | FXE |
| MGPX | 605 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 606 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 607 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 609 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 612 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 613 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 614 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGPX | 615 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 616 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 617 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 618 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 619 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 622 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 623 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 624 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 625 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 626 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 627 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 628 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 629 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 631 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 632 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 634 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 635 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 636 | CIUDAD FRONTER | CU | 7 | 22 | 2303 | E | Bad Order | | BATROUGE | LA | FXE |
| MGPX | 637 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 638 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 639 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 641 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 642 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 643 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 644 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 645 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 647 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 649 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 652 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 653 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 656 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 658 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 659 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 660 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 661 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 662 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 663 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 664 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 665 | ALTAMIRA | TM | 7 | 29 | 601 | L | Hold or Delayed | | | | FXE |
| MGPX | 666 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 667 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 668 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 669 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 670 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 672 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 673 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 674 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 675 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 676 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 677 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 678 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 679 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |
| MGPX | 681 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 682 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 684 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 687 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 689 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 694 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 695 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 696 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 697 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 698 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 699 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 701 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 704 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 705 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 706 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 707 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 708 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 709 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 712 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 716 | ALTAMIRA | TM | 7 | 31 | 1012 | L | Release from Cust | | | | FXE |
| MGPX | 718 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 722 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |

| MGPX | 724 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGPX | 725 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 726 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 727 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 739 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 741 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 780 | ALTAMIRA | TM | 7 | 23 | 601 | L | Hold or Delayed | | | | FXE |
| MGPX | 814 | ALTAMIRA | TM | 7 | 31 | 1235 | E | Placed Actual | | ALTAMIRA | TM | FXE |
| MGPX | 825 | CIUDAD FRONTER | CU | 7 | 20 | 1338 | E | Release from Cust | | ALTAMIRA | TM | FXE |
| MGPX | 856 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 863 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 866 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 867 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 869 | ALTAMIRA | TM | 7 | 31 | 1012 | L | Release from Cust | | | | FXE |
| MGPX | 870 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 874 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 875 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 878 | WEST JCT | LA | 7 | 28 | 1751 | L | Pulled from Cust | OULAA2 | CIUDAD FRONTER | CU | UP |
| MGPX | 879 | ALTAMIRA | TM | 7 | 31 | 1014 | L | Release from Cust | | | | FXE |
| MGPX | 880 | CIUDAD FRONTER | CU | 7 | 31 | 825 | L | Arrive In-Transit | FALFR2 | | | FXE |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>ERP IRON ORE, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 18-50378 (WJF) |

**UNSWORN CERTIFICATE OF SERVICE**

  I, Monica Clark, declare under penalty of perjury that on August 3, 2018, I caused the foregoing **Exhibit A** **to Objection of Progress Rail Leasing Corporation to Motion for Authority to Reject Executory Contracts and Unexpired Leases Nunc Pro Tunc to July 19, 2018**, to be served on the following parties in the manner indicated below:

| **Via ECF:** | |
|---|---|
| Debtor, ERP Iron Ore, LLC<br>Will R. Tansey<br>Michael F. McGrath<br>Ravich Meyer<br>150 South Fifth Street, Suite 3450<br>Minneapolis, MN  55402<br>wrtansey@ravichmeyer.com<br>mfmcgrath@ravichmeyer.com | Michael R. Fadlovich<br>Attorney for U.S. Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415<br>michael.fadlovich@usdoj.gov<br>ustpregion12.mn.ecf@usdoj.gov |
| Allete, Inc. d/b/a Minnesota Power<br>Benjamin E. Gurstelle<br>Richard D. Anderson<br>Briggs and Morgan, P.A.<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402<br>bgurstelle@briggs.com<br>randerson@briggs.com | BNSF Railway Company<br>Christopher J. Knapp<br>Connie A. Lahn<br>Barnes & Thornburg LLP<br>2800 Capella Tower<br>225 South Sixth Street<br>Minneapolis, MN 55402-4662<br>Christopher.Knapp@btlaw.com<br>Connie.Lahn@btlaw.com |

| | |
|---|---|
| BNSF Railway Company<br>Ian T. Peck<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX  75209<br>ian.peck@haynesboone.com | Liquidity Solutions, Inc.<br>David E. Runck<br>Fafinski Mark & Johnson, P.A.<br>400 Flagship Corporate Center<br>775 Prairie Center Drive<br>Eden Prairie, MN  55344<br>david.runck@fmjlaw.com |
| Liquidity Solutions, Inc.<br>Jeremy B. Reckmeyer<br>Paul N. Silverstein<br>Hunton Andrews Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY  10017<br>jeremyreckmeyer@HuntonAK.com<br>paulsilverstein@HuntonAK.com | Glacier Park Iron Ore Properties LLC<br>Chester Company Limited<br>HT Surface and Mineral LLC<br>Dennis M. Ryan<br>Christopher J. Harayda<br>Faegre Baker Daniels LLP<br>90 South 7th St., Suite 2200<br>Minneapolis, MN  55402-3901<br>dennis.ryan@faegrebd.com<br>cj.harayda@faegrebd.com |
| Hammerlund Construction, Inc.; Northern Industrial Erectors, Inc.; A.W. Kuettel & Sons, Inc.; Hammerlund's Champion Steel, Inc., n/k/a Champion Steel Minnesota, Inc.; and Range Electric, Inc.<br>Paul L. Ratelle<br>Fabyanske, Westra, Hart & Thompson, P.A.<br>333 South Seventh Street, Suite 2600<br>Minneapolis, MN  55402<br>pratelle@fwhtlaw.com | Itasca County<br>James K. Sander<br>Thomas J. Flynn<br>Larkin Hoffman Daly & Lindgren, Ltd<br>8300 Norman Center Drive, #1000<br>Minneapolis, MN  55437<br>jsander@larkinhoffman.com<br>tflynn@larkinhoffman.com |
| Itasca County<br>John J. Muhar<br>Itasca County Attorney<br>123 4th Street NE<br>Grand Rapids, MN  55744<br>jack.muhar@co.itasca.mn.us | Komatsu Financial L.P.<br>Kesha L. Tanabe<br>4304 34th Ave. S.<br>Minneapolis, MN  55406<br>kesha@tanabelaw.com |

| | |
|---|---|
| LeJeune Steel Company<br>The Jamar Company<br>Parsons Electric, LLC<br>Hunt Electric Corporation<br>United Rentals (North America), Inc.<br>Aaron A. Dean<br>Kevin M. Busch<br>Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN  55402<br>Aaron.Dean@lawmoss.com<br>Kevin.Busch@lawmoss.com | Wilmington Savings Fund Society, FSB<br>as Indenture Trustee for the Floating<br>Rate Senior Secured Amortizing PIK<br>Toggle Notes due 2019<br>William P. Wassweiler<br>Charles E. Nelson<br>Ballard Spahr LLP<br>80 South Eighth Street, Suite 2000<br>Minneapolis, MN  55402<br>wassweilerw@ballardspahr.com<br>nelsonc@ballardspahr.com |
| Wilmington Savings Fund Society, FSB<br>as Indenture Trustee for the Floating Rate<br>Senior Secured Amortizing PIK Toggle<br>Notes due 2019<br>Conrad K. Chiu<br>Matthew W. Silverman<br>Seth H. Lieberman<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY  10036-6569<br>cchiu@pryorcashman.com<br>msilverman@pryorcashman.com<br>slieberman@pryorcashman.com | Minnesota Department of Natural<br>Resources<br>Wendy S. Tein<br>Office of the Attorney General –<br>  State of Minnesota<br>445 Minnesota Street, Suite 900<br>St. Paul, MN  55101-2127<br>wendy.tien@ag.state.mn.us |
| Lighthouse Management Group, Inc.<br>James L. Baillie<br>Sarah M. Olson<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402-1425<br>jbaillie@fredlaw.com<br>solson@fredlaw.com | Merida Natural Resources, LLC<br>Michael A. Rosow<br>Thomas J. Hainje<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN  55402<br>mrosow@winthrop.com<br>thainje@winthrop.com |
| Merida Natural Resources, LLC<br>Lauren Macksoud<br>Oscar Pinkas<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY  10020<br>lauren.macksoud@dentons.com<br>oscar.pinkas@dentons.com | Tolz, King, Duvall, Anderson and<br>Associates, Incorporated, d/b/a TKDA<br>Brian W. Varland<br>Heley, Duncan & Melander, PLLP<br>8500 Normandale Lake Blvd., Ste. 2110<br>Minneapolis, MN  55437<br>bvarland@heleyduncan.com |

| | |
|---|---|
| Magnetation, Inc.<br>Amy J. Swedberg<br>Maslon LLP<br>3300 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN  55402<br>amy.swedberg@maslon.com | |
| **Via U.S. Mail:**<br>Jade Martire<br>Business Support Coordinator<br>ERP Iron Ore, LLC<br>7908 US Highway 169 - Suite B<br>Bovey, MN  55709 | |

Dated:  August 3, 2018

By: /e/ Monica Clark
     Monica Clark