**AMENDED EXHIBIT C**

**ERP Iron Ore LLC**
**8/3/2018 10:19** — **13 Week Cash Schedule**

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week ending July 20 | Week ending July 27 | Week ending Aug 3 | Week ending Aug 10 | Week ending Aug 17 | Week ending Aug 24 | Week ending Aug 31 | Week ending Sep 7 | Week ending Sep 14 | Week ending Sep 21 | Week ending Sep 28 | Week ending Oct 5 | Week ending Oct 12 | |
| **Utilities** | | | | | | | | | | | | | | |
| NIPSCO Power | | | 45,783.33 | | 42,500.00 | | | | | 42,500.00 | | | 42,500.00 | 173,283.33 |
| Minnesota Power / Other Utilities | | | 200.00 | | 200.00 | | | | | 200.00 | | | 200.00 | 800.00 |
| Sub-total | - | - | 45,983.33 | - | 42,700.00 | - | - | - | - | 42,700.00 | - | - | 42,700.00 | 174,083.33 |
| **Taxes, Royalties and Real Estate** | | | | | | | | | | | | | | |
| Other Taxes | - | - | - | - | - | - | | | | | | | | - |
| MN DNR Land Leases (Let go) | - | - | - | - | - | - | | | | | | | | - |
| Land: Wetlands Easement | - | - | - | - | - | - | | | | | | | | - |
| City of Nashwauk | - | - | - | - | - | - | | | | | | | | - |
| Real estate transaction | - | - | - | - | - | - | | | | | | | | - |
| Mining & Other Permits: Technical Consulting | - | - | - | - | - | - | | | | | | | | - |
| White County | - | - | - | - | - | - | - | | | | | | | - |
| Itasca County Property Tax | - | - | - | - | - | - | - | | | | | - | | - |
| Sub-total | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Payroll and G&A** | | | | | | | | | | | | | | |
| Salary and Benefits | | | 94,164.57 | - | 83,614.14 | - | 61,052.65 | | 59,006.10 | 24,608.04 | 59,006.10 | 2,046.55 | 59,006.10 | 442,504.25 |
| Office / Warehouse Rental | - | - | - | - | - | - | | | | | | | | - |
| IT & Communications | - | - | 2,616.41 | - | 2,616.41 | - | | | | 2,616.41 | | | | 7,849.23 |
| Other G&A and Travel | - | - | 22,811.37 | - | - | - | 22,811.37 | | | | 22,811.37 | | | 68,434.11 |
| Audit Fee | - | - | - | - | - | - | | | | | | | | - |
| Tax / Other Advisory | - | - | - | - | - | - | | | | | | | | - |
| Insurance | - | - | 41,610.72 | - | 5,706.54 | - | 35,904.18 | | 5,706.54 | | 35,904.18 | | | 124,832.16 |
| Miscellaneous / Other | - | - | 5,000.00 | - | - | - | 5,000.00 | | | | 5,000.00 | | | 15,000.00 |
| Sub-total | - | - | 166,203.07 | - | 91,937.09 | - | 124,768.20 | - | 64,712.64 | 27,224.45 | 122,721.65 | 2,046.55 | 59,006.10 | 658,619.75 |
| **Other Costs** | | | | | | | | | | | | | | |
| Storage | - | - | - | - | - | - | | | | | | | | - |
| Freight / Unloading Cost | - | - | - | - | - | - | | | | | | | | - |
| Asset Preservation and Snow Plowing | - | - | - | - | - | - | | | | | | | | - |
| Site Security | - | - | - | - | - | - | | | | | | | | - |
| Sub-total | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Legal Costs** | | | | | | | | | | | | | | |
| DIP Lender's Counsels | - | - | | - | - | | | | | | - | | | - |
| Ravich Meyer | - | - | 75,000.00 | - | - | | 75,000.00 | | | | | 50,000.00 | | 200,000.00 |
| Adequate Protection Interest | | | | | | | | | | | 410,000.00 | | | 410,000.00 |
| Adequate Protection Pryor Cashman | | | 35,000.00 | | 40,000.00 | | | | | 40,000.00 | | | 40,000.00 | 155,000.00 |
| Investment Banker | | | 50,000.00 | | | | | 50,000.00 | | | | 50,000.00 | | 150,000.00 |
| Committee Costs | | - | 12,500.00 | - | - | | | 25,000.00 | | | | 12,500.00 | | 50,000.00 |
| US Trustee | - | - | - | | - | - | | | | | 17,000.00 | | | 17,000.00 |
| Sub-total | - | - | 172,500.00 | - | 40,000.00 | - | - | 150,000.00 | - | 40,000.00 | 427,000.00 | 112,500.00 | 40,000.00 | 982,000.00 |
| **Restructuring Costs** | | | | | | | | | | | | | | |
| Independent Director | - | - | 12,500.00 | - | - | - | 25,000.00 | | | - | 12,500.00 | | | 50,000.00 |
| Sub-total | - | - | 12,500.00 | - | - | - | 25,000.00 | - | - | - | 12,500.00 | - | - | 50,000.00 |
| **Total Expenditures** | - | - | 397,186.40 | - | 174,637.09 | - | 149,768.20 | 150,000.00 | 64,712.64 | 109,924.45 | 562,221.65 | 114,546.55 | 141,706.10 | 1,864,703.08 |