## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                    Case No. 18-50378

ERP IRON ORE, LLC,                                        Chapter 11

      Debtor.

## NOTICE OF (1) FILING OF PURCHASE AGREEMENTS ENTERED INTO BY AND BETWEEN THE DEBTOR AND THE SUCCESSFUL BIDDERS IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND (2) WITHDRAWAL OF THE DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 19, 2018

**PLEASE TAKE NOTICE** that, on September 25, 2018, the above-captioned debtor and debtor in possession (the "Debtor") filed the Motion to Approve (1) the Sale of All or Substantially All of the Debtor's Real Estate and Fixtures and Personal Property Free and Clear of Liens and Interests and (2) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases [Docket No. 230] ("Motion") in accordance with the Bidding Procedures [Docket No. 202] approved on August 30, 2018, by that certain Order Granting and Approving the Debtor's Motion for Expedited Relief and Order Approving Bidding Procedures for the Sale of Assets and Granting Other Related Relief [Docket No. 197] (the "Bidding Procedures Order"). The Sale Hearing (as defined in the Motion) is scheduled for October 24, 2018.

**PLEASE TAKE FURTHER NOTICE** that an Auction for substantially all of the Minnesota Assets was commenced on October 16, 2018 at 1:00 p.m., and concluded at approximately 4:00 p.m. on October 16, 2018. As set forth in the record, at the conclusion of the Auction, the Debtor selected a bid in the amount of $6,810,000 from PPL Acquisition Group, LLC ("PPL"), as the Successful Bidder of the Minnesota Assets subject to approval, PPL committed to close by November 15, 2018 and allocated 93% of its bid to Plant 4 assets. The Purchase Agreement submitted by PPL is attached hereto as **Exhibit A**[1], which (1) EXCLUDES THE RATLA (as defined in the Bidding Procedures) and (2) remains subject to satisfaction of a contingency read into the record at the Auction, specifically that the tenant obligations ("State Indemnification") under Section 38 of that certain Waiver and Amendment to Lease with the State of Minnesota dated December 14, 2016 are effectively removed or eliminated as to the Successful Bidder prior to the Sale Hearing.

---

[1] The Purchase Agreements are filed with this Notice. Any party receiving this Notice by mail may obtain a copy of the Agreements from the undersigned counsel at wrtansey@ravichmeyer.com.

**PLEASE TAKE FURTHER NOTICE** that an Auction for the Indiana Assets was commenced on October 16, 2018 at 10:00 a.m., and concluded at approximately 10:15 a.m. on October 16, 2018.  As set forth in the record, at the conclusion of the Auction, the Debtor selected a $15,000,000 bid from Altos Hornos de Mexico, S.A.B. de C.V. ("AHMSA"), as the Successful Bidder of the Indiana Assets. AHMSA'S BID EXCLUDES THE INDIANA REAL PROPERTY AND EXECUTORY CONTRACTS AND THE RATLA (as defined in the Bidding Procedures). The Purchase Agreement submitted by AHMSA is attached hereto as **Exhibit B**[2]. The sale is not contingent on approval of the Minnesota Asset sale or the contingency related to the State Indemnification.

**FINALLY, PLEASE TAKE NOTICE** that the Debtor has withdrawn its First Amended Plan.

Dated:  October 17, 2018

RAVICH MEYER KIRKMAN McGRATH
NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By /e/  *Will R. Tansey*
        Will R. Tansey #323056

150 South Fifth Street, Suite 3450
Minneapolis, MN 55402
Telephone:     (612) 332-8511
Facsimile:      (612) 332-8302

ATTORNEYS FOR DEBTOR

---

[2]  The Purchase Agreements are filed with this Notice.  Any party receiving this Notice by mail may obtain a copy of the Agreements from the undersigned counsel at wrtansey@ravichmeyer.com.

## EXHIBIT A

FORM OF PURCHASE AGREEMENT

### PURCHASE AGREEMENT

**THIS PURCHASE AGREEMENT** ("Agreement") is made and entered into by and between ERP Iron Ore, LLC, a Virginia limited liability company ("Debtor"), and PPL ACQUISITION GROUP, LLC, or its assign(s) a Delaware Limited Liability Company ("Buyer").

### W I T N E S S E T H:

**WHEREAS**, Debtor is operating as a debtor in possession in *In re: ERP IRON ORE, LLC, Debtor*, under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Minnesota (the "Bankruptcy Court"), Bankruptcy Case No. 18-50378 (the "Bankruptcy Case");

**WHEREAS**, on _____, 2018, the Bankruptcy Court issued an Order (the "Bidding Procedures Order") approving Bidding Procedures for the sale of certain property owned by Debtor (the "Bidding Procedures");

**WHEREAS**, capitalized terms used in this Agreement without definition have the meanings given to those terms in the Bidding Procedures;

**WHEREAS**, under and in accordance with the Bidding Procedures, Buyer is submitting this Agreement to Debtor as a bid for the Assets (the "Property") described in **Exhibit A** attached hereto and hereby made a part hereof (the "Property Schedule"); and

**WHEREAS**, if Buyer is the Successful Bidder for the Property, Buyer will purchase the Property from Debtor, and Debtor will sell the Property to Buyer, in accordance with the terms and upon the conditions contained in this Agreement.

**NOW, THEREFORE**, pursuant to the foregoing recitals, which are an integral part hereof, and in consideration of the mutual covenants contained herein, the sufficiency of which is hereby acknowledged, Buyer and Debtor (the "Parties") hereby agree as follows.

1. **BID - PURCHASE AND SALE**.

   a. This Agreement, as executed and submitted to Debtor by Buyer, is a bid for the Property under the Bidding Procedures. If Buyer is the Successful Bidder for the Property, Debtor will sell the Property to Buyer, and Buyer will purchase the Property from Debtor, in accordance with the terms and upon the conditions contained in this Agreement.

   b. This Agreement is binding upon Buyer upon execution and submission to Debtor (notwithstanding the fact that it is not then signed by Debtor) and is not cancelable, terminable, or revocable by Buyer except as provided in **Section 8** below.

{00418183 }

*All of the Debtors' right, title and interest in and to the Assets being sold hereunder shall be free and clear of all liens, claims and encumbrances, with such liens, claims and encumbrances to attach to sale proceeds*

*BK 10/16/18*

c.  Without limiting any of the other provisions of the Bidding Procedures, Buyer acknowledges that (i) this Agreement may become the Successful Bid, and Buyer the Successful Bidder, for the Property under **Article VIII** of the Bidding Procedures concerning Back-Up Bidders, and (ii) in such event, this Agreement obligates Buyer to purchase the Property as a Back-Up Bidder.

*d.*

2.  **PURCHASE PRICE**.

a.  The purchase price of and for the Property hereunder is as set forth in the Property Schedule (the "Purchase Price").

b.  Buyer is providing Debtor the Good Faith Deposit that is shown in the Purchase Schedule with Buyer's submission of this Agreement to Debtor.

c.  Buyer will pay the Purchase Price to Debtor as follows:

i.  by Debtor's retention of the Good Faith Deposit; and

ii.  the remainder of the Purchase Price in cash or other immediately available funds at the Closing (as that term is defined below).

d.  For any and all purposes, the Purchase Price will be allocated among the items comprising the Property in the manner shown in the Property Schedule.

3.  **REAL PROPERTY**.

a.  The provisions of this **Section 3** apply to that part of the Property, if any, that is real estate and/or improvements thereon (the "Real Property").

b.  Real estate, related tangible personal property, and/or other taxes payable with respect to the Real Property in the year of the Closing will be prorated between Debtor and Buyer on the basis of the number of days in the year of the Closing, before (and excluding) the Closing Date (as that term is defined below) as to Debtor, and after (but including) the Closing Date as to Buyer. All special assessments levied and/or pending against the Real Property as of the Closing will be assumed in full by Buyer effective as of the Closing.

c.  All costs of utilities and operating expenses relating to the Real Property will be prorated between Debtor and Buyer on the basis of the number of days in the applicable billing or payment periods, before (and excluding) the Closing Date as to Debtor, and after (but including) the Closing Date as to Buyer.

d.  If, prior to the Closing, the Real Property is damaged by fire or other casualty, Buyer will have the right to terminate this Agreement by email notice to Debtor within five business days following Buyer's receipt of written notice of the

occurrence of that damage. Pending Buyer's exercise or waiver of that right, the Closing will be continued. If Buyer does not exercise that right, Debtor will, at the Closing, pay over to Buyer, and/or assign to Buyer the right to receive, any and all insurance proceeds payable to Debtor in respect of that damage.

e.   If, prior to the Closing, all or any portion of the Real Property is affected by a condemnation or a taking by eminent domain, or is the subject of any condemnation proceeding, Buyer will have the right to terminate this Agreement by written notice to Debtor within five business days of Buyer's receipt of written notice of that condemnation, taking or proceeding. Pending Buyer's exercise or waiver of that right, the Closing will be continued. If Buyer does not exercise that right, Debtor will, at the Closing, pay over to Buyer, and/or assign to Buyer the right to receive, any and all awards made or to be made to Debtor or in respect of the Real Property in that condemnation, taking or proceeding.

4. **DILIGENCE, AS-IS CONDITION, ETC**.

a.   BUYER ACKNOWLEDGES, AND REPRESENTS AND WARRANTS TO DEBTOR, THAT BUYER IS SOPHISTICATED IN TRANSACTIONS OF A TYPE SIMILAR TO THE PURCHASE OF THE PROPERTY UNDER THIS AGREEMENT AND THAT IT HAS HAD THE OPPORTUNITY TO PERFORM, AND HAS PERFORMED, SUCH EXAMINATIONS, INVESTIGATIONS, ANALYSIS AND SO-CALLED "DUE DILIGENCE" ACTIVITIES WITH REGARD TO THE PROPERTY AS IT HAS DETERMINED, IN ITS SOLE AND ABSOLUTE DISCRETION, TO BE NECESSARY IN CONNECTION WITH ITS PURCHASE OF THE PROPERTY (THE "DILIGENCE").

b.   DEBTOR IS SELLING THE PROPERTY TO BUYER, AND BUYER IS PURCHASING THE PROPERTY FROM DEBTOR ON AN "AS-IS", "WHERE IS", "WITH ALL FAULTS" BASIS, AND DEBTOR IS NOT MAKING, AND HEREBY DISCLAIMS, ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER RELATING TO THE PROPERTY, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY REPRESENTATION OR WARRANTY REGARDING THE CONDITION OF THE PROPERTY, THE FUNCTIONALITY OR USABILITY OF THE PROPERTY, THE FITNESS OF THE PROPERTY FOR ANY PURPOSE, TITLE TO THE PROPERTY, THE VALUE OF THE PROPERTY, OR THE COMPLETENESS OR ACCURACY OF ANY INFORMATION OR MATERIALS PROVIDED OR MADE AVAILABLE TO BUYER.

c.   BUYER ACKNOWLEDGES, AND REPRESENTS AND WARRANTS TO DEBTOR, THAT BUYER HAS NOT RELIED, AND IS NOT RELYING, ON ANY STATEMENTS, PROMISES, GUARANTEES, REPRESENTATIONS, OR WARRANTIES OF ANY KIND, WHETHER WRITTEN OR ORAL, BY DEBTOR, JEFFRIES, DEBTOR'S LEGAL COUNSEL, OR ANY OTHER AGENT, REPRESENTATIVE, OR EMPLOYEE OF DEBTOR, OR ARISING UNDER APPLICABLE LAW, WITH REGARD TO BUYER'S DECISION TO

PURCHASE THE PROPERTY, INCLUDING, WITHOUT LIMITATION, ANY STATEMENTS, PROMISES, GUARANTEES, REPRESENTATIONS, OR WARRANTIES REGARDING THE CONDITION OF THE PROPERTY, THE FUNCTIONALITY OR USABILITY OF THE PROPERTY, THE FITNESS OF THE PROPERTY FOR ANY PURPOSE, TITLE TO THE PROPERTY, THE VALUE OF THE PROPERTY, OR THE COMPLETENESS OR ACCURACY OF ANY INFORMATION OR MATERIALS PROVIDED OR MADE AVAILABLE TO BUYER.

d.      Buyer will indemnify and hold harmless Debtor, Jeffries, Debtor's legal counsel, and all other agents or representatives of Debtor from and against any and all losses, costs or damages, of whatever type, nature, or description, including reasonable attorneys' fees, incurred or suffered by Debtor in connection with or as a result of the Diligence. The provisions of this **Section 4(d)** will survive the Closing or the termination of this Agreement, as the case may be, and Debtor's remedies with respect to any failure of Buyer to perform its obligations under this **Section 4(d)** will not be limited by **Section 8(d)** below.

5.  **CLOSING**.

a.      The closing (the "Closing") of the purchase and sale of the Property hereunder will occur on the first business day (the "Closing Date") ~~that is 10 days following the entry of the~~ Sale Order (as that term is defined below). Except as Buyer and Debtor may otherwise agree in writing, the Closing will be performed via electronic image transmission, overnight courier, and electronic funds transfer.  *becomes a final and non-appealable*  [handwritten: *after the*] [handwritten: *9/16/18*]

b.      If the Property is or includes tangible personal property, then, at the Closing, Debtor will deliver to Buyer:

i.      a Bill of Sale for the Property (or the part thereof that is tangible personal property), which Bill of Sale will be in the form of **Schedule 5(b)** attached hereto and hereby made a part hereof; and

ii.     any certificates of title for the Property (or the part thereof that is personal property) that exist and are in Debtor's possession.

c.      If the Property is or includes Real Property, then, at the Closing, Debtor will deliver to Buyer:

i.      a Quit Claim Deed conveying Debtor's interest in the Real Property to Buyer (the "Deed"); and

ii.     a "non-foreign affidavit" containing such information as is required by Section 1445(b)(2) of the Internal Revenue Code.

6.  **TRANSACTION COSTS**. Each of the Parties will bear and pay those costs and expenses incurred by it or on its behalf in connection with the purchase and sale of the Property

{00418183 }                                          4

hereunder, including, without limitation, attorneys' and accountants' fees, without contribution from the other Party; provided, however, that if the Property is or includes Real Property:

a.    Debtor will pay the cost to prepare the Deed;

b.    Buyer will pay the cost to record the Deed and any deed tax (or other transfer or similar taxes) relating to the Deed; and

c.    Buyer will pay the fees and costs charged by any title company or title insurer through which it elects to conduct the Closing.

7.    **CONTINGENCIES**.

a.    Debtor's obligation to sell the Property under this Agreement is contingent upon:

    i.    the Bankruptcy Court having issued a final Order authorizing the sale of the Property to Buyer pursuant to 11 U.S.C. § 363(f) (the "Sale Order"); and

    ii.    Buyer having performed, in all material respects, all of the obligations that this Agreement requires Buyer to perform at or prior to the Closing.

If Debtor proceeds with the Closing, Debtor will be deemed to have waived any of the contingencies set forth in this **Section 7(a)** that are not then satisfied.

b.    Buyer's obligation to purchase the Property under this Agreement is contingent upon:

    i.    the Bankruptcy Court having issued the Sale Order; and

    ii.    Debtor having performed, in all material respects, all of the obligations that this Agreement requires Debtor to perform at or prior to the Closing.

If Buyer proceeds with the Closing, Buyer will be deemed to have waived any of the contingencies set forth in this **Section 7(b)** that are not then satisfied.

8.    **TERMINATION - REMEDIES**.

a.    This Agreement will automatically terminate upon a return of the Good Faith Deposit to Buyer, or a forfeiture of the Good Faith Deposit to Debtor, under **Article IX** of the Bidding Procedures.

b.    This Agreement may be terminated as follows:

iii.    The Property must include the equipment photographed by Buyer on October 16, 2018 during the visits to Debtor's Plants 2 and 54 and Debtor's Jesse Loud our facility

{00418183 }

i.  by Buyer, by written notice to Debtor, if Debtor breaches or violates this Agreement and fails to cure that breach or violation within 10 days following receipt of written notice thereof from Buyer;

ii.  by Debtor, by written notice to Buyer, if Buyer breaches or violates this Agreement and fails to cure that breach or violation within 10 days following receipt of written notice thereof from Debtor; or

iii.  by Buyer or Debtor, by written notice to the other, if the Closing has not occurred by 5:00 p.m., local time in Minneapolis Minnesota, on the date that is 30 days following the entry of the Sale Order, provided, however, that a Party may not terminate this Agreement under this **Section 8(b)(iii)** if that Party is then in breach or violation of this Agreement.

c.  If Buyer terminates this Agreement under **Section 8(b)(i)** or **Section 8(b)(iii)** above, or if Debtor terminates this Agreement under **Section 8(b)(iii)** above, Debtor will return the Good Faith Deposit to Buyer within 10 days following the effective date of that termination.

d.  Buyer's sole and exclusive remedies in the event of a breach or violation of this Agreement by Debtor, to the exclusion of all other remedies, whether at law or in equity, is the termination of this Agreement under **Section 8(b)(i)** above and the return of the Good Faith Deposit under **Section 8(c)** above. Without limiting the generality of the foregoing, and for the avoidance of any doubt or confusion in that regard, Buyer will not be entitled to specific performance or to any actual, consequential, punitive or other damages or costs.

e.  If Debtor terminates this Agreement under **Section 8(b)(ii)** above, Debtor will retain the Good Faith Deposit as liquidated damages for the subject breach or violation by Buyer; provided, however, that this **Section 8(e)** will not operate to limit any of Debtor's remedies with respect to a failure of Buyer to perform its obligations under **Section 4(d)** above.

f.  **Sections 4(d), 8(c),** and **8(e)** of this Agreement, together with any other provisions of this Agreement that contemplate performance following the termination of this Agreement, will survive and continue in effect following any termination of this Agreement.

7.  **NOTICES**. A notice from one of the Parties to the other under this Agreement will be in writing and will be considered to have been duly delivered or served if personally delivered, delivered by overnight courier, or sent by first class certified mail, return receipt requested, postage prepaid, to the proper Party at its address as set forth below or to such other address as such Party may hereafter designate by written notice to the other Party:

If to Debtor, to:

ERP Iron Ore, LLC
7908 US Highway 169, Suite B
Bovey, MN 55709
Attn: Todd Roth, CEO

With a copy to:

Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.
Attn: Will R. Tansey, Esq.
150 South Fifth Street, Suite 3450
Minneapolis, MN 55402

If to Buyer, to:

PPL Acquisition Group, LLC
105 Revere Dr.
Suite C
Northbrook, IL 60062

8. **NO THIRD PARTY BENEFICIARIES**. This Agreement is a contract solely between Buyer and Debtor. No third party beneficiaries (including, without limitation, employees and customers of Debtor) are intended hereunder and none will be inferred herein.

9. **BUSINESS DAYS**. As used in this Agreement, the term "business day" means a day that is not a Saturday, a Sunday, or a day on which United States government offices are closed. Whenever a time period specified in this Agreement ends on a day that is not a business day, that time period will be extended until the next subsequent business day.

10. **ASSIGNMENT**. Neither Party may assign any right or interest under this Agreement, or delegate any duty under this Agreement, without (a) the prior written consent of the other Party, and (b) any Order of the Bankruptcy Court that may be required under the Bankruptcy Code.

11. **BENEFIT**. This Agreement will inure to the benefit of and will be binding upon each of the Parties and their respective successors and permitted assigns.

12. **HEADINGS**. Section headings have been used in this Agreement for convenience purposes only. In no manner will any section heading in this Agreement limit any term or provision of the section to which it relates.

13. **WAIVER**. No waiver, modification or amendment of any term, condition or provision of this Agreement will be valid, binding or of any effect unless it (a) is made by way of a writing that is signed by the Party(ies) to be bound thereby or its(their) duly authorized

representative(s) and specifies with particularity the nature and extent of that waiver, modification or amendment, and (b) is approved by the Bankruptcy Court if required under the Bankruptcy Code. No waiver by any Party of any provision hereof will affect or impair any other provision hereof.

14. **BIDDING PROCEDURES - ENTIRE AGREEMENT**. The Bidding Procedures and the Bidding Procedures Order are hereby incorporated into and made a part of this Agreement. This Agreement (inclusive of the Bidding Procedures and the Bidding Procedures Order) contains the entire understanding of the Parties with respect to the subject matter addressed herein and supersedes all prior agreements, discussions, negotiations and understandings between the Parties with respect to that subject matter.

15. **INTERPRETATION AND SEVERANCE**. The provisions of this Agreement will be applied and interpreted in a manner consistent with each other so as to carry out the purposes and intent of the Parties. If, for any reason, any provision of this Agreement is determined to be unenforceable or invalid, that provision (or such part thereof as may be unenforceable or invalid) will be deemed severed from this Agreement, and the remaining provisions of this Agreement will be carried out with the same force and effect as if that provision (or such part thereof) had not been a part of this Agreement.

16. **COUNTERPARTS – ELECTRONIC IMAGES**. This Agreement may be executed and delivered in counterparts and by electronic image transmission and any such execution and delivery will have the same force and effect as delivery of an original document with original signatures.

17. **GOVERNING LAW**. This Agreement will be construed and enforced in accordance with the laws of the State of Minnesota (without regard to the laws of any jurisdiction that concern conflicts of laws). Any suit, action or proceeding relating to the interpretation or enforcement of this Agreement will be brought, to the exclusion of all other courts: (a) in the Bankruptcy Court if such suit, action or proceeding is brought prior to the entry of a final decree closing the Bankruptcy Case; and (b) in the state or federal courts located in the State of Minnesota if such suit, action, or proceeding is brought after the entry of a final decree closing the Bankruptcy Case. Each of the Parties hereby consents and submits to the jurisdiction of such courts.

**THE REMAINDER OF THIS PAGE IS BLANK**

**SEPARATE SIGNATURE PAGES FOLLOW**

{00418183 }                                8

## SIGNATURE PAGE TO PURCHASE AGREEMENT

**IN WITNESS WHEREOF:**

Buyer has executed and submitted this Agreement to Debtor this *12* day of October 2018.

**PPL Acquisition Group, LLC**

By: _____

Name: Barret Arthur
Title:   Vice President


And Debtor has accepted and executed this Agreement this ___ day of _____, 2018.

**ERP IRON ORE, LLC**

By: _____

Name: _____

Title: _____

{00418183 }                                    9

## EXHIBIT A

## PROPERTY SCHEDULE

| Description of Assets[1] | Purchase Price |
|---|---|
| ~~All Indiana Assets~~ BA 10/16/18 | |
| ~~All Indiana Real Property~~ BA 10/16/18 | |
| All Minnesota Real Property | |
| All Minnesota Assets, other than the RAT2A BA 10/16/18 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total Purchase Price** | $5,000,000 |
| **Good Faith Deposit[2]** | ~~$200,000~~ $500,000   BA 10/16/18 |

[1]Provide commercially reasonable descriptions of the Assets based on the information provided in the Plan or furnished by Jefferies.  Reference and attach schedules or exhibits if additional space is needed.

[2]Insert $0.00 if Buyer is exempt from providing a Good Faith Deposit under the Bidding Procedures.  Otherwise insert the greater of (a) $200,000, or (b) 10% of the total Purchase Price.

## SCHEDULE 5(b)

## QUIT CLAIM BILL OF SALE

**KNOW ALL BY THESE PRESENTS**, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, ERP Iron Ore, LLC, a Virginia limited liability company ("Debtor"), hereby quitclaims to _____, a _____ ("Buyer"), all of Debtor's interest and estate in and to the Property, as that term is defined in a certain Purchase Agreement between Buyer and Debtor, executed by Buyer on _____, 2018 and Debtor on _____, 2018 (the "Purchase Agreement").

Nothing contained in this Quit Claim Bill of Sale modifies, amends, limits, or expands any provision of the Purchase Agreement.

Dated: _____, 2018

                    **ERP IRON ORE, LLC**

                    By: _____

                         Its _____

{00418183 }

# EXHIBIT B

## FORM OF PURCHASE AGREEMENT

### PURCHASE AGREEMENT

**THIS PURCHASE AGREEMENT** ("Agreement") is made and entered into by and between ERP Iron Ore, LLC, a Virginia limited liability company ("Debtor"), and ALTOS HORNOS DE MEXICO, S.A.B. DE C.V., a Mexican corporation ("Buyer").

### WITNESSETH:

**WHEREAS**, Debtor is operating as a debtor in possession in *In re: ERP IRON ORE, LLC, Debtor,* under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Minnesota (the "Bankruptcy Court"), Bankruptcy Case No. 18-50378 (the "Bankruptcy Case");

**WHEREAS**, on August 30, 2018, 2018, the Bankruptcy Court issued an Order (the "Bidding Procedures Order") approving Bidding Procedures for the sale of certain property owned by Debtor (the "Bidding Procedures");

**WHEREAS**, capitalized terms used in this Agreement without definition have the meanings given to those terms in the Bidding Procedures;

**WHEREAS**, under and in accordance with the Bidding Procedures, Buyer is submitting this Agreement to Debtor as a bid for the Assets (the "Property") described in **Exhibit A** attached hereto and hereby made a part hereof (the "Property Schedule"); and

**WHEREAS**, if Buyer is the Successful Bidder for the Property, Buyer will purchase the Property from Debtor, and Debtor will sell the Property to Buyer, in accordance with the terms and upon the conditions contained in this Agreement.

**NOW, THEREFORE**, pursuant to the foregoing recitals, which are an integral part hereof, and in consideration of the mutual covenants contained herein, the sufficiency of which is hereby acknowledged, Buyer and Debtor (the "Parties") hereby agree as follows.

1. **BID - PURCHASE AND SALE**.

    a.   This Agreement, as executed and submitted to Debtor by Buyer, is a bid for the Property under the Bidding Procedures. If Buyer is the Successful Bidder for the Property, Debtor will sell the Property to Buyer, and Buyer will purchase the Property from Debtor, in accordance with the terms and upon the conditions contained in this Agreement.

    b.   This Agreement is binding upon Buyer upon execution and submission to Debtor (notwithstanding the fact that it is not then signed by Debtor) and is not cancelable, terminable, or revocable by Buyer except as provided in **Section 8** below.

{00418183 }

c.   Without limiting any of the other provisions of the Bidding Procedures, Buyer acknowledges that (i) this Agreement may become the Successful Bid, and Buyer the Successful Bidder, for the Property under **Article VIII** of the Bidding Procedures concerning Back-Up Bidders, and (ii) in such event, this Agreement obligates Buyer to purchase the Property as a Back-Up Bidder.

2. **PURCHASE PRICE**.

a.   The purchase price of and for the Property hereunder is as set forth in the Property Schedule (the "Purchase Price").

b.   Buyer is providing Debtor the Good Faith Deposit that is shown in the Purchase Schedule with Buyer's submission of this Agreement to Debtor.

c.   Buyer will pay the Purchase Price to Debtor as follows:

   i.   by Debtor's retention of the Good Faith Deposit; and

   ii.  the remainder of the Purchase Price in cash or other immediately available funds at the Closing (as that term is defined below).

d.   For any and all purposes, the Purchase Price will be allocated towards the purchase of all items comprising the Property as listed in **Exhibit "A"** hereto.

3. **REAL PROPERTY (the Property under this Agreement does not comprise any Real Property)**.

a.   The provisions of this **Section 3** apply to that part of the Property, if any, that is real estate and/or improvements thereon (the "Real Property").

b.   Real estate, related tangible personal property, and/or other taxes payable with respect to the Real Property in the year of the Closing will be prorated between Debtor and Buyer on the basis of the number of days in the year of the Closing, before (and excluding) the Closing Date (as that term is defined below) as to Debtor, and after (but including) the Closing Date as to Buyer. All special assessments levied and/or pending against the Real Property as of the Closing will be assumed in full by Buyer effective as of the Closing.

c.   All costs of utilities and operating expenses relating to the Real Property will be prorated between Debtor and Buyer on the basis of the number of days in the applicable billing or payment periods, before (and excluding) the Closing Date as to Debtor, and after (but including) the Closing Date as to Buyer.

d.   If, prior to the Closing, the Real Property is damaged by fire or other casualty, Buyer will have the right to terminate this Agreement by email notice to Debtor



{00418183 }                              2

within five business days following Buyer's receipt of written notice of the occurrence of that damage. Pending Buyer's exercise or waiver of that right, the Closing will be continued. If Buyer does not exercise that right, Debtor will, at the Closing, pay over to Buyer, and/or assign to Buyer the right to receive, any and all insurance proceeds payable to Debtor in respect of that damage.

e.   If, prior to the Closing, all or any portion of the Real Property is affected by a condemnation or a taking by eminent domain, or is the subject of any condemnation proceeding, Buyer will have the right to terminate this Agreement by written notice to Debtor within five business days of Buyer's receipt of written notice of that condemnation, taking or proceeding. Pending Buyer's exercise or waiver of that right, the Closing will be continued. If Buyer does not exercise that right, Debtor will, at the Closing, pay over to Buyer, and/or assign to Buyer the right to receive, any and all awards made or to be made to Debtor or in respect of the Real Property in that condemnation, taking or proceeding.

## 4. **DILIGENCE, AS-IS CONDITION, ETC**.

a.   BUYER ACKNOWLEDGES, AND REPRESENTS AND WARRANTS TO DEBTOR, THAT BUYER IS SOPHISTICATED IN TRANSACTIONS OF A TYPE SIMILAR TO THE PURCHASE OF THE PROPERTY UNDER THIS AGREEMENT AND THAT IT HAS HAD THE OPPORTUNITY TO PERFORM, AND HAS PERFORMED, SUCH EXAMINATIONS, INVESTIGATIONS, ANALYSIS AND SO-CALLED "DUE DILIGENCE" ACTIVITIES WITH REGARD TO THE PROPERTY AS IT HAS DETERMINED, IN ITS SOLE AND ABSOLUTE DISCRETION, TO BE NECESSARY IN CONNECTION WITH ITS PURCHASE OF THE PROPERTY (THE "DILIGENCE").

b.   DEBTOR IS SELLING THE PROPERTY TO BUYER, AND BUYER IS PURCHASING THE PROPERTY FROM DEBTOR ON AN "AS-IS", "WHERE IS", "WITH ALL FAULTS" BASIS, AND DEBTOR IS NOT MAKING, AND HEREBY DISCLAIMS, ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER RELATING TO THE PROPERTY, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY REPRESENTATION OR WARRANTY REGARDING THE CONDITION OF THE PROPERTY, THE FUNCTIONALITY OR USABILITY OF THE PROPERTY, THE FITNESS OF THE PROPERTY FOR ANY PURPOSE, TITLE TO THE PROPERTY, THE VALUE OF THE PROPERTY, OR THE COMPLETENESS OR ACCURACY OF ANY INFORMATION OR MATERIALS PROVIDED OR MADE AVAILABLE TO BUYER.

c.   BUYER ACKNOWLEDGES, AND REPRESENTS AND WARRANTS TO DEBTOR, THAT BUYER HAS NOT RELIED, AND IS NOT RELYING, ON ANY STATEMENTS, PROMISES, GUARANTEES, REPRESENTATIONS, OR WARRANTIES OF ANY KIND, WHETHER WRITTEN OR ORAL, BY DEBTOR, JEFFRIES, DEBTOR'S LEGAL COUNSEL, OR ANY OTHER AGENT, REPRESENTATIVE, OR EMPLOYEE OF DEBTOR, OR ARISING

{00418183 }                                    3

UNDER APPLICABLE LAW, WITH REGARD TO BUYER'S DECISION TO PURCHASE THE PROPERTY, INCLUDING, WITHOUT LIMITATION, ANY STATEMENTS, PROMISES, GUARANTEES, REPRESENTATIONS, OR WARRANTIES REGARDING THE CONDITION OF THE PROPERTY, THE FUNCTIONALITY OR USABILITY OF THE PROPERTY, THE FITNESS OF THE PROPERTY FOR ANY PURPOSE, TITLE TO THE PROPERTY, THE VALUE OF THE PROPERTY, OR THE COMPLETENESS OR ACCURACY OF ANY INFORMATION OR MATERIALS PROVIDED OR MADE AVAILABLE TO BUYER.

d.     Buyer will indemnify and hold harmless Debtor, Jeffries, Debtor's legal counsel, and all other agents or representatives of Debtor from and against any and all losses, costs or damages, of whatever type, nature, or description, including reasonable attorneys' fees, incurred or suffered by Debtor in connection with or as a result of the Diligence. The provisions of this **Section 4(d)** will survive the Closing or the termination of this Agreement, as the case may be, and Debtor's remedies with respect to any failure of Buyer to perform its obligations under this **Section 4(d)** will not be limited by **Section 8(d)** below.

5. **CLOSING**.

a.     The closing (the "Closing") of the purchase and sale of the Property hereunder will occur on the first business day (the "Closing Date") that is 20 days following the entry of the Sale Order (as that term is defined below). Except as Buyer and Debtor may otherwise agree in writing, the Closing will be performed via electronic image transmission, overnight courier, and electronic funds transfer.

b.     If the Property is or includes tangible personal property, then, at the Closing, Debtor will deliver to Buyer:

    i.     a Bill of Sale for the Property (or the part thereof that is tangible personal property), which Bill of Sale will be in the form of **Schedule 5(b)** attached hereto and hereby made a part hereof; and

    ii.     any certificates of title for the Property (or the part thereof that is personal property) that exist and are in Debtor's possession.

c.     If the Property is or includes Real Property, then, at the Closing, Debtor will deliver to Buyer:

    i.     a Quit Claim Deed conveying Debtor's interest in the Real Property to Buyer (the "Deed"); and

    ii.     a "non-foreign affidavit" containing such information as is required by Section 1445(b)(2) of the Internal Revenue Code.

{00418183 }                                                    4

6. **TRANSACTION COSTS**. Each of the Parties will bear and pay those costs and expenses incurred by it or on its behalf in connection with the purchase and sale of the Property hereunder, including, without limitation, attorneys' and accountants' fees, without contribution from the other Party; provided, however, that if the Property is or includes Real Property:

    a.    Debtor will pay the cost to prepare the Deed;

    b.    Buyer will pay the cost to record the Deed and any deed tax (or other transfer or similar taxes) relating to the Deed; and

    c.    If applicable and needed, Buyer will pay the fees and costs charged by any title company or title insurer through which it elects to conduct the Closing.

7. **CONTINGENCIES**.

    a.    Debtor's obligation to sell the Property under this Agreement is contingent upon:

        i.    the Bankruptcy Court having issued a final Order authorizing the sale of the Property to Buyer pursuant to 11 U.S.C. § 363(f) (the "Sale Order"); and

        ii.    Buyer having performed, in all material respects, all of the obligations that this Agreement requires Buyer to perform at or prior to the Closing.

    If Debtor proceeds with the Closing, Debtor will be deemed to have waived any of the contingencies set forth in this **Section 7(a)** that are not then satisfied.

    b.    Buyer's obligation to purchase the Property under this Agreement is contingent upon:

        i.    the Bankruptcy Court having issued the Sale Order; and

        ii.    Debtor having performed, in all material respects, all of the obligations that this Agreement requires Debtor to perform at or prior to the Closing.

    If Buyer proceeds with the Closing, Buyer will be deemed to have waived any of the contingencies set forth in this **Section 7(b)** that are not then satisfied.

8. **TERMINATION - REMEDIES**.

    a.    This Agreement will automatically terminate upon a return of the Good Faith Deposit to Buyer, or a forfeiture of the Good Faith Deposit to Debtor, under **Article IX** of the Bidding Procedures.

    b.    This Agreement may be terminated as follows:



i. by Buyer, by written notice to Debtor, if Debtor breaches or violates this Agreement and fails to cure that breach or violation within 10 days following receipt of written notice thereof from Buyer;

ii. by Debtor, by written notice to Buyer, if Buyer breaches or violates this Agreement and fails to cure that breach or violation within 10 days following receipt of written notice thereof from Debtor; or

iii. by Buyer or Debtor, by written notice to the other, if the Closing has not occurred by 5:00 p.m., local time in Minneapolis Minnesota, on the date that is 30 days following the entry of the Sale Order, provided, however, that a Party may not terminate this Agreement under this **Section 8(b)(iii)** if that Party is then in breach or violation of this Agreement.

c. If Buyer terminates this Agreement under **Section 8(b)(i)** or **Section 8(b)(iii)** above, or if Debtor terminates this Agreement under **Section 8(b)(iii)** above, Debtor will return the Good Faith Deposit to Buyer within 10 days following the effective date of that termination.

d. Buyer's sole and exclusive remedies in the event of a breach or violation of this Agreement by Debtor, to the exclusion of all other remedies, whether at law or in equity, is the termination of this Agreement under **Section 8(b)(i)** above and the return of the Good Faith Deposit under **Section 8(c)** above. Without limiting the generality of the foregoing, and for the avoidance of any doubt or confusion in that regard, Buyer will not be entitled to specific performance or to any actual, consequential, punitive or other damages or costs.

e. If Debtor terminates this Agreement under **Section 8(b)(ii)** above, Debtor will retain the Good Faith Deposit as liquidated damages for the subject breach or violation by Buyer.

f. **Sections 4(d)**, **8(c)**, and **8(e)** of this Agreement, together with any other provisions of this Agreement that contemplate performance following the termination of this Agreement, will survive and continue in effect following any termination of this Agreement.

7. **NOTICES.** A notice from one of the Parties to the other under this Agreement will be in writing and will be considered to have been duly delivered or served if personally delivered, delivered by overnight courier, or sent by first class certified mail, return receipt requested, postage prepaid, to the proper Party at its address as set forth below or to such other address as such Party may hereafter designate by written notice to the other Party:



{00418183 }                                    6

If to Debtor, to:

ERP Iron Ore, LLC
7908 US Highway 169, Suite B
Bovey, MN 55709
Attn: Todd Roth, CEO

With a copy to:

Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.
Attn: Will R. Tansey, Esq.
150 South Fifth Street, Suite 3450
Minneapolis, MN 55402

If to Buyer, to:

_____
_____
_____
Attn: _____

With a copy to:

_____
Attn: _____, Esq.
_____
_____

8. **NO THIRD PARTY BENEFICIARIES**. This Agreement is a contract solely between Buyer and Debtor. No third party beneficiaries (including, without limitation, employees and customers of Debtor) are intended hereunder and none will be inferred herein.

9. **BUSINESS DAYS**. As used in this Agreement, the term "business day" means a day that is not a Saturday, a Sunday, or a day on which United States government offices are closed. Whenever a time period specified in this Agreement ends on a day that is not a business day, that time period will be extended until the next subsequent business day.

10. **ASSIGNMENT**. Neither Party may assign any right or interest under this Agreement, or delegate any duty under this Agreement, without (a) the prior written consent of the other Party, and (b) any Order of the Bankruptcy Court that may be required under the Bankruptcy Code.

11. **BENEFIT**. This Agreement will inure to the benefit of and will be binding upon each of the Parties and their respective successors and permitted assigns.

12. **HEADINGS**. Section headings have been used in this Agreement for convenience purposes only. In no manner will any section heading in this Agreement limit any term or provision of the section to which it relates.

13. **WAIVER**. No waiver, modification or amendment of any term, condition or provision of this Agreement will be valid, binding or of any effect unless it (a) is made by way of a writing that is signed by the Party(ies) to be bound thereby or its(their) duly authorized representative(s) and specifies with particularity the nature and extent of that waiver, modification or amendment, and (b) is approved by the Bankruptcy Court if required under the Bankruptcy Code. No waiver by any Party of any provision hereof will affect or impair any other provision hereof.

14. **BIDDING PROCEDURES - ENTIRE AGREEMENT**. The Bidding Procedures and the Bidding Procedures Order are hereby incorporated into and made a part of this Agreement. This Agreement (inclusive of the Bidding Procedures and the Bidding Procedures Order) contains the entire understanding of the Parties with respect to the subject matter addressed herein and supersedes all prior agreements, discussions, negotiations and understandings between the Parties with respect to that subject matter.

15. **INTERPRETATION AND SEVERANCE**. The provisions of this Agreement will be applied and interpreted in a manner consistent with each other so as to carry out the purposes and intent of the Parties. If, for any reason, any provision of this Agreement is determined to be unenforceable or invalid, that provision (or such part thereof as may be unenforceable or invalid) will be deemed severed from this Agreement, and the remaining provisions of this Agreement will be carried out with the same force and effect as if that provision (or such part thereof) had not been a part of this Agreement.

16. **COUNTERPARTS – ELECTRONIC IMAGES**. This Agreement may be executed and delivered in counterparts and by electronic image transmission and any such execution and delivery will have the same force and effect as delivery of an original document with original signatures.

17. **GOVERNING LAW**. This Agreement will be construed and enforced in accordance with the laws of the State of New York (without regard to the laws of any jurisdiction that concern conflicts of laws). Any suit, action or proceeding relating to the interpretation or enforcement of this Agreement will be brought, to the exclusion of all other courts: (a) in the Bankruptcy Court if such suit, action or proceeding is brought prior to the entry of a final decree closing the Bankruptcy Case; and (b) in the state or federal courts located in the State of New York if such suit, action, or proceeding is brought after the entry of a final decree closing the Bankruptcy Case. Each of the Parties hereby consents and submits to the jurisdiction of such courts.

### THE REMAINDER OF THIS PAGE IS BLANK

### SEPARATE SIGNATURE PAGES FOLLOW



{00418183 }                                 8

**SIGNATURE PAGE TO PURCHASE AGREEMENT**

**IN WITNESS WHEREOF:**

Buyer has executed and submitted this Agreement to Debtor this 12 day of October, 2018.

**ALTOS HORNOS DE MEXICO, S.A.B. DE C.V.**

By: _____
    Name: ARMANDO RAMIREZ LARES
    Title: LEGAL REPRESENTATIVE.

And Debtor has accepted and executed this Agreement this ___ day of _____, 2018.

**ERP IRON ORE, LLC**

By: _____
    Name: _____
    Title: _____

# EXHIBIT A

## PROPERTY SCHEDULE

| Description of Assets[1] | Purchase Price |
|---|---|
| Please see list attached referred to as PP Asset List and all records, maintenance logs, and manuals, as well as any other literature or industrial or intellectual property right or licenses (but only to the extent owned by Debtor or freely assignable by Debtor) needed to properly operate the Property. Without limiting the foregoing, Buyer hereby acknowledges that the purchased property will not include the Debtor's license of the licensed Pellet Plant Automation Software or any related technology under the Debtor's Restated and Amended Technology License Agreement with Magnetation, Inc. (or its affiliates). | 15,000,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total Purchase Price** | **15,000,000.00** |
| **Good Faith Deposit[2]** | **1,500,000.00** |

[1]Provide commercially reasonable descriptions of the Assets based on the information provided in the Plan or furnished by Jefferies.  Reference and attach schedules or exhibits if additional space is needed.

[2]Insert $0.00 if Buyer is exempt from providing a Good Faith Deposit under the Bidding Procedures.  Otherwise insert the greater of (a) $200,000, or (b) 10% of the total Purchase Price.

{00418183 }

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | In Service Date | Life | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| MOBILE - PP | 1146 | PP | Magnum 25KVA Mobile Generator | GAAP | | 7 | 886.53 | 185.79 | 0.00000 | |
| **MOBILE - PP Total** | | | | | | | 886.53 | | | |
| BLDGS - PP | 0785 | PP | Utility Process Piping Inside Bldg | GAAP | 12/31/2016 | 20 | 106,792.18 | 4,969.73 | 0.00000 | |
| BLDGS - PP | 0789 | PP | Stone | GAAP | 12/31/2016 | 20 | 51,116.05 | 2,378.71 | 0.00000 | |
| BLDGS - PP | 0790 | PP | Foundation | GAAP | 12/31/2016 | 20 | 1,550,106.17 | 72,136.34 | 0.00000 | |
| BLDGS - PP | 0791 | PP | Structural Steel / Erection | GAAP | 12/31/2016 | 20 | 215,802.73 | 10,042.63 | 0.00000 | |
| BLDGS - PP | 0792 | PP | Siding / Roofing / Insulation - Supply a | GAAP | 12/31/2016 | 20 | 11,571.15 | 538.47 | 0.00000 | |
| BLDGS - PP | 0793 | PP | Utility Process Piping - Outside the Buil | GAAP | 12/31/2016 | 20 | 1,538.00 | 71.60 | 0.00000 | |
| BLDGS - PP | 0794 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 99,011.69 | 4,607.70 | 0.00000 | |
| BLDGS - PP | 0795 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 92,784.01 | 4,317.84 | 0.00000 | |
| BLDGS - PP | 0796 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 24,379.20 | 1,134.52 | 0.00000 | |
| BLDGS - PP | 0832 | PP | Foundation | GAAP | 12/31/2016 | 20 | 1,465,233.02 | 68,186.67 | 0.00000 | |
| BLDGS - PP | 0833 | PP | Stone | GAAP | 12/31/2016 | 20 | 99,366.01 | 4,624.17 | 0.00000 | |
| BLDGS - PP | 0834 | PP | Structural Steel / Erection | GAAP | 12/31/2016 | 20 | 617,140.26 | 28,719.43 | 0.00000 | |
| BLDGS - PP | 0835 | PP | Siding / Roofing / Insulation - Supply a | GAAP | 12/31/2016 | 20 | 45,851.36 | 2,133.71 | 0.00000 | |
| BLDGS - PP | 0836 | PP | Stone | GAAP | 12/31/2016 | 20 | 34,368.33 | 1,599.35 | 0.00000 | |
| BLDGS - PP | 0837 | PP | Foundation | GAAP | 12/31/2016 | 20 | 95,429.28 | 4,440.95 | 0.00000 | |
| BLDGS - PP | 0838 | PP | Structural Steel / Erection | GAAP | 12/31/2016 | 20 | 489,033.79 | 22,757.82 | 0.00000 | |
| BLDGS - PP | 0839 | PP | Siding / Roofing / Insulation - Supply a | GAAP | 12/31/2016 | 20 | 7,331.63 | 341.16 | 0.00000 | |
| BLDGS - PP | 0840 | PP | Utility Process Piping - Outside the Buil | GAAP | 12/31/2016 | 20 | 125,613.79 | 5,845.61 | 0.00000 | |
| BLDGS - PP | 0841 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 366,404.13 | 17,051.09 | 0.00000 | |
| BLDGS - PP | 0842 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 42,792.52 | 1,991.39 | 0.00000 | |
| BLDGS - PP | 0859 | PP | Stone | GAAP | 12/31/2016 | 20 | 40,185.93 | 1,870.08 | 0.00000 | |
| BLDGS - PP | 0860 | PP | Foundation | GAAP | 12/31/2016 | 20 | 105,511.13 | 4,910.16 | 0.00000 | |
| BLDGS - PP | 0861 | PP | Structural Steel / Erection | GAAP | 12/31/2016 | 20 | 557,491.90 | 25,943.63 | 0.00000 | |
| BLDGS - PP | 0862 | PP | Siding / Roofing / Insulation - Supply a | GAAP | 12/31/2016 | 20 | 11,464.63 | 533.55 | 0.00000 | |
| BLDGS - PP | 0863 | PP | Utility Process Piping - Outside the Buil | GAAP | 12/31/2016 | 20 | 75,759.91 | 3,525.60 | 0.00000 | |
| BLDGS - PP | 0864 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 141,079.83 | 6,565.37 | 0.00000 | |
| BLDGS - PP | 0865 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 92,554.87 | 4,307.14 | 0.00000 | |
| BLDGS - PP | 0866 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 21,770.83 | 1,013.09 | 0.00000 | |
| BLDGS - PP | 0878 | PP | Stone | GAAP | 12/31/2016 | 20 | 17,501.49 | 814.41 | 0.00000 | |
| BLDGS - PP | 0879 | PP | Foundation | GAAP | 12/31/2016 | 20 | 121,759.84 | 5,666.27 | 0.00000 | |
| BLDGS - PP | 0880 | PP | Siding/Roofing/Insul Purchase incl deliv | GAAP | 12/31/2016 | 20 | 6,862.58 | 319.36 | 0.00000 | |
| BLDGS - PP | 0881 | PP | OH/Mandoor Purchase/Install incl deliver | GAAP | 12/31/2016 | 20 | 4,086.17 | 190.11 | 0.00000 | |
| BLDGS - PP | 0882 | PP | Structural Steel / Erection | GAAP | 12/31/2016 | 20 | 72,234.29 | 3,361.54 | 0.00000 | |
| BLDGS - PP | 0883 | PP | Utility Process Piping - Outside the Buil | GAAP | 12/31/2016 | 20 | 721.70 | 33.54 | 0.00000 | |
| BLDGS - PP | 0884 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 543.10 | 25.31 | 0.00000 | |
| BLDGS - PP | 0885 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 28,904.06 | 1,345.09 | 0.00000 | |
| BLDGS - PP | 0886 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 18,253.63 | 849.43 | 0.00000 | |
| BLDGS - PP | 0900 | PP | Stone | GAAP | 12/31/2016 | 20 | 51,170.15 | 2,381.31 | 0.00000 | |
| BLDGS - PP | 0901 | PP | Foundation | GAAP | 12/31/2016 | 20 | 155,991.61 | 7,259.32 | 0.00000 | |
| BLDGS - PP | 0902 | PP | Structural Steel | GAAP | 12/31/2016 | 20 | 402,351.06 | 18,723.93 | 0.00000 | |
| BLDGS - PP | 0903 | PP | Siding/Roofing/Insul Purchase | GAAP | 12/31/2016 | 20 | 26,454.37 | 1,231.10 | 0.00000 | |
| BLDGS - PP | 0904 | PP | Utility Process Piping - Outside | GAAP | 12/31/2016 | 20 | 6,947.26 | 323.30 | 0.00000 | |
| BLDGS - PP | 0905 | PP | Utility Process Piping - Inside | GAAP | 12/31/2016 | 20 | 6,947.26 | 323.30 | 0.00000 | |
| BLDGS - PP | 0906 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 192,090.86 | 8,939.22 | 0.00000 | |
| BLDGS - PP | 0907 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 21,607.66 | 1,005.57 | 0.00000 | |
| BLDGS - PP | 0932 | PP | Foundation | GAAP | 12/31/2016 | 20 | 250,358.12 | 11,650.73 | 0.00000 | |
| BLDGS - PP | 0933 | PP | Structural Steel | GAAP | 12/31/2016 | 20 | 556,381.35 | 25,891.94 | 0.00000 | |
| BLDGS - PP | 0934 | PP | Siding/Roofing/Insul Purchase incl deliv | GAAP | 12/31/2016 | 20 | 28,983.97 | 1,348.80 | 0.00000 | |
| BLDGS - PP | 0935 | PP | Utility Process Piping - Outside the Buil | GAAP | 12/31/2016 | 20 | 6,947.26 | 323.30 | 0.00000 | |
| BLDGS - PP | 0936 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 8,035.76 | 373.90 | 0.00000 | |
| BLDGS - PP | 0937 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 31,059.57 | 1,445.39 | 0.00000 | |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | In Service Date | Estimated Life | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| BLDGS - PP | 0938 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 23,596.74 | 1,098.07 | 0.00000 | |
| BLDGS - PP | 0957 | PP | Stone | GAAP | 12/31/2016 | 20 | 10,872.06 | 505.91 | 0.00000 | |
| BLDGS - PP | 0958 | PP | Foundation | GAAP | 12/31/2016 | 20 | 390,885.88 | 18,190.41 | 0.00000 | |
| BLDGS - PP | 0959 | PP | Siding/Roofing/Insul Purchase incl deliv | GAAP | 12/31/2016 | 20 | 30,100.23 | 1,400.71 | 0.00000 | |
| BLDGS - PP | 0960 | PP | Structural Steel | GAAP | 12/31/2016 | 20 | 1,667,608.22 | 77,604.44 | 0.00000 | |
| BLDGS - PP | 0961 | PP | Utility Process Piping - Outside the Bui | GAAP | 12/31/2016 | 20 | 43,419.65 | 2,020.63 | 0.00000 | |
| BLDGS - PP | 0962 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 37,058.58 | 1,724.59 | 0.00000 | |
| BLDGS - PP | 0963 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 153,802.30 | 7,157.41 | 0.00000 | |
| BLDGS - PP | 0964 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 67,150.64 | 3,124.91 | 0.00000 | |
| BLDGS - PP | 1005 | PP | Stone | GAAP | 12/31/2016 | 20 | 93,763.49 | 4,363.44 | 0.00000 | |
| BLDGS - PP | 1006 | PP | Foundation | GAAP | 12/31/2016 | 20 | 594,195.80 | 27,651.66 | 0.00000 | |
| BLDGS - PP | 1007 | PP | Siding/Roofing/Insul Purchase incl deliv | GAAP | 12/31/2016 | 20 | 102,507.08 | 4,770.28 | 0.00000 | |
| BLDGS - PP | 1008 | PP | Structural Steel | GAAP | 12/31/2016 | 20 | 1,787,598.71 | 83,188.39 | 0.00000 | |
| BLDGS - PP | 1009 | PP | Utility Process Piping - Outside the Bui | GAAP | 12/31/2016 | 20 | 114,459.93 | 5,326.55 | 0.00000 | |
| BLDGS - PP | 1010 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 110,942.65 | 5,162.85 | 0.00000 | |
| BLDGS - PP | 1011 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 157,871.35 | 7,346.75 | 0.00000 | |
| BLDGS - PP | 1012 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 53,656.86 | 2,496.94 | 0.00000 | |
| BLDGS - PP | 1024 | PP | Foundation | GAAP | 12/31/2016 | 20 | 470,336.95 | 21,887.82 | 0.00000 | |
| BLDGS - PP | 1025 | PP | Structural Steel | GAAP | 12/31/2016 | 20 | 72,800.77 | 3,387.92 | 0.00000 | |
| BLDGS - PP | 1026 | PP | Utility Process Piping - Outside the Bui | GAAP | 12/31/2016 | 20 | 13,662.11 | 635.84 | 0.00000 | |
| BLDGS - PP | 1027 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 80,575.07 | 3,749.68 | 0.00000 | |
| BLDGS - PP | 1028 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 494,451.06 | 23,009.92 | 0.00000 | |
| BLDGS - PP | 1040 | PP | Stone | GAAP | 12/31/2016 | 20 | 12,342.91 | 574.44 | 0.00000 | |
| BLDGS - PP | 1041 | PP | Foundation | GAAP | 12/31/2016 | 20 | 336,019.97 | 15,637.14 | 0.00000 | |
| BLDGS - PP | 1042 | PP | Siding/Roofing/Insul Purchase incl deliv | GAAP | 12/31/2016 | 20 | 2,258.33 | 105.14 | 0.00000 | |
| BLDGS - PP | 1043 | PP | Structural Steel / Erection | GAAP | 12/31/2016 | 20 | 214,035.79 | 9,960.43 | 0.00000 | |
| BLDGS - PP | 1044 | PP | Utility Process Piping - Outside the Bui | GAAP | 12/31/2016 | 20 | 6,699.89 | 311.78 | 0.00000 | |
| BLDGS - PP | 1045 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 6,699.89 | 311.78 | 0.00000 | |
| BLDGS - PP | 1046 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 47,681.93 | 2,218.98 | 0.00000 | |
| BLDGS - PP | 1047 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 40,578.15 | 1,888.36 | 0.00000 | |
| BLDGS - PP | 1068 | PP | Foundation | GAAP | 12/31/2016 | 20 | 6,594.45 | 306.90 | 0.00000 | |
| BLDGS - PP | 1069 | PP | Structural Steel | GAAP | 12/31/2016 | 20 | 3,042.89 | 141.66 | 0.00000 | |
| BLDGS - PP | 1070 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 14,631.09 | 680.86 | 0.00000 | |
| BLDGS - PP | 1071 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 11,373.84 | 529.27 | 0.00000 | |
| BLDGS - PP | 1077 | PP | Siding/Roofing/Insul Purchase incl deliv | GAAP | 12/31/2016 | 20 | 4,319.65 | 201.03 | 0.00000 | |
| BLDGS - PP | 1078 | PP | Supply and Install | GAAP | 12/31/2016 | 20 | 9,538.41 | 443.92 | 0.00000 | |
| BLDGS - PP | 1079 | PP | Utility Process Piping - Inside the Buil | GAAP | 12/31/2016 | 20 | 44,077.73 | 2,051.19 | 0.00000 | |
| BLDGS - PP | 1080 | PP | Process Electrical | GAAP | 12/31/2016 | 20 | 7,460.59 | 347.17 | 0.00000 | |
| BLDGS - PP | 1134 | PP | Lab Structure | GAAP | 12/31/2016 | 20 | 9,829.28 | 457.41 | 0.00000 | |
| BLDGS - PP | 1135 | PP | Lab Facility | GAAP | 12/31/2016 | 20 | 10,416.04 | 484.78 | 0.00000 | |
| BLDGS - PP | 1136 | PP | Lab Transformer | GAAP | 12/31/2016 | 20 | 470.12 | 21.85 | 0.00000 | |
| BLDGS - PP | 1137 | PP | HVAC Supply & Install | GAAP | 12/31/2016 | 20 | 8,010.92 | 372.79 | 0.00000 | |
| BLDGS - PP | 1375 | PP | Transfer Bldg Fire Water PP-15009 | GAAP | 12/31/2016 | 20 | 232.41 | 10.15 | 0.00000 | |
| BLDGS - PP | 1382 | PP | Winterize Conveyor Bldg Entr  PP-15006 | GAAP | 12/31/2016 | 20 | 6,207.18 | 268.65 | 0.00000 | |
| **BLDGS - PP Total** | | | | | | | 15,977,515.01 | | | |
| EQUIP - PP | 0776 | PP | Single Rotary Dumper | GAAP | 12/31/2016 | 20 | 419,037.30 | 19,500.52 | 0.00000 | |
| EQUIP - PP | 0777 | PP | Wheel Gripper | GAAP | 12/31/2016 | 20 | 20,700.25 | 963.36 | 0.00000 | |
| EQUIP - PP | 0778 | PP | Apron Feeder | GAAP | 12/31/2016 | 20 | 45,536.35 | 2,119.05 | 0.00000 | |
| EQUIP - PP | 0779 | PP | Stamler Breaker / Dbl Roll Crusher | GAAP | 12/31/2016 | 20 | 23,428.39 | 1,090.30 | 0.00000 | |
| EQUIP - PP | 0780 | PP | Conveyors | GAAP | 12/31/2016 | 20 | 262,154.27 | 12,199.68 | 0.00000 | |
| EQUIP - PP | 0781 | PP | Concentrate Belt Scale | GAAP | 12/31/2016 | 20 | 1,983.68 | 92.35 | 0.00000 | |
| EQUIP - PP | 0782 | PP | Drive House | GAAP | 12/31/2016 | 20 | 36,231.65 | 1,686.08 | 0.00000 | |
| EQUIP - PP | 0783 | PP | Pedestal Boom Breaker | GAAP | 12/31/2016 | 20 | 2,627.88 | 122.32 | 0.00000 | |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | | | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP - PP | 0784 | PP | Sumps / Pumps | GAAP | 12/31/2016 | 20 | 5,466.16 | 254.32 | 0.00000 | |
| EQUIP - PP | 0786 | PP | Chutes & Skirting | GAAP | 12/31/2016 | 20 | 9,928.78 | 462.00 | 0.00000 | |
| EQUIP - PP | 0787 | PP | Rotary Dumper Hopper | GAAP | 12/31/2016 | 20 | 31,147.65 | 1,449.49 | 0.00000 | |
| EQUIP - PP | 0788 | PP | Miscellaneous | GAAP | 12/31/2016 | 20 | 23,028.22 | 1,071.64 | 0.00000 | |
| EQUIP - PP | 0797 | PP | Ball Mill | GAAP | 12/31/2016 | 20 | 455,059.33 | 21,176.80 | 0.00000 | |
| EQUIP - PP | 0798 | PP | Cyclone cluster | GAAP | 12/31/2016 | 20 | 31,297.06 | 1,456.47 | 0.00000 | |
| EQUIP - PP | 0799 | PP | 100' Thickener | GAAP | 12/31/2016 | 20 | 84,015.19 | 3,909.78 | 0.00000 | |
| EQUIP - PP | 0800 | PP | 200' Thickener - 45701 | GAAP | 12/31/2016 | 20 | 84,015.19 | 3,909.78 | 0.00000 | |
| EQUIP - PP | 0801 | PP | Homogenizing Agitator - Repulper | GAAP | 12/31/2016 | 20 | 5,024.38 | 233.78 | 0.00000 | |
| EQUIP - PP | 0802 | PP | Homogenizing Agitators (2) | GAAP | 12/31/2016 | 20 | 31,898.23 | 1,484.40 | 0.00000 | |
| EQUIP - PP | 0803 | PP | Homogenizing Agitators (2) | GAAP | 12/31/2016 | 20 | 31,898.23 | 1,484.40 | 0.00000 | |
| EQUIP - PP | 0804 | PP | Low voltage motors - Homogenizing Agita | GAAP | 12/31/2016 | 20 | 1,537.51 | 71.55 | 0.00000 | |
| EQUIP - PP | 0805 | PP | Low voltage motors - Homogenizing Agitat | GAAP | 12/31/2016 | 20 | 1,537.51 | 71.55 | 0.00000 | |
| EQUIP - PP | 0806 | PP | BM Slurry feed tanks (2) | GAAP | 12/31/2016 | 20 | 54,328.02 | 2,528.22 | 0.00000 | |
| EQUIP - PP | 0807 | PP | Filter Slurry Tanks (2) - 36101 A & B | GAAP | 12/31/2016 | 20 | 46,835.52 | 2,179.50 | 0.00000 | |
| EQUIP - PP | 0808 | PP | Launder pipe | GAAP | 12/31/2016 | 20 | 5,233.73 | 243.55 | 0.00000 | |
| EQUIP - PP | 0809 | PP | Underflow pumps from surge tank - Repulp | GAAP | 12/31/2016 | 20 | 8,137.07 | 378.67 | 0.00000 | |
| EQUIP - PP | 0810 | PP | Thickener Overflow Sump Pump (2) | GAAP | 12/31/2016 | 20 | 25,978.40 | 1,208.94 | 0.00000 | |
| EQUIP - PP | 0811 | PP | Thickener Underflow Pump (2) | GAAP | 12/31/2016 | 20 | 7,899.02 | 367.61 | 0.00000 | |
| EQUIP - PP | 0812 | PP | Slurry Pumps (4) | GAAP | 12/31/2016 | 20 | 11,052.12 | 514.27 | 0.00000 | |
| EQUIP - PP | 0813 | PP | Ball Mill Discharge (Cyclone feed) Pump | GAAP | 12/31/2016 | 20 | 19,757.30 | 919.46 | 0.00000 | |
| EQUIP - PP | 0814 | PP | Underflow Pumps (2) | GAAP | 12/31/2016 | 20 | 4,825.90 | 224.58 | 0.00000 | |
| EQUIP - PP | 0815 | PP | Filter feed Pumps | GAAP | 12/31/2016 | 20 | 5,206.55 | 242.34 | 0.00000 | |
| EQUIP - PP | 0816 | PP | Ball Mill Area floor sumps/pumps | GAAP | 12/31/2016 | 20 | 4,495.74 | 209.17 | 0.00000 | |
| EQUIP - PP | 0817 | PP | Ball OH Crane | GAAP | 12/31/2016 | 20 | 17,368.12 | 808.24 | 0.00000 | |
| EQUIP - PP | 0818 | PP | Conveyor - Belt feeders w/loader hopper | GAAP | 12/31/2016 | 20 | 21,806.79 | 1,014.80 | 0.00000 | |
| EQUIP - PP | 0819 | PP | 42"X908' Channel & Truss Frame Conveyor | GAAP | 12/31/2016 | 20 | 69,045.61 | 3,213.16 | 0.00000 | |
| EQUIP - PP | 0820 | PP | Conveyor Chutes/Sideboards/Skirts | GAAP | 12/31/2016 | 20 | 52,214.01 | 2,429.86 | 0.00000 | |
| EQUIP - PP | 0821 | PP | Con Grinding Chutes | GAAP | 12/31/2016 | 20 | 4,659.02 | 216.85 | 0.00000 | |
| EQUIP - PP | 0822 | PP | Process Water pumps - 41105 A, B & C | GAAP | 12/31/2016 | 20 | 13,164.93 | 612.62 | 0.00000 | |
| EQUIP - PP | 0823 | PP | Grind Circuit Feed Box | GAAP | 12/31/2016 | 20 | 431.37 | 20.12 | 0.00000 | |
| EQUIP - PP | 0824 | PP | Grinding Circuit Splitter Box | GAAP | 12/31/2016 | 20 | 979.20 | 45.55 | 0.00000 | |
| EQUIP - PP | 0825 | PP | Ball Mill Charge Bucket/Hopper | GAAP | 12/31/2016 | 20 | 7,510.13 | 349.54 | 0.00000 | |
| EQUIP - PP | 0826 | PP | Installation of 4 Slurry Tanks | GAAP | 12/31/2016 | 20 | 90,073.10 | 4,191.62 | 0.00000 | |
| EQUIP - PP | 0827 | PP | Bearing repair | GAAP | 12/31/2016 | 20 | 2,918.40 | 135.83 | 0.00000 | |
| EQUIP - PP | 0828 | PP | rail clamps | GAAP | 12/31/2016 | 20 | 1,959.62 | 91.23 | 0.00000 | |
| EQUIP - PP | 0829 | PP | Miscellaneous | GAAP | 12/31/2016 | 20 | 42.77 | 1.99 | 0.00000 | |
| EQUIP - PP | 0830 | PP | Motor Bases (14) | GAAP | 12/31/2016 | 20 | 2,175.66 | 101.22 | 0.00000 | |
| EQUIP - PP | 0831 | PP | PUMPS (3) | GAAP | 12/31/2016 | 20 | 564.70 | 26.27 | 0.00000 | |
| EQUIP - PP | 0843 | PP | Vacuum Disc Filters (6) - 53401 A-E | GAAP | 12/31/2016 | 20 | 161,535.52 | 7,517.24 | 0.00000 | |
| EQUIP - PP | 0844 | PP | Vacuum Pumps (7) - 42901 A-E | GAAP | 12/31/2016 | 20 | 175,516.28 | 8,167.89 | 0.00000 | |
| EQUIP - PP | 0845 | PP | Slurry Diverter | GAAP | 12/31/2016 | 20 | 1,798.42 | 83.71 | 0.00000 | |
| EQUIP - PP | 0846 | PP | Conveyor Belts | GAAP | 12/31/2016 | 20 | 367,667.05 | 17,109.88 | 0.00000 | |
| EQUIP - PP | 0847 | PP | Belt scales - 55233 | GAAP | 12/31/2016 | 20 | 2,787.54 | 129.74 | 0.00000 | |
| EQUIP - PP | 0848 | PP | Seal Water Pumps | GAAP | 12/31/2016 | 20 | 5,522.31 | 256.97 | 0.00000 | |
| EQUIP - PP | 0849 | PP | Filtrate Pumps | GAAP | 12/31/2016 | 20 | 3,865.41 | 179.91 | 0.00000 | |
| EQUIP - PP | 0850 | PP | Vacuum Disc Filter Hoist | GAAP | 12/31/2016 | 20 | 2,167.82 | 100.91 | 0.00000 | |
| EQUIP - PP | 0851 | PP | Vacuum pump Crane - 56403 | GAAP | 12/31/2016 | 20 | 1,091.00 | 50.78 | 0.00000 | |
| EQUIP - PP | 0852 | PP | Underflow Pump Seal Water Strainer | GAAP | 12/31/2016 | 20 | 20,883.93 | 971.89 | 0.00000 | |
| EQUIP - PP | 0853 | PP | Snap Blow Recievers - 35560 (incl w/filt | GAAP | 12/31/2016 | 20 | 79,254.81 | 3,688.24 | 0.00000 | |
| EQUIP - PP | 0854 | PP | Filter Cake discharge chutes - 43840 A-E | GAAP | 12/31/2016 | 20 | 3,129.33 | 145.60 | 0.00000 | |
| EQUIP - PP | 0855 | PP | Filter Bin Slide Gate | GAAP | 12/31/2016 | 20 | 2,631.41 | 122.42 | 0.00000 | |
| EQUIP - PP | 0856 | PP | Vacuum Header | GAAP | 12/31/2016 | 20 | 3,492.83 | 162.58 | 0.00000 | |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | In Service Date | Life | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP - PP | 0857 | PP | Vacuum Seal Water System | GAAP | 12/31/2016 | 20 | 15,819.87 | 736.19 | 0.00000 | |
| EQUIP - PP | 0858 | PP | Motor Bases (8) | GAAP | 12/31/2016 | 20 | 1,652.21 | 76.86 | 0.00000 | |
| EQUIP - PP | 0867 | PP | Truck Scale | GAAP | 12/31/2016 | 20 | 7,928.61 | 368.95 | 0.00000 | |
| EQUIP - PP | 0868 | PP | Loading Hoppers (Truck unload & loader f | GAAP | 12/31/2016 | 20 | 37,525.69 | 1,746.30 | 0.00000 | |
| EQUIP - PP | 0869 | PP | 36"X215' Truss Frame Conveyor | GAAP | 12/31/2016 | 20 | 45,997.06 | 2,140.49 | 0.00000 | |
| EQUIP - PP | 0870 | PP | 48"X75' Belt Feeder w/Hopper | GAAP | 12/31/2016 | 20 | 18,084.03 | 841.51 | 0.00000 | |
| EQUIP - PP | 0871 | PP | 30"X315' Truss Frame Conveyor | GAAP | 12/31/2016 | 20 | 33,080.88 | 1,539.51 | 0.00000 | |
| EQUIP - PP | 0872 | PP | 30"X267' Truss Frame Conveyor | GAAP | 12/31/2016 | 20 | 30,897.41 | 1,437.89 | 0.00000 | |
| EQUIP - PP | 0873 | PP | Pnuematic Pump | GAAP | 12/31/2016 | 20 | 3,148.11 | 146.52 | 0.00000 | |
| EQUIP - PP | 0874 | PP | Pnuematic system | GAAP | 12/31/2016 | 20 | 23,993.67 | 1,116.56 | 0.00000 | |
| EQUIP - PP | 0875 | PP | Transfer Piping | GAAP | 12/31/2016 | 20 | 3,935.14 | 183.09 | 0.00000 | |
| EQUIP - PP | 0876 | PP | Metal Detectors | GAAP | 12/31/2016 | 20 | 1,273.17 | 59.24 | 0.00000 | |
| EQUIP - PP | 0877 | PP | Mechanical Install | GAAP | 12/31/2016 | 20 | 33,446.31 | 1,556.47 | 0.00000 | |
| EQUIP - PP | 0887 | PP | Coke Breeze Pulverizer Roller Mill Syste | GAAP | 12/31/2016 | 20 | 239,400.32 | 11,140.84 | 0.00000 | |
| EQUIP - PP | 0888 | PP | Limestone/Dolomite Pulverizer Roller Mil | GAAP | 12/31/2016 | 20 | 277,610.23 | 12,918.99 | 0.00000 | |
| EQUIP - PP | 0889 | PP | Medium voltage motors | GAAP | 12/31/2016 | 20 | 30,832.42 | 1,434.81 | 0.00000 | |
| EQUIP - PP | 0890 | PP | Conveyors (to Roller Mill Feed Bins - 56 | GAAP | 12/31/2016 | 20 | 43,375.20 | 2,018.57 | 0.00000 | |
| EQUIP - PP | 0891 | PP | Diamond Back Hopper | GAAP | 12/31/2016 | 20 | 4,477.87 | 208.43 | 0.00000 | |
| EQUIP - PP | 0892 | PP | Pin Gates | GAAP | 12/31/2016 | 20 | 3,131.64 | 145.69 | 0.00000 | |
| EQUIP - PP | 0893 | PP | Additive Feed Conv Maint Hoist | GAAP | 12/31/2016 | 20 | 1,013.15 | 47.13 | 0.00000 | |
| EQUIP - PP | 0894 | PP | Coke Breeze Pulverizer Feed Bin 43503 | GAAP | 12/31/2016 | 20 | 50,971.55 | 2,372.04 | 0.00000 | |
| EQUIP - PP | 0895 | PP | Limestone Pulverizer Feed Bin 43502 | GAAP | 12/31/2016 | 20 | 15,996.41 | 744.47 | 0.00000 | |
| EQUIP - PP | 0896 | PP | Dolomite Pulverizer Feed Bin 43501 | GAAP | 12/31/2016 | 20 | 15,996.41 | 744.47 | 0.00000 | |
| EQUIP - PP | 0897 | PP | Chutes | GAAP | 12/31/2016 | 20 | 4,782.79 | 222.62 | 0.00000 | |
| EQUIP - PP | 0898 | PP | Stack | GAAP | 12/31/2016 | 20 | 10,145.20 | 472.13 | 0.00000 | |
| EQUIP - PP | 0899 | PP | Mechanical install - est 8000 MH | GAAP | 12/31/2016 | 20 | 544,162.77 | 25,323.35 | 0.00000 | |
| EQUIP - PP | 0908 | PP | MMM - Wet Mixer 11000 - 45101 A & B | GAAP | 12/31/2016 | 20 | 115,693.05 | 5,383.98 | 0.00000 | |
| EQUIP - PP | 0909 | PP | MMM - MagCon® Feed Conveyors (18' ea) | GAAP | 12/31/2016 | 20 | 29,853.43 | 1,389.28 | 0.00000 | |
| EQUIP - PP | 0910 | PP | MMM - Pulv Coke Breeze L-I-W Feeder | GAAP | 12/31/2016 | 20 | 6,003.04 | 279.35 | 0.00000 | |
| EQUIP - PP | 0911 | PP | MMM - Pulv Limestone L-I-W Feeder | GAAP | 12/31/2016 | 20 | 6,003.04 | 279.35 | 0.00000 | |
| EQUIP - PP | 0912 | PP | MMM - Bentonite L-I-W Feeder | GAAP | 12/31/2016 | 20 | 6,003.04 | 279.35 | 0.00000 | |
| EQUIP - PP | 0913 | PP | CB/LS/D Weigh Belt Scales | GAAP | 12/31/2016 | 20 | 4,645.90 | 216.24 | 0.00000 | |
| EQUIP - PP | 0914 | PP | Dust Recycle Feeders - 55106 A & B | GAAP | 12/31/2016 | 20 | 5,119.36 | 238.20 | 0.00000 | |
| EQUIP - PP | 0915 | PP | Organic Binder Weighfeeders | GAAP | 12/31/2016 | 20 | 21,939.92 | 1,021.05 | 0.00000 | |
| EQUIP - PP | 0916 | PP | MMM Cranes | GAAP | 12/31/2016 | 20 | 5,212.99 | 242.63 | 0.00000 | |
| EQUIP - PP | 0917 | PP | MMM - Pulverized Coke Breeze Feed Bin | GAAP | 12/31/2016 | 20 | 28,672.12 | 1,334.25 | 0.00000 | |
| EQUIP - PP | 0918 | PP | MMM - Pulverized L/D Feed Bin - 43507 | GAAP | 12/31/2016 | 20 | 46,335.22 | 2,156.31 | 0.00000 | |
| EQUIP - PP | 0919 | PP | MMM - Bentonite Feed Bin - 43508 | GAAP | 12/31/2016 | 20 | 17,298.39 | 805.05 | 0.00000 | |
| EQUIP - PP | 0920 | PP | MMM - Dust Recycle Bin - 43513 | GAAP | 12/31/2016 | 20 | 9,949.30 | 463.00 | 0.00000 | |
| EQUIP - PP | 0921 | PP | MMM - MagCon® Feed Bin - 43505 | GAAP | 12/31/2016 | 20 | 56,002.97 | 2,606.23 | 0.00000 | |
| EQUIP - PP | 0922 | PP | 50 Ton Organic Binder Feed Bin | GAAP | 12/31/2016 | 20 | 12,022.62 | 559.48 | 0.00000 | |
| EQUIP - PP | 0923 | PP | Expansion Joint Adder (per dir email 1/24 | GAAP | 12/31/2016 | 20 | 37,992.94 | 1,768.09 | 0.00000 | |
| EQUIP - PP | 0924 | PP | Install of rst-1/rsr-2/rr-1 & rr-1/bf-1 | GAAP | 12/31/2016 | 20 | 38,668.48 | 1,799.49 | 0.00000 | |
| EQUIP - PP | 0925 | PP | Vortex Valve | GAAP | 12/31/2016 | 20 | 1,127.16 | 52.50 | 0.00000 | |
| EQUIP - PP | 0926 | PP | MMM - Pulv Coke Brze Explosion Vent | GAAP | 12/31/2016 | 20 | 4,598.33 | 213.98 | 0.00000 | |
| EQUIP - PP | 0927 | PP | MMM - Mixer Chutes fabrication | GAAP | 12/31/2016 | 20 | 5,941.58 | 276.50 | 0.00000 | |
| EQUIP - PP | 0928 | PP | Chute Install | GAAP | 12/31/2016 | 20 | 13,687.48 | 636.92 | 0.00000 | |
| EQUIP - PP | 0929 | PP | Mechanical install | GAAP | 12/31/2016 | 20 | 468,281.40 | 21,792.07 | 0.00000 | |
| EQUIP - PP | 0930 | PP | Vendor Start-up Services | GAAP | 12/31/2016 | 20 | 48,577.84 | 2,260.59 | 0.00000 | |
| EQUIP - PP | 0931 | PP | Miscellaneous | GAAP | 12/31/2016 | 20 | 241.85 | 11.20 | 0.00000 | |
| EQUIP - PP | 0939 | PP | Balling - Disc Feed Conveyors | GAAP | 12/31/2016 | 20 | 359,278.52 | 16,719.49 | 0.00000 | |
| EQUIP - PP | 0940 | PP | Belt Scale | GAAP | 12/31/2016 | 20 | 928.85 | 43.17 | 0.00000 | |
| EQUIP - PP | 0941 | PP | Belt Scale | GAAP | 12/31/2016 | 20 | 928.85 | 43.17 | 0.00000 | |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | | | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP - PP | 0942 | PP | Balling - Plows (6) - 48007A-E | GAAP | 12/31/2016 | 20 | 6,611.02 | 307.69 | 0.00000 | |
| EQUIP - PP | 0943 | PP | Balling Feed Bins (8) - 43511A-F | GAAP | 12/31/2016 | 20 | 74,043.55 | 3,445.70 | 0.00000 | |
| EQUIP - PP | 0944 | PP | Feed chutes to discs (6) - 43812A-F | GAAP | 12/31/2016 | 20 | 5,072.76 | 236.04 | 0.00000 | |
| EQUIP - PP | 0945 | PP | Balling - Fluffers (1) 45103A | GAAP | 12/31/2016 | 20 | 1,818.03 | 84.66 | 0.00000 | |
| EQUIP - PP | 0946 | PP | Balling - Belt Scales (6) - 55215A-F | GAAP | 12/31/2016 | 20 | 5,575.08 | 259.49 | 0.00000 | |
| EQUIP - PP | 0947 | PP | Balling - Discs (6 total) 4 NEW DISKS (M | GAAP | 12/31/2016 | 20 | 283,092.85 | 13,174.15 | 0.00000 | |
| EQUIP - PP | 0948 | PP | Balling - Roll Screens (6) - 45401A-F | GAAP | 12/31/2016 | 20 | 129,694.15 | 6,035.55 | 0.00000 | |
| EQUIP - PP | 0949 | PP | Balling - Area Cranes - 56401A,B & 56707 | GAAP | 12/31/2016 | 20 | 15,319.86 | 712.94 | 0.00000 | |
| EQUIP - PP | 0950 | PP | Mechanical install | GAAP | 12/31/2016 | 20 | 235,408.58 | 10,955.07 | 0.00000 | |
| EQUIP - PP | 0951 | PP | Conveyor Skirting | GAAP | 12/31/2016 | 20 | 493.50 | 22.92 | 0.00000 | |
| EQUIP - PP | 0952 | PP | Chute Install | GAAP | 12/31/2016 | 20 | 7,701.85 | 358.37 | 0.00000 | |
| EQUIP - PP | 0953 | PP | Dust Cover for pallet car hubs | GAAP | 12/31/2016 | 20 | 1,670.38 | 77.77 | 0.00000 | |
| EQUIP - PP | 0954 | PP | Balling drum disc chute without feed | GAAP | 12/31/2016 | 20 | 406.27 | 18.87 | 0.00000 | |
| EQUIP - PP | 0955 | PP | Belt plow modifications | GAAP | 12/31/2016 | 20 | 544.22 | 25.28 | 0.00000 | |
| EQUIP - PP | 0956 | PP | D1 take up | GAAP | 12/31/2016 | 20 | 333.07 | 15.50 | 0.00000 | |
| EQUIP - PP | 0965 | PP | Ind - Solids - Burners (16) (Jacobs/Mets | GAAP | 12/31/2016 | 20 | 661,210.19 | 30,770.33 | 0.00000 | |
| EQUIP - PP | 0966 | PP | Ind - Solids - Spillage/Dribble hopper f | GAAP | 12/31/2016 | 20 | 51,351.55 | 2,389.77 | 0.00000 | |
| EQUIP - PP | 0967 | PP | Ind - Solids - Discharge Hopper - 43611 | GAAP | 12/31/2016 | 20 | 21,090.02 | 981.48 | 0.00000 | |
| EQUIP - PP | 0968 | PP | Ind - Solids - Furnace Rails (Jacobs/Met | GAAP | 12/31/2016 | 20 | 22,571.16 | 1,050.38 | 0.00000 | |
| EQUIP - PP | 0969 | PP | Ind - Solids - Windbox & Downcomer Fab | GAAP | 12/31/2016 | 20 | 90,103.26 | 4,193.06 | 0.00000 | |
| EQUIP - PP | 0970 | PP | Air Diaphragm Pump | GAAP | 12/31/2016 | 20 | 306.54 | 14.22 | 0.00000 | |
| EQUIP - PP | 0971 | PP | Ind - Solids - Double dump valves - 39 e | GAAP | 12/31/2016 | 20 | 24,937.14 | 1,160.53 | 0.00000 | |
| EQUIP - PP | 0972 | PP | Ind - Solids - Single deck roll screen - | GAAP | 12/31/2016 | 20 | 50,133.66 | 2,333.02 | 0.00000 | |
| EQUIP - PP | 0973 | PP | Discharge vibrating feeders (2) - 43218A | GAAP | 12/31/2016 | 20 | 8,539.25 | 397.34 | 0.00000 | |
| EQUIP - PP | 0974 | PP | 43060 - HL-3 conveyor - 375' | GAAP | 12/31/2016 | 20 | 82,569.58 | 3,842.47 | 0.00000 | |
| EQUIP - PP | 0975 | PP | Ind - Solids - Product Conveyor P-1 (350 | GAAP | 12/31/2016 | 20 | 286.51 | 13.37 | 0.00000 | |
| EQUIP - PP | 0976 | PP | Belt Scale - Fired Product | GAAP | 12/31/2016 | 20 | 929.29 | 43.20 | 0.00000 | |
| EQUIP - PP | 0977 | PP | Discharge Hopper Pin Gates | GAAP | 12/31/2016 | 20 | 3,131.64 | 145.69 | 0.00000 | |
| EQUIP - PP | 0978 | PP | 43055 Oscillating Conveyor GP-4 | GAAP | 12/31/2016 | 20 | 41,392.77 | 1,926.26 | 0.00000 | |
| EQUIP - PP | 0979 | PP | 43054 Wide Belt Conveyor GP-5 | GAAP | 12/31/2016 | 20 | 40,168.63 | 1,869.32 | 0.00000 | |
| EQUIP - PP | 0980 | PP | Ind - Solids - Pellet Machine (Metso) | GAAP | 12/31/2016 | 20 | 1,082,029.29 | 50,353.76 | 0.00000 | |
| EQUIP - PP | 0981 | PP | Center-End-Spacer Grate Bars | GAAP | 12/31/2016 | 20 | 25,232.06 | 1,174.19 | 0.00000 | |
| EQUIP - PP | 0982 | PP | Ind - Solids - Hearth Layer Bins - 43610 | GAAP | 12/31/2016 | 20 | 21,095.58 | 981.73 | 0.00000 | |
| EQUIP - PP | 0983 | PP | Ind - Solids - Pallet removal OH Crane | GAAP | 12/31/2016 | 20 | 3,203.15 | 149.10 | 0.00000 | |
| EQUIP - PP | 0984 | PP | Baghouse Fan Hoist | GAAP | 12/31/2016 | 20 | 972.25 | 45.19 | 0.00000 | |
| EQUIP - PP | 0985 | PP | Ind - Solids - Lintels/Baffles | GAAP | 12/31/2016 | 20 | 15,187.74 | 706.81 | 0.00000 | |
| EQUIP - PP | 0986 | PP | Ind - Solids - Transition duct fabricati | GAAP | 12/31/2016 | 20 | 37,700.07 | 1,754.47 | 0.00000 | |
| EQUIP - PP | 0987 | PP | Ind - Solids - Discharge Stack - 50231.0 | GAAP | 12/31/2016 | 20 | 7,161.95 | 333.30 | 0.00000 | |
| EQUIP - PP | 0988 | PP | Ind - Solids - Refractory Materials | GAAP | 12/31/2016 | 20 | 1,038,650.47 | 48,335.04 | 0.00000 | |
| EQUIP - PP | 0989 | PP | Ind - Solids - Seal Bar - 54003,54005 | GAAP | 12/31/2016 | 20 | 11,018.39 | 512.71 | 0.00000 | |
| EQUIP - PP | 0990 | PP | Eaton Strainers | GAAP | 12/31/2016 | 20 | 20,685.60 | 962.66 | 0.00000 | |
| EQUIP - PP | 0991 | PP | Ind - Solids - Pallet removal control pa | GAAP | 12/31/2016 | 20 | 194.15 | 8.98 | 0.00000 | |
| EQUIP - PP | 0992 | PP | Stone box - 43721 (DRIBBLE BELT CHUTE) | GAAP | 12/31/2016 | 20 | 1,485.28 | 69.11 | 0.00000 | |
| EQUIP - PP | 0993 | PP | Emergency Discharge Chute - 54007 | GAAP | 12/31/2016 | 20 | 1,485.28 | 69.11 | 0.00000 | |
| EQUIP - PP | 0994 | PP | Ind - Solids - Mechanical Install | GAAP | 12/31/2016 | 20 | 887,166.83 | 41,285.55 | 0.00000 | |
| EQUIP - PP | 0995 | PP | APC assembly of residual lime bin | GAAP | 12/31/2016 | 20 | 15,557.41 | 723.93 | 0.00000 | |
| EQUIP - PP | 0996 | PP | Ind - Solids - Washdown Sumps/pumps | GAAP | 12/31/2016 | 20 | 7,869.36 | 366.23 | 0.00000 | |
| EQUIP - PP | 0997 | PP | Misc. Sm Items | GAAP | 12/31/2016 | 20 | 526.54 | 24.54 | 0.00000 | |
| EQUIP - PP | 0998 | PP | Wilden Pro-Flo x Double Diaphragm Pump | GAAP | 12/31/2016 | 20 | 428.51 | 19.95 | 0.00000 | |
| EQUIP - PP | 0999 | PP | Rework Recoup Fan | GAAP | 12/31/2016 | 20 | 924.69 | 43.05 | 0.00000 | |
| EQUIP - PP | 1000 | PP | Ductwork | GAAP | 12/31/2016 | 20 | 12,532.05 | 583.15 | 0.00000 | |
| EQUIP - PP | 1001 | PP | Misc. Installation Costs | GAAP | 12/31/2016 | 20 | 4,538.62 | 211.22 | 0.00000 | |
| EQUIP - PP | 1002 | PP | Lintel Cooling Water Tank | GAAP | 12/31/2016 | 20 | 9,807.57 | 456.40 | 0.00000 | |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|
| EQUIP - PP | 1003 | PP | Lintel Cooling Water Heat Exchanger | GAAP | 12/31/2016 | 20 | 5,729.56 | 266.67 | 0.00000 | |
| EQUIP - PP | 1004 | PP | Service Cooling Water Cooling Tower | GAAP | 12/31/2016 | 20 | 10,247.10 | 476.89 | 0.00000 | |
| EQUIP - PP | 1013 | PP | Hood Exhaust Fan to Stack Ductwork Fabri | GAAP | 12/31/2016 | 20 | 1,412,033.52 | 65,710.94 | 0.00000 | |
| EQUIP - PP | 1014 | PP | HCA Tempering Damper and Duct Supports | GAAP | 12/31/2016 | 20 | 278,304.04 | 12,951.25 | 0.00000 | |
| EQUIP - PP | 1015 | PP | Stack Fabrication | GAAP | 12/31/2016 | 20 | 319,283.07 | 14,858.33 | 0.00000 | |
| EQUIP - PP | 1016 | PP | Ind - Gas - Hood Seal Fan (40 HP) | GAAP | 12/31/2016 | 20 | 3,291.12 | 153.12 | 0.00000 | |
| EQUIP - PP | 1017 | PP | Ind - Gas - Hood Seals - Single and Doub | GAAP | 12/31/2016 | 20 | 22,036.77 | 1,025.53 | 0.00000 | |
| EQUIP - PP | 1018 | PP | Ind - Gas - APC & Mechanical Install | GAAP | 12/31/2016 | 20 | 1,029,562.37 | 47,912.14 | 0.00000 | |
| EQUIP - PP | 1019 | PP | Ind - Gas - WBE Header Vent Door | GAAP | 12/31/2016 | 20 | 2,038.40 | 94.86 | 0.00000 | |
| EQUIP - PP | 1020 | PP | Ind - Gas - WBR Header Vent Door | GAAP | 12/31/2016 | 20 | 2,038.40 | 94.86 | 0.00000 | |
| EQUIP - PP | 1021 | PP | K Inlets | GAAP | 12/31/2016 | 20 | 1,524.28 | 70.98 | 0.00000 | |
| EQUIP - PP | 1022 | PP | Ind - Gas - WBE Poll.Cont. Eq./GSA - APC | GAAP | 12/31/2016 | 20 | 1,518,333.57 | 70,657.74 | 0.00000 | |
| EQUIP - PP | 1023 | PP | Ind - Gas - UDD Fan (3500HP) - INCL MOTO | GAAP | 12/31/2016 | 20 | 516,219.53 | 24,023.01 | 0.00000 | |
| EQUIP - PP | 1029 | PP | High Speed Loadout systems | GAAP | 12/31/2016 | 20 | 158,187.66 | 7,361.47 | 0.00000 | |
| EQUIP - PP | 1030 | PP | Conveyors | GAAP | 12/31/2016 | 20 | 70,619.15 | 3,286.35 | 0.00000 | |
| EQUIP - PP | 1031 | PP | Grizzly | GAAP | 12/31/2016 | 20 | 1,678.65 | 78.10 | 0.00000 | |
| EQUIP - PP | 1032 | PP | Conveyor P-3 (715') | GAAP | 12/31/2016 | 20 | 106,763.95 | 4,968.37 | 0.00000 | |
| EQUIP - PP | 1033 | PP | Reversing Conveyor P-4 (58') | GAAP | 12/31/2016 | 20 | 9,801.77 | 456.12 | 0.00000 | |
| EQUIP - PP | 1034 | PP | Bin 43523 | GAAP | 12/31/2016 | 20 | 184,159.32 | 8,570.06 | 0.00000 | |
| EQUIP - PP | 1035 | PP | Overflow Chute 43122 | GAAP | 12/31/2016 | 20 | 11,453.15 | 532.97 | 0.00000 | |
| EQUIP - PP | 1036 | PP | Reclaim Hopper 43525 | GAAP | 12/31/2016 | 20 | 3,349.59 | 155.85 | 0.00000 | |
| EQUIP - PP | 1037 | PP | Product Storage Silos (2) | GAAP | 12/31/2016 | 20 | 93,702.01 | 4,360.56 | 0.00000 | |
| EQUIP - PP | 1038 | PP | Mechanical Install | GAAP | 12/31/2016 | 20 | 266,794.57 | 12,415.65 | 0.00000 | |
| EQUIP - PP | 1039 | PP | Dust Collector Steel Erection | GAAP | 12/31/2016 | 20 | 11,772.60 | 547.90 | 0.00000 | |
| EQUIP - PP | 1048 | PP | Dust Recycle Bin Vent | GAAP | 12/31/2016 | 20 | 984.05 | 45.84 | 0.00000 | |
| EQUIP - PP | 1049 | PP | Bentonite Recycle Bin Vent | GAAP | 12/31/2016 | 20 | 983.94 | 45.78 | 0.00000 | |
| EQUIP - PP | 1050 | PP | Pellet Train #1 | GAAP | 12/31/2016 | 20 | 4,586.29 | 213.42 | 0.00000 | |
| EQUIP - PP | 1051 | PP | Dust Recycle Surge Bin Vent | GAAP | 12/31/2016 | 20 | 983.94 | 45.78 | 0.00000 | |
| EQUIP - PP | 1052 | PP | 50205 Mixer Bhouse - 25000cfm | GAAP | 12/31/2016 | 20 | 8,968.98 | 417.42 | 0.00000 | |
| EQUIP - PP | 1053 | PP | 50206 Fluxstone Baghouse - 14000 ACFM | GAAP | 12/31/2016 | 20 | 5,634.73 | 262.22 | 0.00000 | |
| EQUIP - PP | 1054 | PP | 50207 Coke Breeze Baghouse - 3000 ACFM | GAAP | 12/31/2016 | 20 | 9,661.14 | 449.64 | 0.00000 | |
| EQUIP - PP | 1055 | PP | Pellet Train #2 | GAAP | 12/31/2016 | 20 | 16,004.98 | 744.85 | 0.00000 | |
| EQUIP - PP | 1056 | PP | 50231 Machine Discharge Bhouse - 64000cf | GAAP | 12/31/2016 | 20 | 12,354.68 | 574.97 | 0.00000 | |
| EQUIP - PP | 1057 | PP | 50230 HL SEPARATION Bhouse - 12000cfm | GAAP | 12/31/2016 | 20 | 6,056.01 | 281.88 | 0.00000 | |
| EQUIP - PP | 1058 | PP | Dumper Dust Collection - 60,000 acfm | GAAP | 12/31/2016 | 20 | 16,180.39 | 752.94 | 0.00000 | |
| EQUIP - PP | 1059 | PP | Valves | GAAP | 12/31/2016 | 20 | 3,451.85 | 160.60 | 0.00000 | |
| EQUIP - PP | 1060 | PP | Screw Conveyor | GAAP | 12/31/2016 | 20 | 1,690.55 | 78.70 | 0.00000 | |
| EQUIP - PP | 1061 | PP | HL Bin Baghouse | GAAP | 12/31/2016 | 20 | 6,868.89 | 319.69 | 0.00000 | |
| EQUIP - PP | 1062 | PP | LD Bin Vent | GAAP | 12/31/2016 | 20 | 983.97 | 45.80 | 0.00000 | |
| EQUIP - PP | 1063 | PP | Baghouse Fans | GAAP | 12/31/2016 | 20 | 15,238.01 | 709.14 | 0.00000 | |
| EQUIP - PP | 1064 | PP | Indurating Machine Discharge Fan | GAAP | 12/31/2016 | 20 | 2,539.67 | 118.15 | 0.00000 | |
| EQUIP - PP | 1065 | PP | HDC - Duct fab & Install | GAAP | 12/31/2016 | 20 | 95,261.74 | 4,433.09 | 0.00000 | |
| EQUIP - PP | 1066 | PP | Pnuematic Dust Conveying System | GAAP | 12/31/2016 | 20 | 84,861.91 | 3,949.11 | 0.00000 | |
| EQUIP - PP | 1067 | PP | HDC - Mechanical install | GAAP | 12/31/2016 | 20 | 75,286.32 | 3,503.57 | 0.00000 | |
| EQUIP - PP | 1072 | PP | Wells | GAAP | 12/31/2016 | 20 | 29.20 | 1.35 | 0.00000 | |
| EQUIP - PP | 1073 | PP | Fire Water Pump | GAAP | 12/31/2016 | 20 | 5,190.70 | 241.51 | 0.00000 | |
| EQUIP - PP | 1074 | PP | Fire Water Piping | GAAP | 12/31/2016 | 20 | 48,473.59 | 2,255.84 | 0.00000 | |
| EQUIP - PP | 1075 | PP | Fire System Installation | GAAP | 12/31/2016 | 20 | 26,777.98 | 1,246.15 | 0.00000 | |
| EQUIP - PP | 1076 | PP | Water Treatment System | GAAP | 12/31/2016 | 20 | 26,967.50 | 1,254.96 | 0.00000 | |
| EQUIP - PP | 1081 | PP | Utilities - Water Process Piping / Insta | GAAP | 12/31/2016 | 20 | 332,898.83 | 15,491.93 | 0.00000 | |
| EQUIP - PP | 1082 | PP | Primary Electrical | GAAP | 12/31/2016 | 20 | 2,011,007.63 | 93,585.03 | 0.00000 | |
| EQUIP - PP | 1083 | PP | General Electrical | GAAP | 12/31/2016 | 20 | 94,321.71 | 4,389.39 | 0.00000 | |
| EQUIP - PP | 1084 | PP | Building Lighting / Electrification | GAAP | 12/31/2016 | 20 | 7,779.98 | 362.07 | 0.00000 | |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | Placed in Service Date | Life | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP - PP | 1085 | PP | Unallocated Power Distribution | GAAP | 12/31/2016 | 20 | 932,904.72 | 43,413.98 | 0.00000 | |
| EQUIP - PP | 1086 | PP | Electrical Tools | GAAP | 12/31/2016 | 20 | 5,072.89 | 236.12 | 0.00000 | |
| EQUIP - PP | 1087 | PP | Automation Package | GAAP | 12/31/2016 | 20 | 24,765.49 | 1,152.45 | 0.00000 | |
| EQUIP - PP | 1088 | PP | Miscellaneous Electrical | GAAP | 12/31/2016 | 20 | 455,774.46 | 21,210.07 | 0.00000 | |
| EQUIP - PP | 1089 | PP | Substation Stone | GAAP | 12/31/2016 | 20 | 46,185.44 | 2,149.33 | 0.00000 | |
| EQUIP - PP | 1090 | PP | Ultrapyc 1200 e & Gas regulator | GAAP | 12/31/2016 | 20 | 1,490.79 | 69.33 | 0.00000 | |
| EQUIP - PP | 1091 | PP | Blaine Air | GAAP | 12/31/2016 | 20 | 1,411.46 | 65.73 | 0.00000 | |
| EQUIP - PP | 1093 | PP | Muffle Furnace | GAAP | 12/31/2016 | 20 | 1,821.12 | 84.73 | 0.00000 | |
| EQUIP - PP | 1094 | PP | Quadbeam/Immersion sensor | GAAP | 12/31/2016 | 20 | 1,264.27 | 58.88 | 0.00000 | |
| EQUIP - PP | 1095 | PP | Survey meter | GAAP | 12/31/2016 | 20 | 113.67 | 5.29 | 0.00000 | |
| EQUIP - PP | 1096 | PP | Compression Tester | GAAP | 12/31/2016 | 20 | 7,286.46 | 339.03 | 0.00000 | |
| EQUIP - PP | 1097 | PP | Balling Machine | GAAP | 12/31/2016 | 20 | 409.22 | 19.09 | 0.00000 | |
| EQUIP - PP | 1098 | PP | Vibratory Pulverizer | GAAP | 12/31/2016 | 20 | 916.86 | 42.64 | 0.00000 | |
| EQUIP - PP | 1099 | PP | P2 Lienar Drive Sampler | GAAP | 12/31/2016 | 20 | 12,472.81 | 580.43 | 0.00000 | |
| EQUIP - PP | 1100 | PP | Lab Hood | GAAP | 12/31/2016 | 20 | 1,636.34 | 76.14 | 0.00000 | |
| EQUIP - PP | 1101 | PP | Lab Testing | GAAP | 12/31/2016 | 20 | 1,756.88 | 81.75 | 0.00000 | |
| EQUIP - PP | 1102 | PP | Rotap & Screens Particle Size Separation | GAAP | 12/31/2016 | 20 | 619.27 | 28.80 | 0.00000 | |
| EQUIP - PP | 1103 | PP | Pressure Filter | GAAP | 12/31/2016 | 20 | 621.32 | 28.96 | 0.00000 | |
| EQUIP - PP | 1104 | PP | Sieve | GAAP | 12/31/2016 | 20 | 140.34 | 6.54 | 0.00000 | |
| EQUIP - PP | 1105 | PP | Microsplitter & Test Screen | GAAP | 12/31/2016 | 20 | 618.88 | 28.81 | 0.00000 | |
| EQUIP - PP | 1106 | PP | Drum Tumbler | GAAP | 12/31/2016 | 20 | 1,762.94 | 82.05 | 0.00000 | |
| EQUIP - PP | 1107 | PP | Supplies | GAAP | 12/31/2016 | 20 | 1,625.99 | 75.64 | 0.00000 | |
| EQUIP - PP | 1108 | PP | Moisture Meters | GAAP | 12/31/2016 | 20 | 380.09 | 17.66 | 0.00000 | |
| EQUIP - PP | 1109 | PP | Computers for Lab | GAAP | 12/31/2016 | 20 | 1,101.84 | 51.23 | 0.00000 | |
| EQUIP - PP | 1110 | PP | Turbidity Meter | GAAP | 12/31/2016 | 20 | 89.58 | 4.15 | 0.00000 | |
| EQUIP - PP | 1111 | PP | Muffle Furnace | GAAP | 12/31/2016 | 20 | 276.34 | 12.86 | 0.00000 | |
| EQUIP - PP | 1112 | PP | Gibson Screen | GAAP | 12/31/2016 | 20 | 425.20 | 19.76 | 0.00000 | |
| EQUIP - PP | 1113 | PP | Floc Test | GAAP | 12/31/2016 | 20 | 223.89 | 10.41 | 0.00000 | |
| EQUIP - PP | 1114 | PP | Misc Lab Equipment | GAAP | 12/31/2016 | 20 | 216.34 | 10.04 | 0.00000 | |
| EQUIP - PP | 1115 | PP | Misc Lab Equipment | GAAP | 12/31/2016 | 20 | 31.60 | 1.47 | 0.00000 | |
| EQUIP - PP | 1116 | PP | Cabinets | GAAP | 12/31/2016 | 20 | 221.65 | 10.26 | 0.00000 | |
| EQUIP - PP | 1117 | PP | Lab Samples | GAAP | 12/31/2016 | 20 | 115.00 | 5.37 | 0.00000 | |
| EQUIP - PP | 1118 | PP | Misc Lab Equipment | GAAP | 12/31/2016 | 20 | 516.26 | 24.08 | 0.00000 | |
| EQUIP - PP | 1119 | PP | Pulp Density Scale | GAAP | 12/31/2016 | 20 | 213.62 | 9.95 | 0.00000 | |
| EQUIP - PP | 1120 | PP | Lab Samples | GAAP | 12/31/2016 | 20 | 78.23 | 3.65 | 0.00000 | |
| EQUIP - PP | 1121 | PP | Iron Ore subscriptions | GAAP | 12/31/2016 | 20 | 87.71 | 4.10 | 0.00000 | |
| EQUIP - PP | 1122 | PP | Density Scale | GAAP | 12/31/2016 | 20 | 139.00 | 6.45 | 0.00000 | |
| EQUIP - PP | 1123 | PP | Insulated Glass for Lab | GAAP | 12/31/2016 | 20 | 131.61 | 6.18 | 0.00000 | |
| EQUIP - PP | 1124 | PP | Misc Lab Equipment | GAAP | 12/31/2016 | 20 | 104.95 | 4.93 | 0.00000 | |
| EQUIP - PP | 1125 | PP | Misc Lab Equipment | GAAP | 12/31/2016 | 20 | 94.43 | 4.44 | 0.00000 | |
| EQUIP - PP | 1126 | PP | Chemical Containers | GAAP | 12/31/2016 | 20 | 1,066.01 | 49.59 | 0.00000 | |
| EQUIP - PP | 1127 | PP | Lab Items | GAAP | 12/31/2016 | 20 | 807.32 | 37.57 | 0.00000 | |
| EQUIP - PP | 1128 | PP | Seal Block on Lab | GAAP | 12/31/2016 | 20 | 881.47 | 41.03 | 0.00000 | |
| EQUIP - PP | 1129 | PP | Lab Supplies | GAAP | 12/31/2016 | 20 | 846.64 | 39.39 | 0.00000 | |
| EQUIP - PP | 1130 | PP | Radiation Safety | GAAP | 12/31/2016 | 20 | 96.17 | 4.42 | 0.00000 | |
| EQUIP - PP | 1131 | PP | Lab Water | GAAP | 12/31/2016 | 20 | 28.41 | 1.34 | 0.00000 | |
| EQUIP - PP | 1132 | PP | Misc Lab Equipment | GAAP | 12/31/2016 | 20 | 295.80 | 13.71 | 0.00000 | |
| EQUIP - PP | 1133 | PP | Misc Lab Equipment | GAAP | 12/31/2016 | 20 | 295.80 | 13.71 | 0.00000 | |
| EQUIP - PP | 1147 | PP | Drop In Pinion & Trommel Assembly | GAAP | 12/31/2016 | 20 | 29,741.43 | 1,384.04 | 0.00000 | |
| EQUIP - PP | 1148 | PP | Spare Part Kit - 20132011 | GAAP | 12/31/2016 | 20 | 263.24 | 12.26 | 0.00000 | |
| EQUIP - PP | 1149 | PP | Indurating Spare Pallet Car | GAAP | 12/31/2016 | 20 | 12,535.00 | 583.37 | 0.00000 | |
| EQUIP - PP | 1331 | PP | Automation - Control System | GAAP | 12/31/2016 | 20 | 267,199.48 | 12,261.82 | 0.00000 | |
| EQUIP - PP | 1332 | PP | Air Pollution - Control System | GAAP | 12/31/2016 | 20 | 129,531.15 | 5,944.17 | 0.00000 | |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | | | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP - PP | 1333 | PP | Ductwork | GAAP | 12/31/2016 | 20 | 154,406.61 | 7,085.77 | 0.00000 | |
| EQUIP - PP | 1352 | PP | Plant Equip - Capitalized Interest PP | GAAP | 12/31/2016 | 20 | 1,589.58 | 72.90 | 0.00000 | |
| EQUIP - PP | 1357 | PP | Glycerin Project JLO-15001 | GAAP | 12/31/2016 | 15 | 3,442.25 | 201.85 | 0.00000 | |
| EQUIP - PP | 1364 | PP | Piping Insulation | GAAP | 12/31/2016 | 20 | 5,025.01 | 218.48 | 0.00000 | |
| EQUIP - PP | 1365 | PP | Pallet Re-Build Station PP-15001 | GAAP | 12/31/2016 | 20 | 1,453.05 | 62.85 | 0.00000 | |
| EQUIP - PP | 1366 | PP | GP-2 Conveyor Scale Install PP-15002 | GAAP | 12/31/2016 | 20 | 13,631.60 | 584.97 | 0.00000 | |
| EQUIP - PP | 1367 | PP | Winterization for GSA PP-15003 | GAAP | 12/31/2016 | 20 | 15,334.57 | 666.63 | 0.00000 | |
| EQUIP - PP | 1368 | PP | Winterize Filter Thickener PP-15004 | GAAP | 12/31/2016 | 20 | 13,906.34 | 601.98 | 0.00000 | |
| EQUIP - PP | 1369 | PP | RR Transfer Tower PP-15005 | GAAP | 12/31/2016 | 20 | 3,347.75 | 145.57 | 0.00000 | |
| EQUIP - PP | 1370 | PP | Organic Binder Feeder Syst PP-15007 | GAAP | 12/31/2016 | 20 | 20,330.41 | 880.00 | 0.00000 | |
| EQUIP - PP | 1371 | PP | Water Treatment & Indurating PP-15009 | GAAP | 12/31/2016 | 20 | 5,562.53 | 241.83 | 0.00000 | |
| EQUIP - PP | 1372 | PP | Process Wash - Indurating PP-15009 | GAAP | 12/31/2016 | 20 | 3,932.65 | 170.98 | 0.00000 | |
| EQUIP - PP | 1373 | PP | Balling 74' Level PP-15009 | GAAP | 12/31/2016 | 20 | 9,450.63 | 410.91 | 0.00000 | |
| EQUIP - PP | 1374 | PP | Hearth Layer Fire Water PP-15009 | GAAP | 12/31/2016 | 20 | 232.41 | 10.15 | 0.00000 | |
| EQUIP - PP | 1376 | PP | Thickener & Slurry Tanks (A) PP-15009 | GAAP | 12/31/2016 | 20 | 6,845.17 | 297.61 | 0.00000 | |
| EQUIP - PP | 1377 | PP | Vacuum Disc Filter PP-15009 | GAAP | 12/31/2016 | 20 | 2,358.45 | 102.57 | 0.00000 | |
| EQUIP - PP | 1378 | PP | Process Water Pump House PP-15012 | GAAP | 12/31/2016 | 20 | 3,952.49 | 171.12 | 0.00000 | |
| EQUIP - PP | 1379 | PP | Water OPMCC01 | GAAP | 12/31/2016 | 20 | 817.62 | 35.50 | 0.00000 | |
| EQUIP - PP | 1380 | PP | Car Dumper - Cleanup Miniveyor PP-16006 | GAAP | 12/31/2016 | 20 | 1,750.63 | 74.77 | 0.00000 | |
| EQUIP - PP | 1381 | PP | Thickener & Slurry Tanks (B) PP-15009 | GAAP | 12/31/2016 | 20 | 4,146.37 | 180.29 | 0.00000 | |
| EQUIP - PP | 1383 | PP | Process Wash-Indurating 13 Lvl PP-15009 | GAAP | 12/31/2016 | 20 | 1,571.12 | 68.35 | 0.00000 | |
| EQUIP - PP | 1397 | PP | Utility Process Piping Inside Bldg | GAAP | 12/31/2016 | 20 | 4,844.84 | 206.10 | 0.00000 | |
| EQUIP - PP | 1398 | PP | 100' Thickener | GAAP | 12/31/2016 | 20 | 7,468.14 | 317.70 | 0.00000 | |
| EQUIP - PP | 1399 | PP | Structural Steel | GAAP | 12/31/2016 | 20 | 44,896.30 | 1,909.98 | 0.00000 | |
| EQUIP - PP | 1400 | PP | Siding/Roofing/Insulation | GAAP | 12/31/2016 | 20 | 8,418.67 | 358.12 | 0.00000 | |
| EQUIP - PP | 1401 | PP | Utility Process Piping - Outside | GAAP | 12/31/2016 | 20 | 2,227.02 | 94.75 | 0.00000 | |
| EQUIP - PP | 1402 | PP | Vacuum Pumps (7) - 42901 A-E | GAAP | 12/31/2016 | 20 | 4,487.05 | 190.87 | 0.00000 | |
| EQUIP - PP | 1403 | PP | Conveyors | GAAP | 12/31/2016 | 20 | 71,676.22 | 3,049.22 | 0.00000 | |
| EQUIP - PP | 1404 | PP | Balling - Discs | GAAP | 12/31/2016 | 20 | 101,987.95 | 4,338.78 | 0.00000 | |
| EQUIP - PP | 1405 | PP | Building - Lighting | GAAP | 12/31/2016 | 20 | 25,627.52 | 1,090.25 | 0.00000 | |
| EQUIP - PP | 1406 | PP | Indurating | GAAP | 12/31/2016 | 20 | 38,222.48 | 1,626.08 | 0.00000 | |
| EQUIP - PP | 1408 | PP | MSHA Code Repairs | GAAP | 12/31/2016 | 20 | 152,644.95 | 6,493.77 | 0.00000 | |
| EQUIP - PP | 1409 | PP | Fire Water Piping | GAAP | 12/31/2016 | 20 | 4,652.58 | 197.92 | 0.00000 | |
| EQUIP - PP | 1410 | PP | Electrical | GAAP | 12/31/2016 | 20 | 166,844.29 | 7,097.87 | 0.00000 | |
| **EQUIP - PP Total** | | | | | | | **22,655,950.14** | | | |
| LAND - PP | 0767 | PP | Demolition | GAAP | 12/31/2016 | 20 | 283,353.46 | | 0.00000 | |
| LAND - PP | 0768 | PP | Earthwork | GAAP | 12/31/2016 | 20 | 836,864.01 | | 0.00000 | |
| LAND - PP | 0769 | PP | Fencing | GAAP | 12/31/2016 | 20 | 51,431.32 | | 0.00000 | |
| LAND - PP | 0770 | PP | Roads and Surfacing | GAAP | 12/31/2016 | 20 | 118,109.33 | | 0.00000 | |
| LAND - PP | 0771 | PP | Storm Drainage | GAAP | 12/31/2016 | 20 | 151,263.28 | | 0.00000 | |
| LAND - PP | 0772 | PP | Utilities | GAAP | 12/31/2016 | 20 | 3,587.24 | | 0.00000 | |
| LAND - PP | 0773 | PP | Rail Spur | GAAP | 12/31/2016 | 10 | 4,269,660.64 | | 0.00000 | |
| LAND - PP | 0774 | PP | Warehouse Building | GAAP | 12/31/2016 | 20 | 1,293,879.45 | | 0.00000 | |
| LAND - PP | 0775 | PP | Site Stone | GAAP | 12/31/2016 | 20 | 1,914,455.74 | | 0.00000 | |
| **LAND - PP Total** | | | | | | | **8,922,604.47** | | | |
| MOBILE - PP | 1141 | PP | 2006 Mitsubishi FGC3ON forlift w 48" for | GAAP | 12/31/2016 | 7 | 1,999.72 | 154.13 | 0.00000 | |
| MOBILE - PP | 1411 | PP | 1999 Suzuki Mini-truck SN #DB52T-103549 | GAAP | 6/12/2017 | 7 | 6,915.00 | | | Addition 6-17 |
| MOBILE - PP | 1142 | PP | (2) RTV900 XTG-H Kubota vehicles (diesel | GAAP | 12/31/2016 | 7 | 999.86 | 347.75 | 0.00000 | Kubota Sale |
| MOBILE - PP | 1143 | PP | (2) RTV900 XTG-H Diesel | GAAP | 12/31/2016 | 7 | - | 347.75 | 0.00000 | Kubota Sale |
| MOBILE - PP | 1144 | PP | (2) RTV900 XTG-H Diesel | GAAP | 12/31/2016 | 7 | - | 347.75 | 0.00000 | Kubota Sale |
| MOBILE - PP | 1145 | PP | 6 mos svc Kubotas | GAAP | 12/31/2016 | 7 | 178.12 | 282.73 | 0.00000 | Kubota Sale |
| **MOBILE - PP Total** | | | | | | | **10,092.70** | | | |
| VEHICLE - PP | 1138 | PP | 2004 GMC Sierra 1500, VIN: 1GTEK14T54E19 | GAAP | 12/31/2016 | 3 | - | 244.63 | 0.00000 | Pickup Sale |

| Asset Class ID | Asset ID | Location | Asset Description | Book ID | Placement Date | Depreciation Periods | Net Book Value (Purchase Basis) | Current Run Depreciation | YTD Depreciation Amount | By Location |
|---|---|---|---|---|---|---|---|---|---|---|
| VEHICLE - PP | 1139 | PP | 2000 Ford Ranger Extended Cab | GAAP | 12/31/2016 | 3 | 123.63 | 136.13 | 0.00000 | |
| VEHICLE - PP | 1140 | PP | 2005 Chev Suburban, VIN: 3GNFK16Z55G2906 | GAAP | 12/31/2016 | 3 | 397.98 | 438.36 | 0.00000 | |
| **VEHICLE - PP Total** | | | | | | | 521.62 | | **47,567,570.47** | **Pellet Plant** |