## UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF UNITED STATES TRUSTEE
## REGION 12

IN RE:

ERP Iron Ore, LLC

          UNITED STATES BANKRUPTCY COURT
          DISTRICT OF MINNESOTA
          CASE NO. 18-50378
          Chapter 7

### APPOINTMENT OF TRUSTEE AND APPROVAL OF BOND

The following person is hereby appointed trustee in the above referenced case and said trustee's bond is fixed under the blanket bond heretofore approved.

        Nauni Jo Manty
        401 Second Avenue North
        Suite 400
        Minneapolis, MN 55401

If the trustee rejects this appointment, the trustee must notify the United States Bankruptcy Court and the United States Trustee within seven (7) days of receipt hereof. Otherwise, the trustee will be deemed to have accepted the appointment as of the date hereof.

        JAMES L. SNYDER
        Acting U.S. Trustee
        Region 12

    by:    /e/Robert B. Raschke
        Assistant U.S. Trustee

Dated: December 3, 2018

---

### REJECTION

I, Nauni Jo Manty, hereby reject appointment as interim trustee in the above referenced case and certify that I filed the original hereof with the United States Bankruptcy Court and a copy hereof with the United States Trustee.

        _____
        Nauni Jo Manty

Dated: _____