UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ERP Iron Ore, LLC,

Debtor.

Chapter 7
BKY 18-50378-WJF

## NOTICE OF SALE

TO:    The United States Trustee, all creditors, and other parties in interest.

On <u>January 24, 2019</u>, or as soon thereafter as the transaction may be completed, the trustee will sell property of the estate as follows:

The trustee intends to sell an approximately 5-year old Dell laptop computer, Model M3800, to Mielke Electric Works for $200. This is an unscheduled asset and the sale proceeds will be held in a segregated account, subject to the liens of secured creditors. Payment is due 14 days upon approval of this Notice. Any proprietary information of the debtor shall be wiped from the computer and transferred onto a flash drive and sent to the trustee.

The Trustee believes the costs of recovery and liquidation would quickly offset any value to the estate and as such, this sale is in the best interest of the estate. The trustee requests that the stay pursuant to Bankruptcy Rule 6004(h) be waived and shall not apply to this sale. The asset is sold "as is" without any representations and warranties.

**OBJECTION:    MOTION:   HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| United States Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
|---|---|---|
| 404 U.S. Courthouse | 1015 U.S. Courthouse | 401 2nd Avenue N., Suite 400 |
| 515 West First Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| Duluth, MN 55802 | Minneapolis, MN 55415 | |

By    /e/ Nauni J. Manty
Nauni J. Manty, Trustee

Dated: January 2, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP IRON ORE, LLC | CASE NO: 18-50378<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 1/3/2019, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/3/2019

/s/ Nauni J. Manty
Nauni J. Manty  230352
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401
612 465 0954

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP IRON ORE, LLC | CASE NO: 18-50378<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 1/3/2019, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401

PARTIES DESIGNATED WITH A "!" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WILL RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              AW KUETTEL  SONS INC                 AFCO CREDIT CORPORATION
   LABEL MATRIX FOR LOCAL NOTICING     FABYANSKE WESTRA HART  THOM          1133 AVENUE OF THE AMERICAS 27TH FLOOR
08645                                  333 SOUTH SEVENTH STREET             NEW YORK NY 10036-6710
CASE 18-50378                          SUITE 2600
DISTRICT OF MINNESOTA                  MINNEAPOLIS MN 55402-2437
DULUTH
WED JAN 2 16-18-23 CST 2019


ALLETE INC DBA MINNESOTA POWER         CHAMPION STEEL MINNESOTA INC         CHESTER COMPANY LIMITED
30 WEST SUPERIOR STREET                FABYANSKE WESTRA HART  THOM          1035 7TH AVENUE EAST
DULUTH MN 55802-2191                   333 SOUTH SEVENTH STREET             HIBBING MN 55746-1405
                                       SUITE 2600
                                       MINNEAPOLIS MN 55402-2437



CLEVELAND CLIFFS INC                   DEBTOR                               FERGUSON ENTERPRISES INC
200 PUBLIC SQUARE                      ERP IRON ORE LLC                     CO JO RETTKE
SUITE 3300                             7908 US HIGHWAY 169 SUITE B          2350 W CTY RD C STE 150
CLEVELAND OH 44114-2315                BOVEY MN 55709-7915                  ST PAUL MN 55113-2543



GLACIER PARK IRON ORE PROPERTIES LLC   HAMMERLUND CONSTRUCTION INC          HT SURFACE AND MINERAL LLC
755 E MULBERRY AVE SUITE 600           FABYANSKE WESTRA HART  THOM          740 EAST SUPERIOR STREET
SAN ANTONIO TX 78212-6013              333 SOUTH SEVENTH STREET             DULUTH MN 55802-3702
                                       SUITE 2600
                                       MINNEAPOLIS MN 55402-2437



HUNT ELECTRIC CORPORATION              JEFFERIES LLC                        JOHN J MORGAN COMPANY
CO AARON A DEAN ESQ                    CO BASSFORD REMELE PA                1413 THOMPSON AVE SUITE 1
MOSS  BARNETT                          100 SOUTH FIFTH STREET SUITE 1500    SOUTH ST PAUL MN 55075-1472
150 SOUTH FIFTH STREET                 MINNEAPOLIS MN 55402-1254
SUITE 1200
MINNEAPOLIS MN 55402-4129



KOMATSU FINANCIAL LIMITED PARTNERSHIP  LAMEY LAW FIRM PA                    LEJEUNE STEEL COMPANY
1701 W GOLF ROAD SUITE 1300            980 INWOOD AVE N                     CO AARON A DEAN ESQ
ROLLING MEADOWS IL 60008-4208          OAKDALE MN 55128-6625                MOSS  BARNETT
                                                                            150 SOUTH FIFTH STREET
                                                                            SUITE 1200
                                                                            MINNEAPOLIS MN 55402-4129



LIQUIDITY SOLUTIONS INC                MAGGLOBAL LLC                        MAGNETATION INC
ONE UNIVERISTY PLAZA SUITE 312         CO AMY J SWEDBERG                    CO AMY J SWEDBERG
HACKENSACK NJ 07601-6205               3300 WELLS FARGO CENTER              MASLON LLP
                                       90 SOUTH 7TH STREET                  3300 WELLS FARGO CENTER
                                       MINNEAPOLIS MN 55402-3903            90 SOUTH 7TH STREET
                                                                            MINNEAPOLIS MN 55402-4104



MERIDA NATURAL RESOURCES LLC           MINNESOTA DEPARTMENT OF REVENUE      NORAMCO ENGINEERING CORPORATION
192 SUMMERFIELD COURT SUITE 203        600 NORTH ROBERT STREET              2729 13TH AVENUE EASE
ROANOKE VA 24019-4581                  ST PAUL MN 55146-1176                HIBBING MN 55746-2314



NORTHERN INDUSTRIAL ERECTORS INC       PARSONS ELECTRIC LLC                 RANGE ELECTRIC INC
FABYANSKE WESTRA HART  THOM            CO AARON A DEAN ESQ                  FABYANSKE WESTRA HART  THOM
333 SOUTH SEVENTH STREET               MOSS  BARNETT                        333 SOUTH SEVENTH STREET
SUITE 2600                             150 SOUTH FIFTH STREET               SUITE 2600
MINNEAPOLIS MN 55402-2437              SUITE 1200                           MINNEAPOLIS MN 55402-2437
                                       MINNEAPOLIS MN 55402-4129
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| THE JAMAR COMPANY<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | TOLTZ KING DUVALL ANDERSON AND ASSOCIATES<br>HELEY DUNCAN  MELANDER PLLP<br>8500 NORMANDALE LAKE BOULEVARD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 | UNITED RENTALS NORTH AMERICA INC<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 |
| WEIR MINERAL NETHERLANDS<br>CO LAMEY LAW FIRM<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | WESCO DISTRIBUTION INC<br>225 WEST STATION SQUARE DR<br>PITTSBURG PA 15219-1151 | ~~EXCLUDE~~<br>~~DULUTH~~<br>~~404 US COURTHOUSE~~<br>~~515 WEST FIRST STREET~~<br>~~DULUTH MN 55802-1302~~ |
| 1620 EAST 78TH STREET<br>162<br>MINNEAPOLIS MN 55423-4645 | 947 BLOOMFIELD STREET<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE NJ 24019-4581 | AW KUETTEL  SONS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 |
| ACCU DIG INC<br>ATTN KYLE ROGERS<br>4844 EAST 150 S<br>MONTICELLO IN 47960-2781 | ADVANTAGE TECHNOLOGY<br>950 KANAWHA BLVD E<br>CHARLESTON WV 25301-2842 | AFCO<br>P O BOX 371889<br>PITTSBURGH PA 15250-7889 |
| AFCO CREDIT CORPORATION<br>5600 NORTH RIVER ROAD<br>ROSEMONT IL 60018-5187 | ALLAN B HAMMEREL<br>5708 N VIA LOZANA<br>TUCSON AZ 85750-1136 | ALLETE INC DBA MINNESOTA POWER<br>30 WEST SUPERIOR STREET<br>DULUTH MN 55802-2093 |
| ANA M CLARKE<br>15 APPLEDORE LANE<br>P O BOX 87<br>NATURAL BRIDGE VA 24578-0087 | APPLIED INDUSTRIAL TECHNOLOGY<br>1 APPLIED PLAZA<br>CLEVELAND OH 44115-2519 | AUTOMATED DATA PROCESSING<br>11411 RED RUN BLVD<br>OWINGS MILLS MD 21117-3255 |
| AW KUETTEL  SONS INC<br>ATTN THOMAS KUETTEL<br>3930 AIRPARK BOULEVARD<br>DULUTH MN 55811-5729 | B RILEY  COMPANY LLC<br>11100 SANTA MONICA BLVD<br>SUITE 800<br>LOS ANGELES CA 90025-3979 | B RILEY FBR INC<br>ATTN- ALAN FORMAN ESQ<br>11100 SANTA MONICA BOULEVARD SUITE 800<br>LOS ANGELES CA 90025-3979 |
| BAKER FIRE<br>P O BOX 766<br>BUHL MN 55713-0766 | BARBARA CUNDIFF COLVILLE<br>507 MORNING STAR LANE<br>NEWPORT BEACH CA 92660-5714 | BLUECROSS BLUESHIELD<br>P O BOX 860448<br>MINNEAPOLIS MN 55486-0048 |
| BNSF RAILWAY COMPANY<br>2650 LOU MENK DRIVE<br>MARKETING OFFICE BUILDING<br>FORT WORTH TX 76131-2830 | BNSF RAILWAY COMPANY<br>GROUP VICE INDUSTRIAL PRODUCTS<br>2650 LOU MENK DRIVE<br>FORT WORTH TX 76131-2830 | BNSF RAILWAY COMPANY<br>JONES LANG LASALLE BROKERAGE<br>4300 AMON CARTER BLVD STE 100<br>FORT WORTH TX 76155-2685 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BNSF RAILWAY COMPANY              BNSF RAILWAY COMPANY              BNSF RAILWAY COMPANY
JONES LANG LASALLE GLOBAL SVCS    P O BOX 676160                    P O BOX 961069
3017 LOU MENK DRIVE STE 100       DALLAS TX 75267-6160              FORT WORTH TX 76161-0069
FORT WORTH TX 76131-2801


BNSF RAILWAY COMPANY              BOUNDARY HUNTING CAMP             BOUNDARY HUNTING CAMP
2500 LOU MENK DRIVE               ATTN MICHAEL ANTONOVICH           ATTN MICHAEL ANTONOVICH
AOB-3                             209 HARTLEY                       P O BOX 224
FORT WORTH TX 76131-2828          COLERAINE MN 55722                COLERAINE MN 55722-0224


BROCK WHITE COMPANY LLC           CAROLINE C HERRICK                CATERPILLAR FINANCIAL SERVICES
ATTN JONATHAN LLOYD               411 MULBERRY POINT ROAD           ATTN SPEC ACCTS MANAGER
2575 KASOTA AVENUE                GUILFORD CT 06437-3204            2120 WEST END AVENUE
ST PAUL MN 55108-1590                                               NASHVILLE TN 37203-5341


CATERPILLAR FINANCIAL SERVICES    CATERPILLAR FINANCIAL SVCS COR    CENTRAL RENT A CRANE INC
P O BOX 730669                    P O BOX 30669                     ATTN DEREK BAUMGARTNER
DALLAS TX 75373-0669              DALLAS TX 75373-0669              4700 ACORN DRIVE
                                                                    INDEPENDENCE OH 44131-6942


CENTURY LINK                      CENTURYLINK COMMUNICATIONS        CFSC
P O BOX 2961                      1025 EL DORADO BLVD               ATTN SPECIAL ACCTS MGR  NABC
PHOENIX AZ 85062-2961             ATTN LEGAL BKY                    2120 WEST END AVENUE
                                  BROOMFIELD CO 80021-8254          NASHVILLE TN 37203-5251


CHESTER COMPANY LIMITED           CSX TRANSPORTATION INC            CSX TRANSPORTATION INC
3920 13TH AVENUE E STE 7          500 WATER STREET                  ATTN RUSS EPTING
HIBBING MN 55746-3675             JACKSONVILLE FL 32202-4445        500 WATER STREET J842
                                                                    JACKSONVILLE FL 32202-4445


CT LIEN SOLUTIONS                 CT LIEN SOLUTIONS                 CATERPILLAR FINANCIAL SERVICES
4520 MAIN STREET STE 1100         P O BOX 301133                    CORPORATION
KANSAS CITY MO 64111-7700         DALLAS TX 75303-1133              MONICA CLARK ESQ DORSEY  WHITNE
                                                                    50 SOUTH SIXTH STREET SUITE 1500
                                                                    MINNEAPOLIS MN 55402-1498


DAN ANDREWS                       DAVD L LEWIS                      DENTONS US LLP
P O BOX 12                        309 WEST 43RD STREET STE 105      1221 AVENUE OF THE AMERICAS
MARBLE MN 55764-0012              SIOUX FALLS SD 57105-6805         NEW YORK NY 10020-1000


DIAMOND LAKE ROAD ASSOCIATION     DR MICHAEL L TUCK                 INTERNATIONAL
P O BOX 351                       5416 LAMONA AVENUE                DSA INVESTMENTS INC
BOVEY MN 55709-0351               SHERMAN OAKS CA 91411-3603        ATTN JOHN ORAM
                                                                    LEVEL 28G SILVER TOWER
                                                                    CLUSTER I JUMEIRAH LAKE TOWERS
                                                                    P O BOX 393324
                                                                    DUBAI UNITED ARAB EMIRATES
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
INTERNATIONAL                        DON HOSTETLER                        DONNA L CULVER
DSA INVESTMENTS INC                  711 EAST 65TH STREET SUITE 208       1201 NORTH MARKET ST
ATTN N DHARAMVEER                    INDIANAPOLIS IN 46220-1609           16TH FLOOR
LEVEL 28G SILVER TOWER                                                    WILMINGTON DE 19801-1147
CLUSTER I JUMEIRAH LAKE TOWERS
P O BOX 393324
DUBAI UNITED ARAB EMIRATES


ENCECO MEMBER                        ENCORE ENERGY                        ENERVANTAGE
ATTN CHARLES A EBETINO JR            12120 PORT GRACE BLVD STE 200        12120 PORT GRACE BLVD STE 200
3694 SEAFORD DRIVE                   OMAHA NE 68128-8235                  LA VISTA NE 68128-8235
COLUMBUS OH 43220-4842


ERP COMPLAINT COKE LLC               FAEGRE BAKER DANIELS LLP             FASTENAL COMPANY
15 APPLEDORE LANE                    ATTN DENNIS RYAN                     ATTN JOHN MILEK
P O BOX 87                           90 S SEVENTH STREET STE 2200         2001 THEURER BLVD
NATURAL BRIDGE VA 24578-0087         MINNEAPOLIS MN 55402-3901            WINONA MN 55987-9902


FERGUSON ENTERPRISES INC             FERGUSON ENTERPRISES INC             FIRST AMERICAN TITLE INSURANCE CO
ATTN HOLLY WELCH                     ATTN HOLLY WELCH                     1201 WALNUT STREET STE 700
1057 EAST 54TH STREET                2350 W COUNTY RD C STE 150           KANSAS CITY MO 64106-2175
INDIANAPOLIS IN 46220-3590           ROSEVILLE MN 55113-2543


FERGUSON ENTERPRISES INC             GENERAL SECURITY SERVICES CORP       GENERAL WASTE DISPOSAL AND
WAGNER FALCONER  JUDD LTD            P O BOX 823424                       RECOVERY SERVICES
100 S 5TH ST STE 800                 PHILADELPHIA PA 19182-3424           P O BOX 312
MPLS MN 55402-5357                                                        CHISHOLM MN 55719-0312


GENERAL WASTE DISPOSAL AND           GLACIER PARK COMPANY                 GREAT NORTHERN IRON ORE PROPERTIES
RECOVERY SERVICES INC                CO CONOCO PHILLIPS COMPANY           801 EAST HOWARD STREET
1 SW 7TH STREET                      600 NORTH DAIRY ASHFORD              P O BOX 429
CHISHOLM MN 55719-1215               HOUSTON TX 77079-1100                HIBBING MN 55746-0429


GENERAL SECURITY SERVICES CORPORATION  HAMMERLUND CONSTRUCTION            HAMMERLUND CONSTRUCTION INC
9110 MEADOWVIEW ROAD                   ATTN JOHN A STENE                  FABYANSKE WESTRA ET AL
BLOOMINGTON MN 55425-2458              40 COUNTY ROAD 63                  333 SOUTH SEVENTH STREET STE 2600
                                       GRAND RAPIDS MN 55744-9631         MINNEAPOLIS MN 55402-2437


HAMMERLUNDS CHAMPION STEEL INC       HAMMERLUNDS CHAMPION STEEL INC       HAWKINSON CONSTRUCTION CO INC
NKA CHAMPION STEEL MN INC            DBA CHAMPION STEEL                   501 WEST COUNTY ROAD 63
DBA CHAMPION STEEL                   40 COUNTY ROAD 63                    GRAND RAPIDS MN 55744-4731
FABYANSKE WESTRA ET AL               GRAND RAPIDS MN 55744-9631
333 SOUTH SEVENTH STREET STE 2600
MINNEAPOLIS MN 55402-2437


HT SURFACE AND MINERALS LLC          HUNT ELECTRIC CORPORATION            INDIANA DEPT OF REVENUE
801 EAST HOWARD STREET               ATTN BRAD BOOS                       P O BOX 7224
P O BOX 429                          4330 W FIRST STREET STE B            INDIANAPOLIS IN 46207-7224
HIBBING MN 55746-0429                DULUTH MN 55807-2239
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" WILL RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
IRONMAN CONCRETE PUMPING INC          ITASCA COUNTY ATTORNEY                ITASCA COUNTY AUDITOR
ATTN NORM VOIGT                       ATTN JACK MUHAR                       123 NE 4TH STREET
37334 STATE HIGHWAY 65                123 4TH STREET NE                     GRAND RAPIDS MN 55744-2681
NASHWAUK MN 55769-4074                GRAND RAPIDS MN 55744-2681


ITASCA COUNTY LAND DEPARTMENT         ITASCA COUNTY REGIONAL                ITASCA COUNTY TRANSPORTATION
1177 LAPRAIRIE AVENUE                 RAILROD AUTHORITY                     123 4TH STREET NE
GRAND RAPIDS MN 55744-3322            123 NE FOURTH STREET                  GRAND RAPIDS MN 55744-2681
                                      GRAND RAPIDS MN 55744-2659


INTERNAL REVENUE SERVICE              JAMAR COMPANYTHE                      JAMES T LEWIS
PO BOX 7346                           ATTN CRAIG FELLMAN                    309 WEST 43RD STREET STE 105
PHILADELPHIA PA 19101-7346            4701 MIKE COLALILLO DRIVE             SIOUX FALLS SD 57105-6805
                                      DULUTH MN 55807-2762


JEFFERIES LLC                         JK MECHANICAL CONTRACTORS INC         JOHN C HAMMEREL JR
520 MADISON AVENUE  SIXTH FLOOR       ATTN JOE KLAMM                        10200 E CELTIC DRIVE
NEW YORK NY 10022-4344                240 5TH STREET                        SCOTTSDALE AZ 85260-7253
                                      NASHWAUK MN 55769-1160


JOHN G DEVANEY                        JOHN J MORGAN COMPANY                 JOHN PARKER TRAUERNICHT
10 POND VIEW DRIVE                    ATTN THOMAS G MORGAN                  60 BAYVILLE ROAD
NANTUCKET MA 02554-4403               1413 THOMPSON AVENUE STE 1            LOCUST VALLEY NY 11560-2028
                                      SOUTH ST PAUL MN 55075-1472


JENNIFER E BELL                       JOHN J MORGAN COMPANY                 K BUILDING COMPONENTS INC
192 SUMMERFIELD COURT SUITE 203       CO KURT M ANDERSON                    ATTN RIAN BURKES
ROANOKE VA 24019-4581                 PO BOX 15667                          1955 HIGHWAY 37
                                      MINNEAPOLIS MN 55415-0667             HIBBING MN 55746-3613


INTERNATIONAL                         KELLY CONSTRUCTION OF INDIANA         KERAMIDA
KATHERINE GAY BENOUN                  ATTN DAVID DAUGHERTY                  401 N COLLEGE AVENUE
8 RUE DE LEVIS                        3310 CONCORD ROAD                     INDIANAPOLIS IN 46202-3605
75017 PARIS FRANCE                    LAFAYETTE IN 47909-5128


KIMBALL H KNUTSON                     KELLY CONSTRUCTION OF INDIANA INC     FIRST MERCHANTS BANK NA
2417 33RD AVENUE                      DAVID DAUGHERTY                       PO BOX 792
MINNEAPOLIS MN 55406-1463             3310 CONCORD ROAD                     MUNCIE IN 47308-0792
                                      LAFAYETTE IN 47909-5128


LEJEUNE STEEL COMPANY                 LIGHTHOUSE MANAGEMENT GROUP           LIQUIDITY SOLUTIONS INC
ATTN JIM TORBORG                      ATTN JAMES CULLEN                     ATTN JEFF CARESS
118 W 60TH STREET                     900 LONG LAKE ROAD STE 180            ONE UNIVERSITY PLAZA STE 312
MINNEAPOLIS MN 55419-2319             NEW BRIGHTON MN 55112-6455            HACKENSACK NJ 07601-6205
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF PARTICIPANT" RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LIGHTHOUSE MANAGEMENT GROUP INC        LIQUIDITY SOLUTIONS INC                MAG GLOBAL
ATTN JIM BARTHOLOMEW                   ONE UNIVERSITY PLAZA SUITE 312         ATTN MICHAEL J TALARICO
900 LONG LAKE ROAD SUITE 180           HACKENSACK NJ 07601-6205               102 NE 3RD STREET STE 120
NEW BRIGHTON MN 55112-6455                                                    GRAND RAPIDS MN 55744-2868


MAG INC                                MAGNETATION INC                        MAGNETATION LLC
ATTN MICHAEL J TALARICO                102 THIRD STREET NE STE 120            ATTN MICHAEL J TALARICO
102 NE 3RD STREET STE 120              GRAND RAPIDS MN 55744-2868             102 NE 3RD STREET STE 120
GRAND RAPIDS MN 55744-2868                                                    GRAND RAPIDS MN 55744-2868


MARK P ROGERS                          MECHANICS MINERS LIEN CLAIMS           MEDIACOM BUSINESS
TRUSTEE MARK P ROGERS REV TRUS         LIGHTHOUSE MANAGEMENT GROUP            ONE MEDIACOM WAY
2410 MERRIMAC LANE                     900 LONG LAKE ROAD STE 180             MEDIACOM NY 10918-4810
PLYMOUTH MN 55447-2118                 NEW BRIGHTON MN 55112-6455


METLIFE                                METRO SALES INC                        MIDWEST CONSTRUCTORS LLC
PO BOX 804466                          1620 EAST 78TH STREET                  ATTN LYNN L WALL
KANSAS CITY MO 64180-4466              MINNEAPOLIS MN 55423-4637              600 KENTUCKY AVENUE STE 100
                                                                              INDIANAPOLIS IN 46225-1275


MINN DEPT OF NATURAL RESOURCES         MINNEAPOLIS OXYGEN CO                  MINNESOTA DEPARTMENT OF
500 LAFAYETTE ROAD                     3842 WASHINGTON AVENUE N               NATURAL RESOURCES
BOX 10                                 MINNEAPOLIS MN 55412-2168              1201 EAST HIGHWAY 2
ST PAUL MN 55155-4002                                                         GRAND RAPIDS MN 55744-3296


MINNESOTA DEPT NATURAL RESOURCES       MINNESOTA DEPT OF HEALTH               MINNESOTA DEPT OF LABOR  INDUSTRY
ATTN JESS RICHARDS                     RADIOACTIVE MATERIALS UNIT             443 LAFAYETTE ROAD
500 LAFAYETTE ROAD                     P O BOX 64497                          ST PAUL MN 55155-4301
ST PAUL MN 55155-4002                  ST PAUL MN 55164-0497


MINNESOTA DEPT OF NATURAL RESOURCES    MINNESOTA DEPT OF REVENUE              MINNESOTA INDUSTRIES INC
500 LAFAYETTE ROAD                     600 NORTH ROBERT STREET                ATTN PAUL JANSSEN
BOX 10                                 ST PAUL MN 55101                       610 INDUSTRIAL AVENUE
ST PAUL MN 55155-4002                                                         CHISHOLM MN 55719


MINNESOTA POLLUTION                    MINNESOTA POWER                        MINNESOTA POWER
CONTROL AGENCY                         CO RANGE CREDIT BUREAU INC             P O BOX 1001
520 LAFAYETTE ROAD                     PO BOX 706                             DULUTH MN 55806-1001
ST PAUL MN 55155-4102                  HIBBING MN 55746-0706


MODSPACE                               MOOSES HUNTING CAMP                    MERIDA NATURAL RESOURCES LLC
12603 COLLECTIONS CENTER DRIVE         ATTN DAVID VIDMAR                      CO DENTONS US LLP
CHICAGO IL 60693-0126                  36477 FREESTONE ROAD                   ATTN- OSCAR N PINKAS
                                       GRAND RAPIDS MN 55744-5422             1221 AVENUE OF THE AMERICAS
                                                                              NEW YORK NY 10020-1000
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MESABI METALLICS COMPANY LLC<br>CO SIDLEY AUSTIN LLP<br>ATTN- MICHAEL G BURKE<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6088 | MIDWEST CONSTRUCTORS LLC<br>HOSTETLER LAW<br>711 EAST 65TH STREET SUITE 208<br>INDIANAPOLIS IN 46220<br>INDIANAPOLIS IN 46220-1609 | NIPSCO<br>P O BOX 13007<br>MERRILLVILLE IN 46411-3007 |
| NORAMCO ENGINEERING CORPORATION<br>ATTN JAMES ZIMMER<br>2729 13TH AVENUE EAST<br>HIBBING MN 55746-2314 | NORAMCO ENGINEERING CORPORATION<br>P O BOX 1091<br>DULUTH MN 55810-0091 | NORTHERN INDIANA PUBLIC<br>SERVICE COMPANY   ATTN D COTA<br>801 E 86TH AVENUE<br>MERRILLVILLE IN 46410-6271 |
| NORTHERN INDUSTRIAL ERECTORS<br>ATTN DEREK BOSTYANCIC<br>P O BOX 308<br>GRAND RAPIDS MN 55744-0308 | NORTHERN INDUSTRIAL ERECTORS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 | NORTHERN PLAINS RAIL SERVICE<br>100 RAILROAD AVENUE<br>P O BOX 38<br>FORDVILLE ND 58231-0038 |
| NTS<br>526 CHESTNUT STREET<br>VIRGINIA MN 55792-2532 | NUBAI MEMBER<br>ATTN JOHN ORAM<br>P O BOX 2416 ROAD TOWN<br>TORTOLA VI 11100 | OHIO DEPT OF REVENUE<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS OH 43229-5404 |
| OLD NATIONAL TRUST COMPANY<br>1 MAIN STREET  3RD FL<br>EVANSVILLE IN 47708-1464 | ONE SOURCE EQUIPMENT RENTALS<br>ATTN JACK BAXTER<br>2835 CONCORD ROAD<br>LAFAYETTE IN 47909-3306 | PARSON ELECTRIC LLC<br>ATTN MICHAEL NORTHQUEST<br>5960 MAIN STREET NE<br>MINNEAPOLIS MN 55432-5480 |
| POCAHONTAS MEMBER<br>ATTN THOMAS M CLARKE<br>192 SUMMERFIELD COURT STE 203<br>ROANOKE VA 24019-4581 | PRECISION TESTING INC<br>ATTN CONNIE PEARSON<br>5559 ENTERPRISE DRIVE NE<br>VIRGINIA MN 55792-3614 | PROGRESS RAIL<br>25083 NETWORK PLACE<br>CHICAGO IL 60673-1250 |
| PROGRESS RAIL<br>ATTN JONATHAN NEWMAN<br>1600 PROGRESS DRIVE<br>ALBERTVILLE AL 35950-8545 | PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 | POCAHONTAS NATURAL RESOURCES LLC<br>CO DENTONS US LLP<br>ATTN- OSCAR N PINKAS<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1000 |
| PROGRESS RAIL LEASING CORPORATION<br>1600 PROGRESS DRIVE<br>ALBERTVILLE AL 35950-8545 | RANDALL LEE VANNET TRUST<br>28938 ARBO ROAD<br>GRAND RAPIDS MN 55744-6350 | RANGE ELECTRIC INC<br>ATTN ANNA MAHAN<br>1102 NORTH THIRD STREET<br>SUPERIOR WI 54880-1230 |
| RANGE ELECTRIC INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 | RAPIDS PROCESS EQUIPMENT INC<br>ATTN BRENT ROERING<br>26489 INDUSTRIAL BLVD<br>COHASSET MN 55721-8696 | RAW MATERIALS  IRONMAKING<br>1992 EASTHILL DRIVE<br>BETHLEHEM PA 18017-2709 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RGGS LAND MINERALS LTD LP<br>P O BOX 1266<br>209 E 8TH STREET S<br>VIRGINIA MN 55792-1266 | RGGS LAND MINERALS LTD LP<br>P O BOX 4667<br>HOUSTON TX 77210-4667 | RONS KORNER PROPERTIES<br>7896 US HIGHWAY 169<br>BOVEY MN 55709-7905 |
| RUDD EQUIPMENT COMPANY<br>DEPT 77432<br>P O BOX 77000<br>DETROIT MI 48277-2000 | ROBB J BIGELOW<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 | SCHECK INDUSTRIAL CORPORATION<br>ATTN KAREN P LAYNG<br>800 E PLAINFIELD ROAD<br>COUNTRYSIDE IL 60525 |
| SCHWARTZ REDI MIX INC<br>34882 SCENIC HWY<br>BOVEY MN 55709-6032 | SHAMBAUGH SON LP<br>ATTN BILL MEYER<br>7614 OPPORTUNITY DRIVE<br>FORT WAYNE IN 46825-3363 | SOLID PLATFORMS INC<br>ATTN JASON R LAMMERTIN<br>6610 MELTON ROAD<br>PORTAGE IN 46368-1236 |
| ST LOUIS COUNTY AUDITOR TREAS<br>100 N 5TH AVENUE W<br>DULUTH MN 55802-1287 | STATE OF MINNESOTA<br>500 LAFAYETTE ROAD<br>BOX 10<br>ST PAUL MN 55155-4002 | STEPHEN E LEWIS<br>2660 MAPLE AVENUE<br>NORTHBROOK IL 60062-5267 |
| STEPHEN E LEWIS<br>305 LOCKHART CT<br>FRANKLIN TN 37069-6568 | STEVE ELLISON<br>19853 COUNTY ROAD 10<br>WARBA MN 55793-1663 | SUTTLE STALNAKER<br>1411 VIRGINIA STREET E STE 100<br>CHARLESTON WV 25301-3016 |
| SWEARINGEN CONSULTING LLC<br>6424 WOODLAND COURT<br>AURORA MN 55705-8700 | SYSTEMS ASSOCIATES INC<br>1932 INDUSTRIAL DRIVE<br>LIBERTYVILLE IL 60048-9716 | SOLID PLATFORMS INC<br>JASON R LAMMERTIN<br>6610 MELTON ROAD<br>PORTAGE IN 46368-1236 |
| SOMPO INTERNATIONAL INSURANCE<br>CO LEE WOODARD ESQ<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON STREET SUITE 200<br>SYRACUSE NY 13202-5202 | STATE OF MINNESOTA DEPT OF NATURAL RESOURC<br>500 LAFAYETTE ROAD<br>BOX 45<br>ST PAUL MN 55155-4002 | STEVEN JONES<br>1602 FOREST HILLS AVE<br>GRAND RAPIDS MN 55744-4189 |
| TENOVA CORE<br>75 REMITTANCE DRIVE DEPT 3168<br>CHICAGO IL 60675-3168 | THOMAS M CLARKE<br>15 APPLEDORE LANE<br>P O BOX 87<br>NATURAL BRIDGE VA 24578-0087 | TOLTZ KING DUVALL ANDERSON<br>ASSOC INC DBA TKDA<br>444 CEDAR STREET STE 1500<br>ST PAUL MN 55101-2110 |
| TRANE US INC<br>ATTN ROBERT ROERS<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE WI 54601-7511 | TROUMBLY BROTHERS PARTNERSHIP<br>P O BOX 405<br>TACONITE MN 55786-0405 | TWIN CITY FAN COMPANIES LTD<br>ATTN CHRISTINE ARRELL<br>5959 TRENTON LANE N<br>PLYMOUTH MN 55442-3238 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

THOMAS M CLARKE
192 SUMMERFIELD COURT SUITE 203
ROANOKE VA 24019-4581

TOLTZ KING DUVALL ANDERSON AND ASSOCIATES
ATTN THOMAS S STONEBURNER PE
444 CEDAR STREET SUITE 1500
ST PAUL MN 55101-2140

TRANE US INC
CO WAGNER FALCONER JUDD LTD
100 SOUTH 5TH STREET
SUITE 800
MINNEAPOLIS MN 55402-1203

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U S NUCLEAR REGULATORY COMMISSION
11545 ROCKVILLE PIKE
ROCKVILLE MD 20852-2746

ULLAND BROTHERS INC
ATTN LANCE STRANDBERG
1634 HWY 210
CARLTON MN 55718-8176

UNITED RENTALS NORTH AMERICA
ATTN TARA MILLER
6125 LAKEVIEW ROAD STE 300
CHARLOTTE NC 28269-2616

UNITED STATES STEEL CORP
OLD HIGHWAY 169
P O BOX 417
MT IRON MN 55768-0417

UNITED STATES STEEL CORPORATION
332 MINNESOTA STREET
ST PAUL MN 55101-1314

~~EXCLUDE~~
~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

VIKING ELECTRIC SUPPLY INC
ATTN MIKE WIERZCHOWSKI
451 INDUSTRIAL BOULEVARD NE
MINNEAPOLIS MN 55413-2938

VIKING ELECTRIC SUPPLY INC
HELEY DUNCAN MELANDER PLLP
ATTN- MICHAEL P COATY ESQ
8500 NORMANDALE LAKE BLVD SUITE 2110
MINNEAPOLIS MN 55437-3813

WARD B LEWIS JR REV TRUST
CO ERICA LEWIS
490 S MILLEDGE AVENUE
ATHENS GA 30605-1050

WASTE MANAGEMENT OF INDIANA
P O BOX 4648
CAROL STREAM IL 60197-4648

WASTE MANAGEMENT OF WI MN
P O BOX 4648
CAROL STREAM IL 60197-4648

WEIR MINERALS NETHERLANDS
CO BERENS MILLER
80 SOUTH 8TH STREET STE 3720
MINNEAPOLIS MN 55402-2219

WELDSTAR
P O BOX 1150
AURORA IL 60507-1150

WESCO DISTRIBUTION INC
ATTN STEVEN KATZ
5554 ENTERPRISE DRIVE NE
VIRGINIA MN 55792-3692

WESCO DISTRIBUTION INC
WAGNER FALCONER JUDD LTD
100 S 5TH ST STE 800
MPLS MN 55402-5357

WHITE COUNTY INDIANA
ATTN AUDITOR
2013 WEST 25 SOUTH
MONTICELLO IN 47960

WHITE COUNTY TREASURER
P O BOX 388
MONTICELLO IN 47960-0388

WILLIAM CLAYTON TRAUERNICHT
60 BAYVILLE ROAD
LOCUST VALLEY NY 11560-2028

WILLIAMS SCOTSMAN INC
P O BOX 91975
CHICAGO IL 60693-1975

WILMINGTON SAVINGS FUND
SOCIETY FSB
500 DELAWARE AVENUE
WILMINGTON DE 19801-7405

WILMINGTON SAVINGS FUND SOCIETY
ATTN GEOFFREY J LEWIS
500 DELAWARE AVENUE
WILMINGTON DE 19801-7405

WINTHROP WEINSTINE PA
225 S SIXTH STREET STE 3500
MINNEAPOLIS MN 55402-4629

WAGNER FALCONER JUDD LTD
100 SOUTH FIFTH STREET SUITE 800
MINNEAPOLIS MN 55402-5357

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WEIR MINERALS NETHERLANDS BV<br>DONNA L CULVER<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801-1147 | WHITE COUNTY INDIANA<br>JONATHAN SUNDHEIMER BARNES   THORN<br>11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS IN 46204-3506 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>500 DELAWARE AVENUE<br>ATTN- PATRICK HEALY<br>WILMINGTON DE 19801-7405 |
| XTREME CONTRACTORS CO LLC<br>ATTN TARA WILSON<br>348 E US HIGHWAY 24<br>REYNOLDS IN 47980-8000 | ZEIGLER INC<br>SDS 120436<br>PO BOX 86<br>MINNEAPOLIS MN 55486-0436 | ANDREA M HAUSER<br>LEONARD OBRIEN SPENCER GALE  S<br>100 SOUTH FIFTH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-1234 |
| CO LAMEY LAW FIRM P WEIR MINERALS NETHERLAN<br>980 INWOOD AVE N<br>OAKDALE MN 55128-6625 | JOHN MUHAR ITASCA COUNTY<br>ITASCA COUNTY ATTORNEY<br>123 4TH STREET NE<br>GRAND RAPIDS MN 55744-2681 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY  ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ |

~~EXCLUDE~~
~~WILL R TANSEY~~
~~RAVICH MEYER KIRKMAN MCGRATH NAUMAN~~
~~PA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3450~~
~~MINNEAPOLIS MN 55402-5311~~