UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ERP Iron Ore, LLC,

              Debtor.

Chapter 7
BKY 18-50378 (WJF)

**LIMITED NOTICE OF ABANDONMENT**

TO:   The United States Trustee, all creditors, and other parties in interest.

On February 7, 2019, or as soon thereafter as the transaction may be completed, the trustee will abandon property of the estate, as follows:

The debtor scheduled real property located in White County, Indiana, with a 2018 tax assessed value of $601,743.00, legally described as in the debtor's schedules as Property Tax Identification Nos. 91-74-27-000-000.200-005 and 91-105-26137-00, PT W 27-27-4 and 9T E 28-27 276.5389, PT SW SE 27-27-4.861 and 64 E 100 N (collectively "White County Property"). The White County Property is subject to liens in excess of the tax assessed value, including a lien by White County of approximately $6,790,806.78. *See* Doc. Nos. 230 and 267. Since the conversion of the case, the trustee has attempted to garner interest in the sale of the White County Property without success. Because the liens far exceed the value of the White County Property, there is no value to the estate. Moreover, the trustee does not have any monies in which to insure the property. The trustee, therefore, believes it is in the best interest of the estate to abandon the White County Property.

This Limited Notice of Abandonment is being filed pursuant to Local Rules 6007-1 and 6004-1(b)(1). The United States Trustee's office certifies in filing the Limited Notice of Abandonment that it has reviewed this Limited Notice of Abandonment and has no objection to the abandonment proposed herein.

Pursuant to Local Rule 6004-1(b)(1), the Limited Notice of Abandonment has been served upon each entity requesting notice through cm/ecf.

**OBJECTION:    MOTION:    HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made

or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| U.S. Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 401 Second Avenue North |
| 300 South Fourth Street | 300 South Fourth Street | Suite 400 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | Minneapolis, MN 55401 |

By  /e/ Nauni J. Manty

Nauni J. Manty, Trustee

Dated: January 24, 2019