UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky. No. 18-50378 |
| ERP IRON ORE, LLC, | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| WHITE COUNTY, INDIANA, by and through one or more administrative departments or offices, including, but not limited to, the White County Government, | 18-CV-03199-JNE |
| Appellant, | |
| v. | |
| ERP IRON ORE, LLC, | |
| Appellee. | |

ORDER

The above-captioned matter came before the Court upon the Stipulation for Dismissal filed by the parties pursuant to Rule 8023 of the Rules of Bankruptcy Procedure. Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT this appeal is dismissed with prejudice and on the merits, without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: January 28, 2019        s/ Joan N. Ericksen_____
                               JOAN N. ERICKSEN
                               United States District Judge