UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP Iron Ore, LLC | CASE NO: 18-50378<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/22/2019, I did cause a copy of the following documents, described below,

Amended Notice of Settlement or Compromise on Shortened Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2019

/s/ Nauni Manty
Nauni Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP Iron Ore, LLC | CASE NO: 18-50378 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/22/2019, a copy of the following documents, described below,

Amended Notice of Settlement or Compromise on Shortened Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>08645<br>CASE 18-50378<br>DISTRICT OF MINNESOTA<br>DULUTH<br>TUE OCT 22 11-45-12 CDT 2019 | AW KUETTEL  SONS INC<br>FABYANSKE WESTRA HART  THOM<br>333 SOUTH SEVENTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402-2437 | AFCO CREDIT CORPORATION<br>1133 AVENUE OF THE AMERICAS 27TH FLOOR<br>NEW YORK NY 10036-6710 |
| ALLETE INC DBA MINNESOTA POWER<br>30 WEST SUPERIOR STREET<br>DULUTH MN 55802-2191 | CHAMPION STEEL MINNESOTA INC<br>FABYANSKE WESTRA HART  THOM<br>333 SOUTH SEVENTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402-2437 | CHESTER COMPANY LIMITED<br>1035 7TH AVENUE EAST<br>HIBBING MN 55746-1405 |
| CLEVELAND CLIFFS INC<br>200 PUBLIC SQUARE<br>SUITE 3300<br>CLEVELAND OH 44114-2315 | DEBTOR<br>ERP IRON ORE LLC<br>7908 US HIGHWAY 169 SUITE B<br>BOVEY MN 55709-7915 | FERGUSON ENTERPRISES INC<br>CO JO RETTKE<br>2350 W CTY RD C STE 150<br>ST PAUL MN 55113-2543 |
| GLACIER PARK IRON ORE PROPERTIES LLC<br>755 E MULBERRY AVE SUITE 600<br>SAN ANTONIO TX 78212-6013 | HAMMERLUND CONSTRUCTION INC<br>FABYANSKE WESTRA HART  THOM<br>333 SOUTH SEVENTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402-2437 | HT SURFACE AND MINERAL LLC<br>740 EAST SUPERIOR STREET<br>DULUTH MN 55802-3702 |
| HUNT ELECTRIC CORPORATION<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | JEFFERIES LLC<br>CO BASSFORD REMELE PA<br>100 SOUTH FIFTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1254 | JOHN J MORGAN COMPANY<br>1413 THOMPSON AVE SUITE 1<br>SOUTH ST PAUL MN 55075-1472 |
| KOMATSU FINANCIAL LIMITED PARTNERSHIP<br>1701 W GOLF ROAD SUITE 1300<br>ROLLING MEADOWS IL 60008-4208 | LAMEY LAW FIRM PA<br>980 INWOOD AVE N<br>OAKDALE MN 55128-6625 | LEJEUNE STEEL COMPANY<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERISTY PLAZA SUITE 312<br>HACKENSACK NJ 07601-6205 | MAGGLOBAL LLC<br>CO AMY J SWEDBERG<br>3300 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402-3903 | MAGNETATION INC<br>CO AMY J SWEDBERG<br>MASLON LLP<br>3300 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402-4104 |
| MANTY  ASSOCIATES PA<br>401 2ND AVE N STE 400<br>MINNEAPOLIS MN 55401-2097 | MERIDA NATURAL RESOURCES LLC<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 | MINNESOTA DEPARTMENT OF REVENUE<br>600 NORTH ROBERT STREET<br>ST PAUL MN 55146-1176 |
| NORAMCO ENGINEERING CORPORATION<br>2729 13TH AVENUE EASE<br>HIBBING MN 55746-2314 | NORTHERN INDUSTRIAL ERECTORS INC<br>FABYANSKE WESTRA HART  THOM<br>333 SOUTH SEVENTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402-2437 | PARSONS ELECTRIC LLC<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RANGE ELECTRIC INC<br>FABYANSKE WESTRA HART THOM<br>333 SOUTH SEVENTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402-2437 | RAVICH MEYER KIRKMAN MCGRATH NAUMAN TANSEY<br>150 SOUTH FIFTH STREET<br>SUITE 3450<br>MINNEAPOLIS MN 55402-4201 | THE JAMAR COMPANY<br>CO AARON A DEAN ESQ<br>MOSS BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 |
| TOLTZ KING DUVALL ANDERSON AND ASSOCIATES<br>HELEY DUNCAN MELANDER PLLP<br>8500 NORMANDALE LAKE BOULEVARD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 | UNITED RENTALS NORTH AMERICA INC<br>CO AARON A DEAN ESQ<br>MOSS BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | VIKING ELECTRIC SUPPLY INC<br>CO MICHAEL P COATY<br>HELEY DUNCAN MELANDER PLLP<br>8500 NORMANDALE LAKE BLVD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 |
| WEIR MINERAL NETHERLANDS<br>CO LAMEY LAW FIRM<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | WESCO DISTRIBUTION INC<br>225 WEST STATION SQUARE DR<br>PITTSBURG PA 15219-1151 | ~~EXCLUDE~~<br>~~DULUTH~~<br>~~404 US COURTHOUSE~~<br>~~515 WEST FIRST STREET~~<br>~~DULUTH MN 55802-1302~~ |
| 1620 EAST 78TH STREET<br>162<br>MINNEAPOLIS MN 55423-4645 | 947 BLOOMFIELD STREET<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE NJ 24019-4581 | AW KUETTEL SONS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 |
| ACCU DIG INC<br>ATTN KYLE ROGERS<br>4844 EAST 150 S<br>MONTICELLO IN 47960-2781 | ADVANTAGE TECHNOLOGY<br>950 KANAWHA BLVD E<br>CHARLESTON WV 25301-2842 | AFCO<br>P O BOX 371889<br>PITTSBURGH PA 15250-7889 |
| AFCO CREDIT CORPORATION<br>5600 NORTH RIVER ROAD<br>ROSEMONT IL 60018-5187 | ALLAN B HAMMEREL<br>5708 N VIA LOZANA<br>TUCSON AZ 85750-1136 | ALLETE INC DBA MINNESOTA POWER<br>30 WEST SUPERIOR STREET<br>DULUTH MN 55802-2093 |
| ANA M CLARKE<br>15 APPLEDORE LANE<br>P O BOX 87<br>NATURAL BRIDGE VA 24578-0087 | APPLIED INDUSTRIAL TECHNOLOGY<br>1 APPLIED PLAZA<br>CLEVELAND OH 44115-2519 | AUTOMATED DATA PROCESSING<br>11411 RED RUN BLVD<br>OWINGS MILLS MD 21117-3255 |
| AW KUETTEL SONS INC<br>ATTN THOMAS KUETTEL<br>3930 AIRPARK BOULEVARD<br>DULUTH MN 55811-5729 | B RILEY COMPANY LLC<br>11100 SANTA MONICA BLVD<br>SUITE 800<br>LOS ANGELES CA 90025-3979 | B RILEY FBR INC<br>11100 SANTA MONICA BOULEVARD SUITE 800<br>ATTN- ALAN FORMAN ESQ<br>LOS ANGELES CA 90025-3979 |
| BAKER FIRE<br>P O BOX 766<br>BUHL MN 55713-0766 | BARBARA CUNDIFF COLVILLE<br>507 MORNING STAR LANE<br>NEWPORT BEACH CA 92660-5714 | BLUECROSS BLUESHIELD<br>P O BOX 860448<br>MINNEAPOLIS MN 55486-0048 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY<br>2650 LOU MENK DRIVE<br>MARKETING OFFICE BUILDING<br>FORT WORTH TX 76131-2830 | BNSF RAILWAY COMPANY<br>GROUP VICE INDUSTRIAL PRODUCTS<br>2650 LOU MENK DRIVE<br>FORT WORTH TX 76131-2830 | BNSF RAILWAY COMPANY<br>JONES LANG LASALLE BROKERAGE<br>4300 AMON CARTER BLVD STE 100<br>FORT WORTH TX 76155-2685 |
| BNSF RAILWAY COMPANY<br>JONES LANG LASALLE GLOBAL SVCS<br>3017 LOU MENK DRIVE STE 100<br>FORT WORTH TX 76131-2801 | BNSF RAILWAY COMPANY<br>P O BOX 676160<br>DALLAS TX 75267-6160 | BNSF RAILWAY COMPANY<br>P O BOX 961069<br>FORT WORTH TX 76161-0069 |
| BNSF RAILWAY COMPANY<br>2500 LOU MENK DRIVE<br>AOB-3<br>FORT WORTH TX 76131-2828 | BOUNDARY HUNTING CAMP<br>ATTN MICHAEL ANTONOVICH<br>209 HARTLEY<br>COLERAINE MN 55722 | BOUNDARY HUNTING CAMP<br>ATTN MICHAEL ANTONOVICH<br>P O BOX 224<br>COLERAINE MN 55722-0224 |
| BROCK WHITE COMPANY LLC<br>ATTN JONATHAN LLOYD<br>2575 KASOTA AVENUE<br>ST PAUL MN 55108-1590 | BENJAMIN J COURT<br>STINSON LLP<br>50 S 6TH STREET SUITE 2600<br>MINNEAPOLIS MN 55402-2241 | CAROLINE C HERRICK<br>411 MULBERRY POINT ROAD<br>GUILFORD CT 06437-3204 |
| CATERPILLAR FINANCIAL SERVICES<br>ATTN SPEC ACCTS MANAGER<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | CATERPILLAR FINANCIAL SERVICES<br>P O BOX 730669<br>DALLAS TX 75373-0669 | CATERPILLAR FINANCIAL SVCS COR<br>P O BOX 30669<br>DALLAS TX 75373-0669 |
| CENTRAL RENT A CRANE INC<br>ATTN DEREK BAUMGARTNER<br>4700 ACORN DRIVE<br>INDEPENDENCE OH 44131-6942 | CENTURY LINK<br>P O BOX 2961<br>PHOENIX AZ 85062-2961 | CENTURYLINK COMMUNICATIONS<br>1025 EL DORADO BLVD<br>ATTN LEGAL BKY<br>BROOMFIELD CO 80021-8254 |
| CFSC<br>ATTN SPECIAL ACCTS MGR  NABC<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5251 | CHESTER COMPANY LIMITED<br>3920 13TH AVENUE E STE 7<br>HIBBING MN 55746-3675 | CSX TRANSPORTATION INC<br>500 WATER STREET<br>JACKSONVILLE FL 32202-4445 |
| CSX TRANSPORTATION INC<br>ATTN RUSS EPTING<br>500 WATER STREET J842<br>JACKSONVILLE FL 32202-4445 | CT LIEN SOLUTIONS<br>4520 MAIN STREET STE 1100<br>KANSAS CITY MO 64111-7700 | CT LIEN SOLUTIONS<br>P O BOX 301133<br>DALLAS TX 75303-1133 |
| CATERPILLAR FINANCIAL SERVICES<br>CORPORATION<br>MONICA CLARK ESQ DORSEY  WHITNE<br>50 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1498 | CENTURYLINK COMMUNICATIONS LLC FKA<br>QWEST COM<br>ATTN LEGALBKY<br>1028 EL DORADO BLVD<br>BROOOMFIELD CO 80021 | DAN ANDREWS<br>P O BOX 12<br>MARBLE MN 55764-0012 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DAVD L LEWIS                          DENTONS US LLP                         DIAMOND LAKE ROAD ASSOCIATION
309 WEST 43RD STREET STE 105          1221 AVENUE OF THE AMERICAS            P O BOX 351
SIOUX FALLS SD 57105-6805             NEW YORK NY 10020-1000                 BOVEY MN 55709-0351


                                      INTERNATIONAL                         INTERNATIONAL
DR MICHAEL L TUCK                     DSA INVESTMENTS INC                   DSA INVESTMENTS INC
5416 LAMONA AVENUE                    ATTN JOHN ORAM                        ATTN N DHARAMVEER
SHERMAN OAKS CA 91411-3603            LEVEL 28G SILVER TOWER                LEVEL 28G SILVER TOWER
                                      CLUSTER I JUMEIRAH LAKE TOWERS        CLUSTER I JUMEIRAH LAKE TOWERS
                                      P O BOX 393324                        P O BOX 393324
                                      DUBAI UNITED ARAB EMIRATES            DUBAI UNITED ARAB EMIRATES


DON HOSTETLER                         DONNA L CULVER                         ENCECO MEMBER
711 EAST 65TH STREET SUITE 208        1201 NORTH MARKET ST                   ATTN CHARLES A EBETINO JR
INDIANAPOLIS IN 46220-1609            16TH FLOOR                             3694 SEAFORD DRIVE
                                      WILMINGTON DE 19801-1147               COLUMBUS OH 43220-4842


ENCORE ENERGY                         ENERVANTAGE                            ERP COMPLAINT COKE LLC
12120 PORT GRACE BLVD STE 200         12120 PORT GRACE BLVD STE 200          15 APPLEDORE LANE
OMAHA NE 68128-8235                   LA VISTA NE 68128-8235                 P O BOX 87
                                                                             NATURAL BRIDGE VA 24578-0087


FAEGRE BAKER DANIELS LLP              FASTENAL COMPANY                       FERGUSON ENTERPRISES INC
ATTN DENNIS RYAN                      ATTN JOHN MILEK                        ATTN HOLLY WELCH
90 S SEVENTH STREET STE 2200          2001 THEURER BLVD                      1057 EAST 54TH STREET
MINNEAPOLIS MN 55402-3901             WINONA MN 55987-9902                   INDIANAPOLIS IN 46220-3590


FERGUSON ENTERPRISES INC              FIRST AMERICAN TITLE INSURANCE CO      FERGUSON ENTERPRISES INC
ATTN HOLLY WELCH                      1201 WALNUT STREET STE 700             WAGNER FALCONER  JUDD LTD
2350 W COUNTY RD C STE 150            KANSAS CITY MO 64106-2175              100 S 5TH ST STE 800
ROSEVILLE MN 55113-2543                                                      MPLS MN 55402-5357


GENERAL SECURITY SERVICES CORP        GENERAL WASTE DISPOSAL AND             GENERAL WASTE DISPOSAL AND
P O BOX 823424                        RECOVERY SERVICES                      RECOVERY SERVICES INC
PHILADELPHIA PA 19182-3424            P O BOX 312                            1 SW 7TH STREET
                                      CHISHOLM MN 55719-0312                 CHISHOLM MN 55719-1215


GLACIER PARK COMPANY                  GREAT NORTHERN IRON ORE PROPERTIES     GENERAL SECURITY SERVICES CORPORATION
CO CONOCO PHILLIPS COMPANY            801 EAST HOWARD STREET                 9110 MEADOWVIEW ROAD
600 NORTH DAIRY ASHFORD               P O BOX 429                            BLOOMINGTON MN 55425-2458
HOUSTON TX 77079-1100                 HIBBING MN 55746-0429


HAMMERLUND CONSTRUCTION               HAMMERLUND CONSTRUCTION INC            HAMMERLUNDS CHAMPION STEEL INC
ATTN JOHN A STENE                     FABYANSKE WESTRA ET AL                 NKA CHAMPION STEEL MN INC
40 COUNTY ROAD 63                     333 SOUTH SEVENTH STREET STE 2600      DBA CHAMPION STEEL
GRAND RAPIDS MN 55744-9631            MINNEAPOLIS MN 55402-2437              FABYANSKE WESTRA ET AL
                                                                             333 SOUTH SEVENTH STREET STE 2600
                                                                             MINNEAPOLIS MN 55402-2437
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
HAMMERLUNDS CHAMPION STEEL INC          HAWKINSON CONSTRUCTION CO INC           HT SURFACE AND MINERALS LLC
DBA CHAMPION STEEL                      501 WEST COUNTY ROAD 63                 801 EAST HOWARD STREET
40 COUNTY ROAD 63                       GRAND RAPIDS MN  55744-4731             P O BOX 429
GRAND RAPIDS MN  55744-9631                                                     HIBBING MN  55746-0429


HUNT ELECTRIC CORPORATION               INDIANA DEPT OF REVENUE                 IRONMAN CONCRETE PUMPING INC
ATTN BRAD BOOS                          P O BOX 7224                            ATTN NORM VOIGT
4330 W FIRST STREET STE B               INDIANAPOLIS IN  46207-7224             37334 STATE HIGHWAY 65
DULUTH MN  55807-2239                                                           NASHWAUK MN  55769-4074


ITASCA COUNTY ATTORNEY                  ITASCA COUNTY AUDITOR                   ITASCA COUNTY LAND DEPARTMENT
ATTN JACK MUHAR                         123 NE 4TH STREET                       1177 LAPRAIRIE AVENUE
123 4TH STREET NE                       GRAND RAPIDS MN  55744-2681             GRAND RAPIDS MN  55744-3322
GRAND RAPIDS MN  55744-2681


ITASCA COUNTY REGIONAL                  ITASCA COUNTY TRANSPORTATION            INTERNAL REVENUE SERVICE
RAILROD AUTHORITY                       123 4TH STREET NE                       PO BOX 7346
123 NE FOURTH STREET                    GRAND RAPIDS MN  55744-2681             PHILADELPHIA PA  19101-7346
GRAND RAPIDS MN  55744-2659


JAMAR COMPANYTHE                        JAMES T LEWIS                           JEFFERIES LLC
ATTN CRAIG FELLMAN                      309 WEST 43RD STREET STE 105            520 MADISON AVENUE   SIXTH FLOOR
4701 MIKE COLALILLO DRIVE               SIOUX FALLS SD  57105-6805              NEW YORK NY  10022-4344
DULUTH MN  55807-2762


JK MECHANICAL CONTRACTORS INC           JOHN C HAMMEREL JR                      JOHN G DEVANEY
ATTN JOE KLAMM                          10200 E CELTIC DRIVE                    10 POND VIEW DRIVE
240 5TH STREET                          SCOTTSDALE AZ  85260-7253               NANTUCKET MA  02554-4403
NASHWAUK MN  55769-1160


JOHN J MORGAN COMPANY                   JOHN PARKER TRAUERNICHT                 JENNIFER E BELL
ATTN THOMAS G MORGAN                    60 BAYVILLE ROAD                        192 SUMMERFIELD COURT SUITE 203
1413 THOMPSON AVENUE STE 1              LOCUST VALLEY NY  11560-2028            ROANOKE VA  24019-4581
SOUTH ST PAUL MN  55075-1472


                                                                                INTERNATIONAL
JOHN J MORGAN COMPANY                   K BUILDING COMPONENTS INC               KATHERINE GAY BENOUN
CO KURT M ANDERSON                      ATTN RIAN BURKES                        8 RUE DE LEVIS
PO BOX 15667                            1955 HIGHWAY 37                         75017 PARIS FRANCE
MINNEAPOLIS MN  55415-0667              HIBBING MN  55746-3613


KELLY CONSTRUCTION OF INDIANA           KERAMIDA                                KIMBALL H KNUTSON
ATTN DAVID DAUGHERTY                    401 N COLLEGE AVENUE                    2417 33RD AVENUE
3310 CONCORD ROAD                       INDIANAPOLIS IN  46202-3605             MINNEAPOLIS MN  55406-1463
LAFAYETTE IN  47909-5128
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KELLY CONSTRUCTION OF INDIANA INC        FIRST MERCHANTS BANK NA                  LEJEUNE STEEL COMPANY
DAVID DAUGHERTY                          PO BOX 792                               ATTN JIM TORBORG
3310 CONCORD ROAD                        MUNCIE IN 47308-0792                     118 W 60TH STREET
LAFAYETTE IN 47909-5128                                                           MINNEAPOLIS MN 55419-2319


LIGHTHOUSE MANAGEMENT GROUP              LIQUIDITY SOLUTIONS INC                  LARA NATURAL RESOURCES LLC
ATTN JAMES CULLEN                        ATTN JEFF CARESS                         192 SUMMERFIELD COURT SUITE 203
900 LONG LAKE ROAD STE 180               ONE UNIVERSITY PLAZA STE 312             ROANOKE VA 24019-4581
NEW BRIGHTON MN 55112-6455               HACKENSACK NJ 07601-6205


LIGHTHOUSE MANAGEMENT GROUP INC          LIQUIDITY SOLUTIONS INC                  MAG GLOBAL
ATTN JIM BARTHOLOMEW                     ONE UNIVERSITY PLAZA SUITE 312           ATTN MICHAEL J TALARICO
900 LONG LAKE ROAD SUITE 180             HACKENSACK NJ 07601-6205                 102 NE 3RD STREET STE 120
NEW BRIGHTON MN 55112-6455                                                        GRAND RAPIDS MN 55744-2868


MAG INC                                  MAGNETATION INC                          MAGNETATION LLC
ATTN MICHAEL J TALARICO                  102 THIRD STREET NE STE 120              ATTN MICHAEL J TALARICO
102 NE 3RD STREET STE 120                GRAND RAPIDS MN 55744-2868               102 NE 3RD STREET STE 120
GRAND RAPIDS MN 55744-2868                                                        GRAND RAPIDS MN 55744-2868


MARK P ROGERS                            MECHANICS MINERS LIEN CLAIMS             MEDIACOM BUSINESS
TRUSTEE MARK P ROGERS REV TRUS           LIGHTHOUSE MANAGEMENT GROUP              ONE MEDIACOM WAY
2410 MERRIMAC LANE                       900 LONG LAKE ROAD STE 180               MEDIACOM NY 10918-4810
PLYMOUTH MN 55447-2118                   NEW BRIGHTON MN 55112-6455


METLIFE                                  METRO SALES INC                          MIDWEST CONSTRUCTORS LLC
PO BOX 804466                            1620 EAST 78TH STREET                    ATTN LYNN L WALL
KANSAS CITY MO 64180-4466                MINNEAPOLIS MN 55423-4637                600 KENTUCKY AVENUE STE 100
                                                                                  INDIANAPOLIS IN 46225-1275


MINN DEPT OF NATURAL RESOURCES           MINNEAPOLIS OXYGEN CO                    MINNESOTA DEPARTMENT OF
500 LAFAYETTE ROAD                       3842 WASHINGTON AVENUE N                 NATURAL RESOURCES
BOX 10                                   MINNEAPOLIS MN 55412-2168                1201 EAST HIGHWAY 2
ST PAUL MN 55155-4002                                                             GRAND RAPIDS MN 55744-3296


MINNESOTA DEPT NATURAL RESOURCES         MINNESOTA DEPT OF HEALTH                 MINNESOTA DEPT OF LABOR  INDUSTRY
ATTN JESS RICHARDS                       RADIOACTIVE MATERIALS UNIT               443 LAFAYETTE ROAD
500 LAFAYETTE ROAD                       P O BOX 64497                            ST PAUL MN 55155-4301
ST PAUL MN 55155-4002                    ST PAUL MN 55164-0497


MINNESOTA DEPT OF NATURAL RESOURCES      MINNESOTA DEPT OF REVENUE                MINNESOTA INDUSTRIES INC
500 LAFAYETTE ROAD                       600 NORTH ROBERT STREET                  ATTN PAUL JANSSEN
BOX 10                                   ST PAUL MN 55101                         610 INDUSTRIAL AVENUE
ST PAUL MN 55155-4002                                                             CHISHOLM MN 55719
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT THEIR NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MINNESOTA POLLUTION<br>CONTROL AGENCY<br>520 LAFAYETTE ROAD<br>ST PAUL MN 55155-4102 | MINNESOTA POWER<br>CO RANGE CREDIT BUREAU INC<br>PO BOX 706<br>HIBBING MN 55746-0706 | MINNESOTA POWER<br>P O BOX 1001<br>DULUTH MN 55806-1001 |
| MODSPACE<br>12603 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0126 | MOOSES HUNTING CAMP<br>ATTN DAVID VIDMAR<br>36477 FREESTONE ROAD<br>GRAND RAPIDS MN 55744-5422 | MERIDA NATURAL RESOURCES LLC<br>ATTN TOM CLARKE<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 |
| MERIDA NATURAL RESOURCES LLC<br>CO DENTONS US LLP<br>1221 AVENUE OF THE AMERICAS<br>ATTN- OSCAR N PINKAS<br>NEW YORK NY 10020-1000 | MESABI METALLICS COMPANY LLC<br>CO SIDLEY AUSTIN LLP<br>ATTN- MICHAEL G BURKE<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6088 | MIDWEST CONSTRUCTORS LLC<br>HOSTETLER LAW<br>711 EAST 65TH STREET SUITE 208<br>INDIANAPOLIS IN 46220<br>INDIANAPOLIS IN 46220-1609 |
| NIPSCO<br>P O BOX 13007<br>MERRILLVILLE IN 46411-3007 | NORAMCO ENGINEERING CORPORATION<br>ATTN JAMES ZIMMER<br>2729 13TH AVENUE EAST<br>HIBBING MN 55746-2314 | NORAMCO ENGINEERING CORPORATION<br>P O BOX 1091<br>DULUTH MN 55810-0091 |
| NORTHERN INDIANA PUBLIC<br>SERVICE COMPANY  ATTN D COTA<br>801 E 86TH AVENUE<br>MERRILLVILLE IN 46410-6271 | NORTHERN INDUSTRIAL ERECTORS<br>ATTN DEREK BOSTYANCIC<br>P O BOX 308<br>GRAND RAPIDS MN 55744-0308 | NORTHERN INDUSTRIAL ERECTORS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 |
| NORTHERN PLAINS RAIL SERVICE<br>100 RAILROAD AVENUE<br>P O BOX 38<br>FORDVILLE ND 58231-0038 | NTS<br>526 CHESTNUT STREET<br>VIRGINIA MN 55792-2532 | NUBAI MEMBER<br>ATTN JOHN ORAM<br>P O BOX 2416 ROAD TOWN<br>TORTOLA VI 11100 |
| OHIO DEPT OF REVENUE<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS OH 43229-5404 | OLD NATIONAL TRUST COMPANY<br>1 MAIN STREET  3RD FL<br>EVANSVILLE IN 47708-1464 | ONE SOURCE EQUIPMENT RENTALS<br>ATTN JACK BAXTER<br>2835 CONCORD ROAD<br>LAFAYETTE IN 47909-3306 |
| PARSON ELECTRIC LLC<br>ATTN MICHAEL NORTHQUEST<br>5960 MAIN STREET NE<br>MINNEAPOLIS MN 55432-5480 | POCAHONTAS MEMBER<br>ATTN THOMAS M CLARKE<br>192 SUMMERFIELD COURT STE 203<br>ROANOKE VA 24019-4581 | PRECISION TESTING INC<br>ATTN CONNIE PEARSON<br>5559 ENTERPRISE DRIVE NE<br>VIRGINIA MN 55792-3614 |
| PROGRESS RAIL<br>25083 NETWORK PLACE<br>CHICAGO IL 60673-1250 | PROGRESS RAIL<br>ATTN JONATHAN NEWMAN<br>1600 PROGRESS DRIVE<br>ALBERTVILLE AL 35950-8545 | PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 |

Case 18-50378 Doc 513 Filed 10/22/19 Entered 10/22/19 17:01:21 Desc Main Document Page 10 of 12

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
POCAHONTAS NATURAL RESOURCES LLC      PROGRESS RAIL LEASING CORPORATION    RANDALL LEE VANNET TRUST
CO DENTONS US LLP                     1600 PROGRESS DRIVE                  28938 ARBO ROAD
1221 AVENUE OF THE AMERICAS           ALBERTVILLE AL 35950-8545            GRAND RAPIDS MN 55744-6350
ATTN- OSCAR N PINKAS
NEW YORK NY 10020-1000


RANGE ELECTRIC INC                    RANGE ELECTRIC INC                   RAPIDS PROCESS EQUIPMENT INC
ATTN ANNA MAHAN                       FABYANSKE WESTRA ET AL               ATTN BRENT ROERING
1102 NORTH THIRD STREET               333 SOUTH SEVENTH STREET STE 2600    26489 INDUSTRIAL BLVD
SUPERIOR WI 54880-1230                MINNEAPOLIS MN 55402-2437            COHASSET MN 55721-8696


RAW MATERIALS  IRONMAKING             RGGS LAND  MINERALS LTD LP           RGGS LAND  MINERALS LTD LP
1992 EASTHILL DRIVE                   P O BOX 1266                         P O BOX 4667
BETHLEHEM PA 18017-2709               209 E 8TH STREET S                   HOUSTON TX 77210-4667
                                      VIRGINIA MN 55792-1266


RONS KORNER PROPERTIES                RUDD EQUIPMENT COMPANY               ROBB J BIGELOW
7896 US HIGHWAY 169                   DEPT 77432                           192 SUMMERFIELD COURT SUITE 203
BOVEY MN 55709-7905                   P O BOX 77000                        ROANOKE VA 24019-4581
                                      DETROIT MI 48277-2000


SCHECK INDUSTRIAL CORPORATION         SCHWARTZ REDI MIX INC                SHAMBAUGH  SON LP
ATTN KAREN P LAYNG                    34882 SCENIC HWY                     ATTN BILL MEYER
800 E PLAINFIELD ROAD                 BOVEY MN 55709-6032                  7614 OPPORTUNITY DRIVE
COUNTRYSIDE IL 60525                                                       FORT WAYNE IN 46825-3363


SOLID PLATFORMS INC                   ST LOUIS COUNTY AUDITOR  TREAS       STATE OF MINNESOTA
ATTN JASON R LAMMERTIN                100 N 5TH AVENUE W                   500 LAFAYETTE ROAD
6610 MELTON ROAD                      DULUTH MN 55802-1287                 BOX 10
PORTAGE IN 46368-1236                                                      ST PAUL MN 55155-4002


STEPHEN E LEWIS                       STEPHEN E LEWIS                      STEVE ELLISON
2660 MAPLE AVENUE                     305 LOCKHART CT                      19853 COUNTY ROAD 10
NORTHBROOK IL 60062-5267              FRANKLIN TN 37069-6568               WARBA MN 55793-1663


SUTTLE  STALNAKER                     SWEARINGEN CONSULTING LLC            SYSTEMS ASSOCIATES INC
1411 VIRGINIA STREET E STE 100        6424 WOODLAND COURT                  1932 INDUSTRIAL DRIVE
CHARLESTON WV 25301-3016              AURORA MN 55705-8700                 LIBERTYVILLE IL 60048-9716


SOLID PLATFORMS INC                   SOMPO INTERNATIONAL INSURANCE        STATE OF MINNESOTA DEPT OF NATURAL
JASON R LAMMERTIN                     CO LEE WOODARD ESQ                   RESOURC
6610 MELTON ROAD                      HARRIS BEACH PLLC                    500 LAFAYETTE ROAD
PORTAGE IN 46368-1236                 333 WEST WASHINGTON STREET SUITE 200 BOX 45
                                      SYRACUSE NY 13202-5202               ST PAUL MN 55155-4002
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENTS" ARE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
STEVEN JONES                      STEVEN MARK JONES                 TENOVA CORE
1602 FOREST HILLS AVE             1602 FOREST HILLS AVENUE          75 REMITTANCE DRIVE DEPT 3168
GRAND RAPIDS MN 55744-4189        GRAND                             CHICAGO IL 60675-3168
                                  RAPIDS MN 55744-4189


THOMAS M CLARKE                   TOLTZ KING DUVALL ANDERSON        TRANE US INC
15 APPLEDORE LANE                 ASSOC INC DBA TKDA                ATTN ROBERT ROERS
P O BOX 87                        444 CEDAR STREET STE 1500         3600 PAMMEL CREEK ROAD
NATURAL BRIDGE VA 24578-0087      ST PAUL MN 55101-2110             LA CROSSE WI 54601-7511


TROUMBLY BROTHERS PARTNERSHIP     TWIN CITY FAN COMPANIES LTD       THOMAS M CLARKE
P O BOX 405                       ATTN CHRISTINE ARRELL             192 SUMMERFIELD COURT SUITE 203
TACONITE MN 55786-0405            5959 TRENTON LANE N               ROANOKE VA 24019-4581
                                  PLYMOUTH MN 55442-3238


TOLTZ KING DUVALL ANDERSON AND    TRANE US INC                      US BANK
ASSOCIATES                        CO WAGNER FALCONER  JUDD LTD      PO BOX 5229
ATTN THOMAS S STONEBURNER PE      100 SOUTH 5TH STREET              CINCINNATI OH 45201-5229
444 CEDAR STREET SUITE 1500       SUITE 800
ST PAUL MN 55101-2140             MINNEAPOLIS MN 55402-1203


U S NUCLEAR REGULATORY COMMISSION EXCLUDE                           ULLAND BROTHERS INC
11545 ROCKVILLE PIKE              US TRUSTEE                        ATTN LANCE STRANDBERG
ROCKVILLE MD 20852-2746           300 SOUTH FOURTH                  1634 HWY 210
                                  SUITE 1015                        CARLTON MN 55718-8176
                                  MINNEAPOLIS MN 55415-3070


UNITED RENTALS NORTH AMERICA      UNITED STATES STEEL CORP          UNITED STATES STEEL CORPORATION
ATTN TARA MILLER                  OLD HIGHWAY 169                   332 MINNESOTA STREET
6125 LAKEVIEW ROAD STE 300        P O BOX 417                       ST PAUL MN 55101-1314
CHARLOTTE NC 28269-2616           MT IRON MN 55768-0417


EXCLUDE                           VIKING ELECTRIC SUPPLY INC        VIKING ELECTRIC SUPPLY INC
US TRUSTEE                        ATTN MIKE WIERZCHOWSKI            HELEY DUNCAN  MELANDER PLLP
1015 US COURTHOUSE                451 INDUSTRIAL BOULEVARD NE       ATTN- MICHAEL P COATY ESQ
300 S 4TH ST                      MINNEAPOLIS MN 55413-2938         8500 NORMANDALE LAKE BLVD SUITE 2110
MINNEAPOLIS MN 55415-3070                                           MINNEAPOLIS MN 55437-3813


WARD B LEWIS JR REV TRUST         WASTE MANAGEMENT OF INDIANA       WASTE MANAGEMENT OF WI MN
CO ERICA LEWIS                    P O BOX 4648                      P O BOX 4648
490 S MILLEDGE AVENUE             CAROL STREAM IL 60197-4648        CAROL STREAM IL 60197-4648
ATHENS GA 30605-1050


WEIR MINERALS NETHERLANDS         WELDSTAR                          WESCO DISTRIBUTION INC
CO BERENS  MILLER                 P O BOX 1150                      ATTN STEVEN KATZ
80 SOUTH 8TH STREET STE 3720      AURORA IL 60507-1150              5554 ENTERPRISE DRIVE NE
MINNEAPOLIS MN 55402-2219                                           VIRGINIA MN 55792-3692
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
WESCO DISTRIBUTION INC                  WHITE COUNTY INDIANA                    WHITE COUNTY TREASURER
WAGNER FALCONER  JUDD LTD               ATTN AUDITOR                            P O BOX 388
100 S 5TH ST STE 800                    2013 WEST 25 SOUTH                      MONTICELLO IN 47960-0388
MPLS MN 55402-5357                      MONTICELLO IN 47960


WILLIAM CLAYTON TRAUERNICHT             WILLIAMS SCOTSMAN INC                   WILMINGTON SAVINGS FUND
60 BAYVILLE ROAD                        P O BOX 91975                           SOCIETY FSB
LOCUST VALLEY NY 11560-2028             CHICAGO IL 60693-1975                   500 DELAWARE AVENUE
                                                                                WILMINGTON DE 19801-7405


WILMINGTON SAVINGS FUND SOCIETY         WINTHROP  WEINSTINE PA                  WAGNER FALCONER  JUDD LTD
ATTN GEOFFREY J LEWIS                   225 S SIXTH STREET STE 3500             100 SOUTH FIFTH STREET SUITE 800
500 DELAWARE AVENUE                     MINNEAPOLIS MN 55402-4629               MINNEAPOLIS MN 55402-5357
WILMINGTON DE 19801-7405


WEIR MINERALS NETHERLANDS BV            WHITE COUNTY INDIANA                    WILMINGTON SAVINGS FUND SOCIETY FSB
DONNA L CULVER                          JONATHAN SUNDHEIMER BARNES  THORN       500 DELAWARE AVENUE
1201 NORTH MARKET STREET                11 SOUTH MERIDIAN STREET                ATTN- PATRICK HEALY
16TH FLOOR                              INDIANAPOLIS IN 46204-3506              WILMINGTON DE 19801-7405
WILMINGTON DE 19801-1147


XTREME CONTRACTORS CO LLC               ZEIGLER INC                             ANDREA M HAUSER
ATTN TARA WILSON                        SDS 120436                              LEONARD OBRIEN SPENCER GALE  S
348 E US HIGHWAY 24                     PO BOX 86                               100 SOUTH FIFTH STREET SUITE 2500
REYNOLDS IN 47980-8000                  MINNEAPOLIS MN 55486-0436               MINNEAPOLIS MN 55402-1234


CO LAMEY LAW FIRM P WEIR MINERALS       JOHN MUHAR ITASCA COUNTY                ~~EXCLUDE~~
NETHERLAN                               ITASCA COUNTY ATTORNEY                  ~~NAUNI JO MANTY~~
980 INWOOD AVE N                        123 4TH STREET NE                       ~~MANTY  ASSOCIATES PA~~
OAKDALE MN 55128-6625                   GRAND RAPIDS MN 55744-2681              ~~401 SECOND AVENUE NORTH~~
                                                                                ~~SUITE 400~~
                                                                                ~~MINNEAPOLIS MN 55401-2097~~


~~EXCLUDE~~
~~WILL R TANSEY~~
~~RAVICH MEYER KIRKMAN MCGRATH NAUMAN~~
~~TA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3450~~
~~MINNEAPOLIS MN 55402-5311~~
```