UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                              Chapter 7
                                                                                                           BKY 18-50378 (WJF)
ERP Iron Ore, LLC,

        Debtor.

## ORDER FOR TURNOVER

This matter came before the court on the motion of Nauni J. Manty, the chapter 7 trustee of the bankruptcy estate of ERP Iron Ore, LLC, for an order for turnover. Based on the files and records,

**IT IS HEREBY ORDERED:** Dean Menge shall turnover the books and records, including electronic data, of the debtor that is in his possession or control to the trustee within 10 days after service of this order. If Mr. Menge does not have any of the debtor's books and records, including electronic data, in his possession or control, he must communicate that to the trustee within 10 days after service of this order.

Dated: *October 28, 2019*

                                                /e/ William J. Fisher
                                        _____
                                        William J. Fisher
                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/28/2019*
Lori Vosejpka, Clerk, by WM