UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: ERP IRON ORE, LLC | CASE NO: 18-50378 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 10/23/2019, I did cause a copy of the following documents, described below,

Notice of Settlement or Compromise

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/23/2019

/s/ Nauni Manty
Nauni Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP IRON ORE, LLC | CASE NO: 18-50378 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/23/2019, a copy of the following documents, described below,

Notice of Settlement or Compromise

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/23/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                                AW KUETTEL  SONS INC                 AFCO CREDIT CORPORATION
 LABEL MATRIX FOR LOCAL NOTICING         FABYANSKE WESTRA HART  THOM          1133 AVENUE OF THE AMERICAS 27TH FLOOR
08645                                    333 SOUTH SEVENTH STREET             NEW YORK NY 10036-6710
CASE 18-50378                            SUITE 2600
DISTRICT OF MINNESOTA                    MINNEAPOLIS MN 55402-2437
DULUTH
WED OCT 23 12-06-56 CDT 2019


ALLETE INC DBA MINNESOTA POWER           CHAMPION STEEL MINNESOTA INC         CHESTER COMPANY LIMITED
30 WEST SUPERIOR STREET                  FABYANSKE WESTRA HART  THOM          1035 7TH AVENUE EAST
DULUTH MN 55802-2191                     333 SOUTH SEVENTH STREET             HIBBING MN 55746-1405
                                         SUITE 2600
                                         MINNEAPOLIS MN 55402-2437


CLEVELAND CLIFFS INC                     DEBTOR                               FERGUSON ENTERPRISES INC
200 PUBLIC SQUARE                                                             CO JO RETTKE
SUITE 3300                               ERP IRON ORE LLC                     2350 W CTY RD C STE 150
CLEVELAND OH 44114-2315                  7908 US HIGHWAY 169 SUITE B          ST PAUL MN 55113-2543
                                         BOVEY MN 55709-7915


GLACIER PARK IRON ORE PROPERTIES LLC     HAMMERLUND CONSTRUCTION INC          HT SURFACE AND MINERAL LLC
755 E MULBERRY AVE SUITE 600             FABYANSKE WESTRA HART  THOM          740 EAST SUPERIOR STREET
SAN ANTONIO TX 78212-6013                333 SOUTH SEVENTH STREET             DULUTH MN 55802-3702
                                         SUITE 2600
                                         MINNEAPOLIS MN 55402-2437


HUNT ELECTRIC CORPORATION                JEFFERIES LLC                        JOHN J MORGAN COMPANY
CO AARON A DEAN ESQ                      CO BASSFORD REMELE PA                1413 THOMPSON AVE SUITE 1
MOSS  BARNETT                            100 SOUTH FIFTH STREET SUITE 1500    SOUTH ST PAUL MN 55075-1472
150 SOUTH FIFTH STREET                   MINNEAPOLIS MN 55402-1254
SUITE 1200
MINNEAPOLIS MN 55402-4129


KOMATSU FINANCIAL LIMITED PARTNERSHIP    LAMEY LAW FIRM PA                    LEJEUNE STEEL COMPANY
1701 W GOLF ROAD SUITE 1300              980 INWOOD AVE N                     CO AARON A DEAN ESQ
ROLLING MEADOWS IL 60008-4208            OAKDALE MN 55128-6625                MOSS  BARNETT
                                                                              150 SOUTH FIFTH STREET
                                                                              SUITE 1200
                                                                              MINNEAPOLIS MN 55402-4129


LIQUIDITY SOLUTIONS INC                  MAGGLOBAL LLC                        MAGNETATION INC
ONE UNIVERISTY PLAZA SUITE 312           CO AMY J SWEDBERG                    CO AMY J SWEDBERG
HACKENSACK NJ 07601-6205                 3300 WELLS FARGO CENTER              MASLON LLP
                                         90 SOUTH 7TH STREET                  3300 WELLS FARGO CENTER
                                         MINNEAPOLIS MN 55402-3903            90 SOUTH 7TH STREET
                                                                              MINNEAPOLIS MN 55402-4104


MANTY  ASSOCIATES PA                     MERIDA NATURAL RESOURCES LLC         MINNESOTA DEPARTMENT OF REVENUE
401 2ND AVE N STE 400                    192 SUMMERFIELD COURT SUITE 203      600 NORTH ROBERT STREET
MINNEAPOLIS MN 55401-2097                ROANOKE VA 24019-4581                ST PAUL MN 55146-1176


NORAMCO ENGINEERING CORPORATION          NORTHERN INDUSTRIAL ERECTORS INC     PARSONS ELECTRIC LLC
2729 13TH AVENUE EASE                    FABYANSKE WESTRA HART  THOM          CO AARON A DEAN ESQ
HIBBING MN 55746-2314                    333 SOUTH SEVENTH STREET             MOSS  BARNETT
                                         SUITE 2600                           150 SOUTH FIFTH STREET
                                         MINNEAPOLIS MN 55402-2437            SUITE 1200
                                                                              MINNEAPOLIS MN 55402-4129
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
RANGE ELECTRIC INC                    RAVICH MEYER KIRKMAN MCGRATH NAUMAN    THE JAMAR COMPANY
FABYANSKE WESTRA HART  THOM           TANSEY                                 CO AARON A DEAN ESQ
333 SOUTH SEVENTH STREET              150 SOUTH FIFTH STREET                 MOSS  BARNETT
SUITE 2600                            SUITE 3450                             150 SOUTH FIFTH STREET
MINNEAPOLIS MN 55402-2437             MINNEAPOLIS MN 55402-4201              SUITE 1200
                                                                             MINNEAPOLIS MN 55402-4129


TOLTZ KING DUVALL ANDERSON AND        UNITED RENTALS NORTH AMERICA INC       VIKING ELECTRIC SUPPLY INC
ASSOCIATES                            CO AARON A DEAN ESQ                    CO MICHAEL P COATY
HELEY DUNCAN  MELANDER PLLP           MOSS  BARNETT                          HELEY DUNCAN  MELANDER PLLP
8500 NORMANDALE LAKE BOULEVARD        150 SOUTH FIFTH STREET                 8500 NORMANDALE LAKE BLVD
SUITE 2110                            SUITE 1200                             SUITE 2110
MINNEAPOLIS MN 55437-3813             MINNEAPOLIS MN 55402-4129              MINNEAPOLIS MN 55437-3813


WEIR MINERAL NETHERLANDS              WESCO DISTRIBUTION INC                 EXCLUDE
CO LAMEY LAW FIRM                     225 WEST STATION SQUARE DR             DULUTH
980 INWOOD AVENUE NORTH               PITTSBURG PA 15219-1151                404 US COURTHOUSE
OAKDALE MN 55128-6625                                                        515 WEST FIRST STREET
                                                                             DULUTH MN 55802-1302


1620 EAST 78TH STREET                 947 BLOOMFIELD STREET                  AW KUETTEL  SONS INC
162                                   192 SUMMERFIELD COURT SUITE 203        FABYANSKE WESTRA ET AL
MINNEAPOLIS MN 55423-4645             ROANOKE NJ 24019-4581                  333 SOUTH SEVENTH STREET STE 2600
                                                                             MINNEAPOLIS MN 55402-2437


ACCU DIG INC                          ADVANTAGE TECHNOLOGY                   AFCO
ATTN KYLE ROGERS                      950 KANAWHA BLVD E                     P O BOX 371889
4844 EAST 150 S                       CHARLESTON WV 25301-2842               PITTSBURGH PA 15250-7889
MONTICELLO IN 47960-2781


AFCO CREDIT CORPORATION               ALLAN B HAMMEREL                       ALLETE INC DBA MINNESOTA POWER
5600 NORTH RIVER ROAD                 5708 N VIA LOZANA                      30 WEST SUPERIOR STREET
ROSEMONT IL 60018-5187                TUCSON AZ 85750-1136                   DULUTH MN 55802-2093


ANA M CLARKE                          APPLIED INDUSTRIAL TECHNOLOGY          AUTOMATED DATA PROCESSING
15 APPLEDORE LANE                     1 APPLIED PLAZA                        11411 RED RUN BLVD
P O BOX 87                            CLEVELAND OH 44115-2519                OWINGS MILLS MD 21117-3255
NATURAL BRIDGE VA 24578-0087


AW KUETTEL  SONS INC                  B RILEY  COMPANY LLC                   B RILEY FBR INC
ATTN THOMAS KUETTEL                   11100 SANTA MONICA BLVD                11100 SANTA MONICA BOULEVARD SUITE 800
3930 AIRPARK BOULEVARD                SUITE 800                              ATTN- ALAN FORMAN ESQ
DULUTH MN 55811-5729                  LOS ANGELES CA 90025-3979              LOS ANGELES CA 90025-3979


BAKER FIRE                            BARBARA CUNDIFF COLVILLE               BLUECROSS BLUESHIELD
P O BOX 766                           507 MORNING STAR LANE                  P O BOX 860448
BUHL MN 55713-0766                    NEWPORT BEACH CA 92660-5714            MINNEAPOLIS MN 55486-0048
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BNSF RAILWAY COMPANY                    BNSF RAILWAY COMPANY                    BNSF RAILWAY COMPANY
2650 LOU MENK DRIVE                     GROUP VICE INDUSTRIAL PRODUCTS          JONES LANG LASALLE BROKERAGE
MARKETING OFFICE BUILDING               2650 LOU MENK DRIVE                     4300 AMON CARTER BLVD STE 100
FORT WORTH TX 76131-2830                FORT WORTH TX 76131-2830                FORT WORTH TX 76155-2685



BNSF RAILWAY COMPANY                    BNSF RAILWAY COMPANY                    BNSF RAILWAY COMPANY
JONES LANG LASALLE GLOBAL SVCS          P O BOX 676160                          P O BOX 961069
3017 LOU MENK DRIVE STE 100             DALLAS TX 75267-6160                    FORT WORTH TX 76161-0069
FORT WORTH TX 76131-2801



BNSF RAILWAY COMPANY                    BOUNDARY HUNTING CAMP                   BOUNDARY HUNTING CAMP
2500 LOU MENK DRIVE                     ATTN MICHAEL ANTONOVICH                 ATTN MICHAEL ANTONOVICH
AOB-3                                   209 HARTLEY                             P O BOX 224
FORT WORTH TX 76131-2828                COLERAINE MN 55722                      COLERAINE MN 55722-0224



BROCK WHITE COMPANY LLC                 BENJAMIN J COURT                        CAROLINE C HERRICK
ATTN JONATHAN LLOYD                     STINSON LLP                             411 MULBERRY POINT ROAD
2575 KASOTA AVENUE                      50 S 6TH STREET SUITE 2600              GUILFORD CT 06437-3204
ST PAUL MN 55108-1590                   MINNEAPOLIS MN 55402-2241



CATERPILLAR FINANCIAL SERVICES          CATERPILLAR FINANCIAL SERVICES          CATERPILLAR FINANCIAL SVCS COR
ATTN SPEC ACCTS MANAGER                 P O BOX 730669                          P O BOX 30669
2120 WEST END AVENUE                    DALLAS TX 75373-0669                    DALLAS TX 75373-0669
NASHVILLE TN 37203-5341



CENTRAL RENT A CRANE INC                CENTURY LINK                            CENTURYLINK COMMUNICATIONS
ATTN DEREK BAUMGARTNER                  P O BOX 2961                            1025 EL DORADO BLVD
4700 ACORN DRIVE                        PHOENIX AZ 85062-2961                   ATTN LEGAL BKY
INDEPENDENCE OH 44131-6942                                                      BROOMFIELD CO 80021-8254



CFSC                                    CHESTER COMPANY LIMITED                 CSX TRANSPORTATION INC
ATTN SPECIAL ACCTS MGR   NABC           3920 13TH AVENUE E STE 7                500 WATER STREET
2120 WEST END AVENUE                    HIBBING MN 55746-3675                   JACKSONVILLE FL 32202-4445
NASHVILLE TN 37203-5251



CSX TRANSPORTATION INC                  CT LIEN SOLUTIONS                       CT LIEN SOLUTIONS
ATTN RUSS EPTING                        4520 MAIN STREET STE 1100               P O BOX 301133
500 WATER STREET J842                   KANSAS CITY MO 64111-7700               DALLAS TX 75303-1133
JACKSONVILLE FL 32202-4445



CATERPILLAR FINANCIAL SERVICES          CENTURYLINK COMMUNICATIONS LLC FKA      DAN ANDREWS
CORPORATION                             QWEST COM                               P O BOX 12
MONICA CLARK ESQ DORSEY  WHITNE         ATTN LEGALBKY                           MARBLE MN 55764-0012
50 SOUTH SIXTH STREET SUITE 1500        1028 EL DORADO BLVD
MINNEAPOLIS MN 55402-1498               BROOOMFIELD CO 80021
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DAVD L LEWIS                            DENTONS US LLP                           DIAMOND LAKE ROAD ASSOCIATION
309 WEST 43RD STREET STE 105            1221 AVENUE OF THE AMERICAS              P O BOX 351
SIOUX FALLS SD 57105-6805               NEW YORK NY 10020-1000                   BOVEY MN 55709-0351


                                        INTERNATIONAL                            INTERNATIONAL
DR MICHAEL L TUCK                       DSA INVESTMENTS INC                      DSA INVESTMENTS INC
5416 LAMONA AVENUE                      ATTN JOHN ORAM                           ATTN N DHARAMVEER
SHERMAN OAKS CA 91411-3603              LEVEL 28G SILVER TOWER                   LEVEL 28G SILVER TOWER
                                        CLUSTER I JUMEIRAH LAKE TOWERS           CLUSTER I JUMEIRAH LAKE TOWERS
                                        P O BOX 393324                           P O BOX 393324
                                        DUBAI UNITED ARAB EMIRATES               DUBAI UNITED ARAB EMIRATES


DON HOSTETLER                           DONNA L CULVER                           ENCECO MEMBER
711 EAST 65TH STREET SUITE 208          1201 NORTH MARKET ST                     ATTN CHARLES A EBETINO JR
INDIANAPOLIS IN 46220-1609              16TH FLOOR                               3694 SEAFORD DRIVE
                                        WILMINGTON DE 19801-1147                 COLUMBUS OH 43220-4842


ENCORE ENERGY                           ENERVANTAGE                              ERP COMPLAINT COKE LLC
12120 PORT GRACE BLVD STE 200           12120 PORT GRACE BLVD STE 200            15 APPLEDORE LANE
OMAHA NE 68128-8235                     LA VISTA NE 68128-8235                   P O BOX 87
                                                                                 NATURAL BRIDGE VA 24578-0087


FAEGRE BAKER DANIELS LLP                FASTENAL COMPANY                         FERGUSON ENTERPRISES INC
ATTN DENNIS RYAN                        ATTN JOHN MILEK                          ATTN HOLLY WELCH
90 S SEVENTH STREET STE 2200            2001 THEURER BLVD                        1057 EAST 54TH STREET
MINNEAPOLIS MN 55402-3901               WINONA MN 55987-9902                     INDIANAPOLIS IN 46220-3590


FERGUSON ENTERPRISES INC                FIRST AMERICAN TITLE INSURANCE CO        FERGUSON ENTERPRISES INC
ATTN HOLLY WELCH                        1201 WALNUT STREET STE 700               WAGNER FALCONER  JUDD LTD
2350 W COUNTY RD C STE 150              KANSAS CITY MO 64106-2175                100 S 5TH ST STE 800
ROSEVILLE MN 55113-2543                                                          MPLS MN 55402-5357


GENERAL SECURITY SERVICES CORP          GENERAL WASTE DISPOSAL AND               GENERAL WASTE DISPOSAL AND
P O BOX 823424                          RECOVERY SERVICES                        RECOVERY SERVICES INC
PHILADELPHIA PA 19182-3424              P O BOX 312                              1 SW 7TH STREET
                                        CHISHOLM MN 55719-0312                   CHISHOLM MN 55719-1215


GLACIER PARK COMPANY                    GREAT NORTHERN IRON ORE PROPERTIES       GENERAL SECURITY SERVICES CORPORATION
CO CONOCO PHILLIPS COMPANY              801 EAST HOWARD STREET                   9110 MEADOWVIEW ROAD
600 NORTH DAIRY ASHFORD                 P O BOX 429                              BLOOMINGTON MN 55425-2458
HOUSTON TX 77079-1100                   HIBBING MN 55746-0429


HAMMERLUND CONSTRUCTION                 HAMMERLUND CONSTRUCTION INC              HAMMERLUNDS CHAMPION STEEL INC
ATTN JOHN A STENE                       FABYANSKE WESTRA ET AL                   NKA CHAMPION STEEL MN INC
40 COUNTY ROAD 63                       333 SOUTH SEVENTH STREET STE 2600        DBA CHAMPION STEEL
GRAND RAPIDS MN 55744-9631              MINNEAPOLIS MN 55402-2437                FABYANSKE WESTRA ET AL
                                                                                 333 SOUTH SEVENTH STREET STE 2600
                                                                                 MINNEAPOLIS MN 55402-2437
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| HAMMERLUNDS CHAMPION STEEL INC<br>DBA CHAMPION STEEL<br>40 COUNTY ROAD 63<br>GRAND RAPIDS MN 55744-9631 | HAWKINSON CONSTRUCTION CO INC<br>501 WEST COUNTY ROAD 63<br>GRAND RAPIDS MN 55744-4731 | HT SURFACE AND MINERALS LLC<br>801 EAST HOWARD STREET<br>P O BOX 429<br>HIBBING MN 55746-0429 |
| HUNT ELECTRIC CORPORATION<br>ATTN BRAD BOOS<br>4330 W FIRST STREET STE B<br>DULUTH MN 55807-2239 | INDIANA DEPT OF REVENUE<br>P O BOX 7224<br>INDIANAPOLIS IN 46207-7224 | IRONMAN CONCRETE PUMPING INC<br>ATTN NORM VOIGT<br>37334 STATE HIGHWAY 65<br>NASHWAUK MN 55769-4074 |
| ITASCA COUNTY ATTORNEY<br>ATTN JACK MUHAR<br>123 4TH STREET NE<br>GRAND RAPIDS MN 55744-2681 | ITASCA COUNTY AUDITOR<br>123 NE 4TH STREET<br>GRAND RAPIDS MN 55744-2681 | ITASCA COUNTY LAND DEPARTMENT<br>1177 LAPRAIRIE AVENUE<br>GRAND RAPIDS MN 55744-3322 |
| ITASCA COUNTY REGIONAL<br>RAILROD AUTHORITY<br>123 NE FOURTH STREET<br>GRAND RAPIDS MN 55744-2659 | ITASCA COUNTY TRANSPORTATION<br>123 4TH STREET NE<br>GRAND RAPIDS MN 55744-2681 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JAMAR COMPANYTHE<br>ATTN CRAIG FELLMAN<br>4701 MIKE COLALILLO DRIVE<br>DULUTH MN 55807-2762 | JAMES T LEWIS<br>309 WEST 43RD STREET STE 105<br>SIOUX FALLS SD 57105-6805 | JEFFERIES LLC<br>520 MADISON AVENUE SIXTH FLOOR<br>NEW YORK NY 10022-4344 |
| JK MECHANICAL CONTRACTORS INC<br>ATTN JOE KLAMM<br>240 5TH STREET<br>NASHWAUK MN 55769-1160 | JOHN C HAMMEREL JR<br>10200 E CELTIC DRIVE<br>SCOTTSDALE AZ 85260-7253 | JOHN G DEVANEY<br>10 POND VIEW DRIVE<br>NANTUCKET MA 02554-4403 |
| JOHN J MORGAN COMPANY<br>ATTN THOMAS G MORGAN<br>1413 THOMPSON AVENUE STE 1<br>SOUTH ST PAUL MN 55075-1472 | JOHN PARKER TRAUERNICHT<br>60 BAYVILLE ROAD<br>LOCUST VALLEY NY 11560-2028 | JENNIFER E BELL<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 |
| JOHN J MORGAN COMPANY<br>CO KURT M ANDERSON<br>PO BOX 15667<br>MINNEAPOLIS MN 55415-0667 | K BUILDING COMPONENTS INC<br>ATTN RIAN BURKES<br>1955 HIGHWAY 37<br>HIBBING MN 55746-3613 | INTERNATIONAL<br>KATHERINE GAY BENOUN<br>8 RUE DE LEVIS<br>75017 PARIS FRANCE |
| KELLY CONSTRUCTION OF INDIANA<br>ATTN DAVID DAUGHERTY<br>3310 CONCORD ROAD<br>LAFAYETTE IN 47909-5128 | KERAMIDA<br>401 N COLLEGE AVENUE<br>INDIANAPOLIS IN 46202-3605 | KIMBALL H KNUTSON<br>2417 33RD AVENUE<br>MINNEAPOLIS MN 55406-1463 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KELLY CONSTRUCTION OF INDIANA INC      FIRST MERCHANTS BANK NA               LEJEUNE STEEL COMPANY
DAVID DAUGHERTY                        PO BOX 792                            ATTN JIM TORBORG
3310 CONCORD ROAD                      MUNCIE IN 47308-0792                  118 W 60TH STREET
LAFAYETTE IN 47909-5128                                                      MINNEAPOLIS MN 55419-2319


LIGHTHOUSE MANAGEMENT GROUP            LIQUIDITY SOLUTIONS INC               LARA NATURAL RESOURCES LLC
ATTN JAMES CULLEN                      ATTN JEFF CARESS                      192 SUMMERFIELD COURT SUITE 203
900 LONG LAKE ROAD STE 180             ONE UNIVERSITY PLAZA STE 312          ROANOKE VA 24019-4581
NEW BRIGHTON MN 55112-6455             HACKENSACK NJ 07601-6205


LIGHTHOUSE MANAGEMENT GROUP INC        LIQUIDITY SOLUTIONS INC               MAG GLOBAL
ATTN JIM BARTHOLOMEW                   ONE UNIVERSITY PLAZA SUITE 312        ATTN MICHAEL J TALARICO
900 LONG LAKE ROAD SUITE 180           HACKENSACK NJ 07601-6205              102 NE 3RD STREET STE 120
NEW BRIGHTON MN 55112-6455                                                   GRAND RAPIDS MN 55744-2868


MAG INC                                MAGNETATION INC                       MAGNETATION LLC
ATTN MICHAEL J TALARICO                102 THIRD STREET NE STE 120           ATTN MICHAEL J TALARICO
102 NE 3RD STREET STE 120              GRAND RAPIDS MN 55744-2868            102 NE 3RD STREET STE 120
GRAND RAPIDS MN 55744-2868                                                   GRAND RAPIDS MN 55744-2868


MARK P ROGERS                          MECHANICS MINERS LIEN CLAIMS          MEDIACOM BUSINESS
TRUSTEE MARK P ROGERS REV TRUS         LIGHTHOUSE MANAGEMENT GROUP           ONE MEDIACOM WAY
2410 MERRIMAC LANE                     900 LONG LAKE ROAD STE 180            MEDIACOM NY 10918-4810
PLYMOUTH MN 55447-2118                 NEW BRIGHTON MN 55112-6455


METLIFE                                METRO SALES INC                       MIDWEST CONSTRUCTORS LLC
PO BOX 804466                          1620 EAST 78TH STREET                 ATTN LYNN L WALL
KANSAS CITY MO 64180-4466              MINNEAPOLIS MN 55423-4637             600 KENTUCKY AVENUE STE 100
                                                                             INDIANAPOLIS IN 46225-1275


MINN DEPT OF NATURAL RESOURCES         MINNEAPOLIS OXYGEN CO                 MINNESOTA DEPARTMENT OF
500 LAFAYETTE ROAD                     3842 WASHINGTON AVENUE N              NATURAL RESOURCES
BOX 10                                 MINNEAPOLIS MN 55412-2168             1201 EAST HIGHWAY 2
ST PAUL MN 55155-4002                                                        GRAND RAPIDS MN 55744-3296


MINNESOTA DEPT NATURAL RESOURCES       MINNESOTA DEPT OF HEALTH              MINNESOTA DEPT OF LABOR  INDUSTRY
ATTN JESS RICHARDS                     RADIOACTIVE MATERIALS UNIT            443 LAFAYETTE ROAD
500 LAFAYETTE ROAD                     P O BOX 64497                         ST PAUL MN 55155-4301
ST PAUL MN 55155-4002                  ST PAUL MN 55164-0497


MINNESOTA DEPT OF NATURAL RESOURCES    MINNESOTA DEPT OF REVENUE             MINNESOTA INDUSTRIES INC
500 LAFAYETTE ROAD                     600 NORTH ROBERT STREET               ATTN PAUL JANSSEN
BOX 10                                 ST PAUL MN 55101                      610 INDUSTRIAL AVENUE
ST PAUL MN 55155-4002                                                        CHISHOLM MN 55719
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MINNESOTA POLLUTION<br>CONTROL AGENCY<br>520 LAFAYETTE ROAD<br>ST PAUL MN 55155-4102 | MINNESOTA POWER<br>CO RANGE CREDIT BUREAU INC<br>PO BOX 706<br>HIBBING MN 55746-0706 | MINNESOTA POWER<br>P O BOX 1001<br>DULUTH MN 55806-1001 |
| MODSPACE<br>12603 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0126 | MOOSES HUNTING CAMP<br>ATTN DAVID VIDMAR<br>36477 FREESTONE ROAD<br>GRAND RAPIDS MN 55744-5422 | MERIDA NATURAL RESOURCES LLC<br>ATTN TOM CLARKE<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 |
| MERIDA NATURAL RESOURCES LLC<br>CO DENTONS US LLP<br>1221 AVENUE OF THE AMERICAS<br>ATTN- OSCAR N PINKAS<br>NEW YORK NY 10020-1000 | MESABI METALLICS COMPANY LLC<br>CO SIDLEY AUSTIN LLP<br>ATTN- MICHAEL G BURKE<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6088 | MIDWEST CONSTRUCTORS LLC<br>HOSTETLER LAW<br>711 EAST 65TH STREET SUITE 208<br>INDIANAPOLIS IN 46220<br>INDIANAPOLIS IN 46220-1609 |
| NIPSCO<br>P O BOX 13007<br>MERRILLVILLE IN 46411-3007 | NORAMCO ENGINEERING CORPORATION<br>ATTN JAMES ZIMMER<br>2729 13TH AVENUE EAST<br>HIBBING MN 55746-2314 | NORAMCO ENGINEERING CORPORATION<br>P O BOX 1091<br>DULUTH MN 55810-0091 |
| NORTHERN INDIANA PUBLIC<br>SERVICE COMPANY   ATTN D COTA<br>801 E 86TH AVENUE<br>MERRILLVILLE IN 46410-6271 | NORTHERN INDUSTRIAL ERECTORS<br>ATTN DEREK BOSTYANCIC<br>P O BOX 308<br>GRAND RAPIDS MN 55744-0308 | NORTHERN INDUSTRIAL ERECTORS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 |
| NORTHERN PLAINS RAIL SERVICE<br>100 RAILROAD AVENUE<br>P O BOX 38<br>FORDVILLE ND 58231-0038 | NTS<br>526 CHESTNUT STREET<br>VIRGINIA MN 55792-2532 | NUBAI MEMBER<br>ATTN JOHN ORAM<br>P O BOX 2416 ROAD TOWN<br>TORTOLA VI 11100 |
| OHIO DEPT OF REVENUE<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS OH 43229-5404 | OLD NATIONAL TRUST COMPANY<br>1 MAIN STREET   3RD FL<br>EVANSVILLE IN 47708-1464 | ONE SOURCE EQUIPMENT RENTALS<br>ATTN JACK BAXTER<br>2835 CONCORD ROAD<br>LAFAYETTE IN 47909-3306 |
| PARSON ELECTRIC LLC<br>ATTN MICHAEL NORTHQUEST<br>5960 MAIN STREET NE<br>MINNEAPOLIS MN 55432-5480 | POCAHONTAS MEMBER<br>ATTN THOMAS M CLARKE<br>192 SUMMERFIELD COURT STE 203<br>ROANOKE VA 24019-4581 | PRECISION TESTING INC<br>ATTN CONNIE PEARSON<br>5559 ENTERPRISE DRIVE NE<br>VIRGINIA MN 55792-3614 |
| PROGRESS RAIL<br>25083 NETWORK PLACE<br>CHICAGO IL 60673-1250 | PROGRESS RAIL<br>ATTN JONATHAN NEWMAN<br>1600 PROGRESS DRIVE<br>ALBERTVILLE AL 35950-8545 | PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
POCAHONTAS NATURAL RESOURCES LLC     PROGRESS RAIL LEASING CORPORATION    RANDALL LEE VANNET TRUST
CO DENTONS US LLP                    1600 PROGRESS DRIVE                  28938 ARBO ROAD
1221 AVENUE OF THE AMERICAS          ALBERTVILLE AL 35950-8545            GRAND RAPIDS MN 55744-6350
ATTN- OSCAR N PINKAS
NEW YORK NY 10020-1000


RANGE ELECTRIC INC                   RANGE ELECTRIC INC                   RAPIDS PROCESS EQUIPMENT INC
ATTN ANNA MAHAN                      FABYANSKE WESTRA ET AL               ATTN BRENT ROERING
1102 NORTH THIRD STREET              333 SOUTH SEVENTH STREET STE 2600    26489 INDUSTRIAL BLVD
SUPERIOR WI 54880-1230               MINNEAPOLIS MN 55402-2437            COHASSET MN 55721-8696


RAW MATERIALS  IRONMAKING            RGGS LAND  MINERALS LTD LP           RGGS LAND  MINERALS LTD LP
1992 EASTHILL DRIVE                  P O BOX 1266                         P O BOX 4667
BETHLEHEM PA 18017-2709              209 E 8TH STREET S                   HOUSTON TX 77210-4667
                                     VIRGINIA MN 55792-1266


RONS KORNER PROPERTIES               RUDD EQUIPMENT COMPANY               ROBB J BIGELOW
7896 US HIGHWAY 169                  DEPT 77432                           192 SUMMERFIELD COURT SUITE 203
BOVEY MN 55709-7905                  P O BOX 77000                        ROANOKE VA 24019-4581
                                     DETROIT MI 48277-2000


SCHECK INDUSTRIAL CORPORATION        SCHWARTZ REDI MIX INC                SHAMBAUGH  SON LP
ATTN KAREN P LAYNG                   34882 SCENIC HWY                     ATTN BILL MEYER
800 E PLAINFIELD ROAD                BOVEY MN 55709-6032                  7614 OPPORTUNITY DRIVE
COUNTRYSIDE IL 60525                                                      FORT WAYNE IN 46825-3363


SOLID PLATFORMS INC                  ST LOUIS COUNTY AUDITOR  TREAS       STATE OF MINNESOTA
ATTN JASON R LAMMERTIN               100 N 5TH AVENUE W                   500 LAFAYETTE ROAD
6610 MELTON ROAD                     DULUTH MN 55802-1287                 BOX 10
PORTAGE IN 46368-1236                                                     ST PAUL MN 55155-4002


STEPHEN E LEWIS                      STEPHEN E LEWIS                      STEVE ELLISON
2660 MAPLE AVENUE                    305 LOCKHART CT                      19853 COUNTY ROAD 10
NORTHBROOK IL 60062-5267             FRANKLIN TN 37069-6568               WARBA MN 55793-1663


SUTTLE  STALNAKER                    SWEARINGEN CONSULTING LLC            SYSTEMS ASSOCIATES INC
1411 VIRGINIA STREET E STE 100       6424 WOODLAND COURT                  1932 INDUSTRIAL DRIVE
CHARLESTON WV 25301-3016             AURORA MN 55705-8700                 LIBERTYVILLE IL 60048-9716


SOLID PLATFORMS INC                  SOMPO INTERNATIONAL INSURANCE        STATE OF MINNESOTA DEPT OF NATURAL
JASON R LAMMERTIN                    CO LEE WOODARD ESQ                   RESOURC
6610 MELTON ROAD                     HARRIS BEACH PLLC                    500 LAFAYETTE ROAD
PORTAGE IN 46368-1236                333 WEST WASHINGTON STREET SUITE 200 BOX 45
                                     SYRACUSE NY 13202-5202               ST PAUL MN 55155-4002
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STEVEN JONES<br>1602 FOREST HILLS AVE<br>GRAND RAPIDS MN 55744-4189 | STEVEN MARK JONES<br>1602 FOREST HILLS AVENUE<br>GRAND<br>RAPIDS MN 55744-4189 | TENOVA CORE<br>75 REMITTANCE DRIVE DEPT 3168<br>CHICAGO IL 60675-3168 |
| THOMAS M CLARKE<br>15 APPLEDORE LANE<br>P O BOX 87<br>NATURAL BRIDGE VA 24578-0087 | TOLTZ KING DUVALL ANDERSON<br>ASSOC INC DBA TKDA<br>444 CEDAR STREET STE 1500<br>ST PAUL MN 55101-2110 | TRANE US INC<br>ATTN ROBERT ROERS<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE WI 54601-7511 |
| TROUMBLY BROTHERS PARTNERSHIP<br>P O BOX 405<br>TACONITE MN 55786-0405 | TWIN CITY FAN COMPANIES LTD<br>ATTN CHRISTINE ARRELL<br>5959 TRENTON LANE N<br>PLYMOUTH MN 55442-3238 | THOMAS M CLARKE<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 |
| TOLTZ KING DUVALL ANDERSON AND ASSOCIATES<br>ATTN THOMAS S STONEBURNER PE<br>444 CEDAR STREET SUITE 1500<br>ST PAUL MN 55101-2140 | TRANE US INC<br>CO WAGNER FALCONER  JUDD LTD<br>100 SOUTH 5TH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-1203 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U S NUCLEAR REGULATORY COMMISSION<br>11545 ROCKVILLE PIKE<br>ROCKVILLE MD 20852-2746 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~300 SOUTH FOURTH~~<br>~~SUITE 1015~~<br>~~MINNEAPOLIS MN 55415-3070~~ | ULLAND BROTHERS INC<br>ATTN LANCE STRANDBERG<br>1634 HWY 210<br>CARLTON MN 55718-8176 |
| UNITED RENTALS NORTH AMERICA<br>ATTN TARA MILLER<br>6125 LAKEVIEW ROAD STE 300<br>CHARLOTTE NC 28269-2616 | UNITED STATES STEEL CORP<br>OLD HIGHWAY 169<br>P O BOX 417<br>MT IRON MN 55768-0417 | UNITED STATES STEEL CORPORATION<br>332 MINNESOTA STREET<br>ST PAUL MN 55101-1314 |
| ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | VIKING ELECTRIC SUPPLY INC<br>ATTN MIKE WIERZCHOWSKI<br>451 INDUSTRIAL BOULEVARD NE<br>MINNEAPOLIS MN 55413-2938 | VIKING ELECTRIC SUPPLY INC<br>HELEY DUNCAN  MELANDER PLLP<br>ATTN- MICHAEL P COATY ESQ<br>8500 NORMANDALE LAKE BLVD SUITE 2110<br>MINNEAPOLIS MN 55437-3813 |
| WARD B LEWIS JR REV TRUST<br>CO ERICA LEWIS<br>490 S MILLEDGE AVENUE<br>ATHENS GA 30605-1050 | WASTE MANAGEMENT OF INDIANA<br>P O BOX 4648<br>CAROL STREAM IL 60197-4648 | WASTE MANAGEMENT OF WI MN<br>P O BOX 4648<br>CAROL STREAM IL 60197-4648 |
| WEIR MINERALS NETHERLANDS<br>CO BERENS  MILLER<br>80 SOUTH 8TH STREET STE 3720<br>MINNEAPOLIS MN 55402-2219 | WELDSTAR<br>P O BOX 1150<br>AURORA IL 60507-1150 | WESCO DISTRIBUTION INC<br>ATTN STEVEN KATZ<br>5554 ENTERPRISE DRIVE NE<br>VIRGINIA MN 55792-3692 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WESCO DISTRIBUTION INC<br>WAGNER FALCONER  JUDD LTD<br>100 S 5TH ST STE 800<br>MPLS MN 55402-5357 | WHITE COUNTY INDIANA<br>ATTN AUDITOR<br>2013 WEST 25 SOUTH<br>MONTICELLO IN 47960 | WHITE COUNTY TREASURER<br>P O BOX 388<br>MONTICELLO IN 47960-0388 |
| WILLIAM CLAYTON TRAUERNICHT<br>60 BAYVILLE ROAD<br>LOCUST VALLEY NY 11560-2028 | WILLIAMS SCOTSMAN INC<br>P O BOX 91975<br>CHICAGO IL 60693-1975 | WILMINGTON SAVINGS FUND<br>SOCIETY FSB<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19801-7405 |
| WILMINGTON SAVINGS FUND SOCIETY<br>ATTN GEOFFREY J LEWIS<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19801-7405 | WINTHROP  WEINSTINE PA<br>225 S SIXTH STREET STE 3500<br>MINNEAPOLIS MN 55402-4629 | WAGNER FALCONER  JUDD LTD<br>100 SOUTH FIFTH STREET SUITE 800<br>MINNEAPOLIS MN 55402-5357 |
| WEIR MINERALS NETHERLANDS BV<br>DONNA L CULVER<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801-1147 | WHITE COUNTY INDIANA<br>JONATHAN SUNDHEIMER BARNES  THORN<br>11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS IN 46204-3506 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>500 DELAWARE AVENUE<br>ATTN- PATRICK HEALY<br>WILMINGTON DE 19801-7405 |
| XTREME CONTRACTORS CO LLC<br>ATTN TARA WILSON<br>348 E US HIGHWAY 24<br>REYNOLDS IN 47980-8000 | ZEIGLER INC<br>SDS 120436<br>PO BOX 86<br>MINNEAPOLIS MN 55486-0436 | ANDREA M HAUSER<br>LEONARD OBRIEN SPENCER GALE  S<br>100 SOUTH FIFTH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-1234 |
| CO LAMEY LAW FIRM P WEIR MINERALS<br>NETHERLAN<br>980 INWOOD AVE N<br>OAKDALE MN 55128-6625 | JOHN MUHAR ITASCA COUNTY<br>ITASCA COUNTY ATTORNEY<br>123 4TH STREET NE<br>GRAND RAPIDS MN 55744-2681 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY  ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ |

~~EXCLUDE~~
~~WILL R TANSEY~~
~~RAVICH MEYER KIRKMAN MCGRATH NAUMAN~~
~~TA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3450~~
~~MINNEAPOLIS MN 55402-5311~~