UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 18-50378 (WJF) |
| | Chapter 7 |
| ERP IRON ORE, LLC, | |
| | **NOTICE OF SETTLEMENT OR** |
| Debtor. | **COMPROMISE** |

TO:    The United States Trustee, all creditors and other parties in interest:

On November 26, 2019, or as soon thereafter as the transaction may be completed and subject to objection under applicable rules, the trustee will settle a controversy as follows:

The trustee alleges that One Source Equipment Rentals, Inc. received $4,099.86 of avoidable post-petition transfers under 11 U.S.C. § 549. The trustee made demand on One Source in connection with the post-petition payments. One Source has agreed to pay the estate $3,000.00 to resolve the post-petition transfers within 5 business days after the settlement is approved by the court. In addition, One Source has agreed that any claims it has filed in the bankruptcy case, including Claim No. 62, are deemed withdrawn and no additional claims will be filed for payment of the settlement under 11 U.S.C. § 502(h) or otherwise.

Because the trustee believes the settlement is in the best interests of creditors, the trustee requests that the settlement be approved as the costs of litigation will quickly offset any recovery to the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The trustee will schedule the hearing with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| United States Bankruptcy Court | United States Trustee | Nauni Manty, Trustee |
| 404 U.S. Courthouse | 1015 U.S. Courthouse | 401 Second Avenue North |
| 515 West First Street | 300 South Fourth Street | Suite 400 |
| Duluth, MN 55802 | Minneapolis, MN 55415 | Minneapolis, MN 55401 |

Dated: November 5, 2019

Signed: /e/Nauni Manty
                Nauni J. Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP IRON ORE, LLC | CASE NO: 18-50378<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/5/2019, I did cause a copy of the following documents, described below,

Notice of Settlement or Compromise

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/5/2019

/s/ Nauni Manty
Nauni Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN 55401
612 465 0954

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  ERP IRON ORE, LLC | CASE NO: 18-50378 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 11/5/2019, a copy of the following documents, described below,

Notice of Settlement or Compromise

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/5/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                                AW KUETTEL  SONS INC                  AFCO CREDIT CORPORATION
 LABEL MATRIX FOR LOCAL NOTICING         FABYANSKE WESTRA HART  THOM           1133 AVENUE OF THE AMERICAS 27TH FLOOR
08645                                    333 SOUTH SEVENTH STREET              NEW YORK NY 10036-6710
CASE 18-50378                            SUITE 2600
DISTRICT OF MINNESOTA                    MINNEAPOLIS MN 55402-2437
DULUTH
TUE NOV 5 11-31-27 CST 2019


ALLETE INC DBA MINNESOTA POWER           CHAMPION STEEL MINNESOTA INC          CHESTER COMPANY LIMITED
30 WEST SUPERIOR STREET                  FABYANSKE WESTRA HART  THOM           1035 7TH AVENUE EAST
DULUTH MN 55802-2191                     333 SOUTH SEVENTH STREET              HIBBING MN 55746-1405
                                         SUITE 2600
                                         MINNEAPOLIS MN 55402-2437


CLEVELAND CLIFFS INC                     DEBTOR                                FERGUSON ENTERPRISES INC
200 PUBLIC SQUARE                                                              CO JO RETTKE
SUITE 3300                               ERP IRON ORE LLC                      2350 W CTY RD C STE 150
CLEVELAND OH 44114-2315                  7908 US HIGHWAY 169 SUITE B           ST PAUL MN 55113-2543
                                         BOVEY MN 55709-7915


GLACIER PARK IRON ORE PROPERTIES LLC     HAMMERLUND CONSTRUCTION INC           HT SURFACE AND MINERAL LLC
755 E MULBERRY AVE SUITE 600             FABYANSKE WESTRA HART  THOM           740 EAST SUPERIOR STREET
SAN ANTONIO TX 78212-6013                333 SOUTH SEVENTH STREET              DULUTH MN 55802-3702
                                         SUITE 2600
                                         MINNEAPOLIS MN 55402-2437


HUNT ELECTRIC CORPORATION                JEFFERIES LLC                         JOHN J MORGAN COMPANY
CO AARON A DEAN ESQ                      CO BASSFORD REMELE PA                 1413 THOMPSON AVE SUITE 1
MOSS  BARNETT                            100 SOUTH FIFTH STREET SUITE 1500     SOUTH ST PAUL MN 55075-1472
150 SOUTH FIFTH STREET                   MINNEAPOLIS MN 55402-1254
SUITE 1200
MINNEAPOLIS MN 55402-4129


KOMATSU FINANCIAL LIMITED PARTNERSHIP    LAMEY LAW FIRM PA                     LEJEUNE STEEL COMPANY
1701 W GOLF ROAD SUITE 1300              980 INWOOD AVE N                      CO AARON A DEAN ESQ
ROLLING MEADOWS IL 60008-4208            OAKDALE MN 55128-6625                 MOSS  BARNETT
                                                                               150 SOUTH FIFTH STREET
                                                                               SUITE 1200
                                                                               MINNEAPOLIS MN 55402-4129


LIQUIDITY SOLUTIONS INC                  MAGGLOBAL LLC                         MAGNETATION INC
ONE UNIVERISTY PLAZA SUITE 312           CO AMY J SWEDBERG                     CO AMY J SWEDBERG
HACKENSACK NJ 07601-6205                 3300 WELLS FARGO CENTER               MASLON LLP
                                         90 SOUTH 7TH STREET                   3300 WELLS FARGO CENTER
                                         MINNEAPOLIS MN 55402-3903             90 SOUTH 7TH STREET
                                                                               MINNEAPOLIS MN 55402-4104


EXCLUDE                                  MERIDA NATURAL RESOURCES LLC          MINNESOTA DEPARTMENT OF REVENUE
                                         192 SUMMERFIELD COURT SUITE 203       600 NORTH ROBERT STREET
MANTY  ASSOCIATES PA                     ROANOKE VA 24019-4581                 ST PAUL MN 55146-1176
401 2ND AVE N STE 400
MINNEAPOLIS MN 55401 2097


NORAMCO ENGINEERING CORPORATION          NORTHERN INDUSTRIAL ERECTORS INC      PARSONS ELECTRIC LLC
2729 13TH AVENUE EASE                    FABYANSKE WESTRA HART  THOM           CO AARON A DEAN ESQ
HIBBING MN 55746-2314                    333 SOUTH SEVENTH STREET              MOSS  BARNETT
                                         SUITE 2600                            150 SOUTH FIFTH STREET
                                         MINNEAPOLIS MN 55402-2437             SUITE 1200
                                                                               MINNEAPOLIS MN 55402-4129
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RANGE ELECTRIC INC<br>FABYANSKE WESTRA HART THOM<br>333 SOUTH SEVENTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402-2437 | RAVICH MEYER KIRKMAN MCGRATH NAUMAN TANSEY<br>150 SOUTH FIFTH STREET<br>SUITE 3450<br>MINNEAPOLIS MN 55402-4201 | THE JAMAR COMPANY<br>CO AARON A DEAN ESQ<br>MOSS BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 |
| TOLTZ KING DUVALL ANDERSON AND ASSOCIATES<br>HELEY DUNCAN MELANDER PLLP<br>8500 NORMANDALE LAKE BOULEVARD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 | UNITED RENTALS NORTH AMERICA INC<br>CO AARON A DEAN ESQ<br>MOSS BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | VIKING ELECTRIC SUPPLY INC<br>CO MICHAEL P COATY<br>HELEY DUNCAN MELANDER PLLP<br>8500 NORMANDALE LAKE BLVD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 |
| WEIR MINERAL NETHERLANDS<br>CO LAMEY LAW FIRM<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | WESCO DISTRIBUTION INC<br>225 WEST STATION SQUARE DR<br>PITTSBURG PA 15219-1151 | ~~EXCLUDE~~<br>~~DULUTH~~<br>~~404 US COURTHOUSE~~<br>~~515 WEST FIRST STREET~~<br>~~DULUTH MN 55802-1302~~ |
| 1620 EAST 78TH STREET<br>162<br>MINNEAPOLIS MN 55423-4645 | 947 BLOOMFIELD STREET<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE NJ 24019-4581 | AW KUETTEL SONS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 |
| ACCU DIG INC<br>ATTN KYLE ROGERS<br>4844 EAST 150 S<br>MONTICELLO IN 47960-2781 | ADVANTAGE TECHNOLOGY<br>950 KANAWHA BLVD E<br>CHARLESTON WV 25301-2842 | AFCO<br>P O BOX 371889<br>PITTSBURGH PA 15250-7889 |
| AFCO CREDIT CORPORATION<br>5600 NORTH RIVER ROAD<br>ROSEMONT IL 60018-5187 | ALLAN B HAMMEREL<br>5708 N VIA LOZANA<br>TUCSON AZ 85750-1136 | ALLETE INC DBA MINNESOTA POWER<br>30 WEST SUPERIOR STREET<br>DULUTH MN 55802-2093 |
| ANA M CLARKE<br>15 APPLEDORE LANE<br>P O BOX 87<br>NATURAL BRIDGE VA 24578-0087 | APPLIED INDUSTRIAL TECHNOLOGY<br>1 APPLIED PLAZA<br>CLEVELAND OH 44115-2519 | AUTOMATED DATA PROCESSING<br>11411 RED RUN BLVD<br>OWINGS MILLS MD 21117-3255 |
| AW KUETTEL SONS INC<br>ATTN THOMAS KUETTEL<br>3930 AIRPARK BOULEVARD<br>DULUTH MN 55811-5729 | B RILEY COMPANY LLC<br>11100 SANTA MONICA BLVD<br>SUITE 800<br>LOS ANGELES CA 90025-3979 | B RILEY FBR INC<br>11100 SANTA MONICA BOULEVARD SUITE 800<br>ATTN- ALAN FORMAN ESQ<br>LOS ANGELES CA 90025-3979 |
| BAKER FIRE<br>P O BOX 766<br>BUHL MN 55713-0766 | BARBARA CUNDIFF COLVILLE<br>507 MORNING STAR LANE<br>NEWPORT BEACH CA 92660-5714 | BLUECROSS BLUESHIELD<br>P O BOX 860448<br>MINNEAPOLIS MN 55486-0048 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BNSF RAILWAY COMPANY                BNSF RAILWAY COMPANY                BNSF RAILWAY COMPANY
2650 LOU MENK DRIVE                 GROUP VICE INDUSTRIAL PRODUCTS      JONES LANG LASALLE BROKERAGE
MARKETING OFFICE BUILDING           2650 LOU MENK DRIVE                 4300 AMON CARTER BLVD STE 100
FORT WORTH TX 76131-2830            FORT WORTH TX 76131-2830            FORT WORTH TX 76155-2685


BNSF RAILWAY COMPANY                BNSF RAILWAY COMPANY                BNSF RAILWAY COMPANY
JONES LANG LASALLE GLOBAL SVCS      P O BOX 676160                      P O BOX 961069
3017 LOU MENK DRIVE STE 100         DALLAS TX 75267-6160                FORT WORTH TX 76161-0069
FORT WORTH TX 76131-2801


BNSF RAILWAY COMPANY                BOUNDARY HUNTING CAMP               BOUNDARY HUNTING CAMP
2500 LOU MENK DRIVE                 ATTN MICHAEL ANTONOVICH             ATTN MICHAEL ANTONOVICH
AOB-3                               209 HARTLEY                         P O BOX 224
FORT WORTH TX 76131-2828            COLERAINE MN 55722                  COLERAINE MN 55722-0224


BROCK WHITE COMPANY LLC             BENJAMIN J COURT                    CAROLINE C HERRICK
ATTN JONATHAN LLOYD                 STINSON LLP                         411 MULBERRY POINT ROAD
2575 KASOTA AVENUE                  50 S 6TH STREET SUITE 2600          GUILFORD CT 06437-3204
ST PAUL MN 55108-1590               MINNEAPOLIS MN 55402-2241


CATERPILLAR FINANCIAL SERVICES      CATERPILLAR FINANCIAL SERVICES      CATERPILLAR FINANCIAL SVCS COR
ATTN SPEC ACCTS MANAGER             P O BOX 730669                      P O BOX 30669
2120 WEST END AVENUE                DALLAS TX 75373-0669                DALLAS TX 75373-0669
NASHVILLE TN 37203-5341


CENTRAL RENT A CRANE INC            CENTURY LINK                        CENTURYLINK COMMUNICATIONS
ATTN DEREK BAUMGARTNER              P O BOX 2961                        1025 EL DORADO BLVD
4700 ACORN DRIVE                    PHOENIX AZ 85062-2961               ATTN LEGAL BKY
INDEPENDENCE OH 44131-6942                                              BROOMFIELD CO 80021-8254


CFSC                                CHESTER COMPANY LIMITED             CSX TRANSPORTATION INC
ATTN SPECIAL ACCTS MGR  NABC        3920 13TH AVENUE E STE 7            500 WATER STREET
2120 WEST END AVENUE                HIBBING MN 55746-3675               JACKSONVILLE FL 32202-4445
NASHVILLE TN 37203-5251


CSX TRANSPORTATION INC              CT LIEN SOLUTIONS                   CT LIEN SOLUTIONS
ATTN RUSS EPTING                    4520 MAIN STREET STE 1100           P O BOX 301133
500 WATER STREET J842               KANSAS CITY MO 64111-7700           DALLAS TX 75303-1133
JACKSONVILLE FL 32202-4445


CATERPILLAR FINANCIAL SERVICES      CENTURYLINK COMMUNICATIONS LLC FKA  DAN ANDREWS
CORPORATION                         QWEST COM                           P O BOX 12
MONICA CLARK ESQ DORSEY  WHITNE     ATTN LEGALBKY                       MARBLE MN 55764-0012
50 SOUTH SIXTH STREET SUITE 1500    1028 EL DORADO BLVD
MINNEAPOLIS MN 55402-1498           BROOOMFIELD CO 80021
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DAVD L LEWIS                        DENTONS US LLP                      DIAMOND LAKE ROAD ASSOCIATION
309 WEST 43RD STREET STE 105        1221 AVENUE OF THE AMERICAS         P O BOX 351
SIOUX FALLS SD 57105-6805           NEW YORK NY 10020-1000              BOVEY MN 55709-0351


DR MICHAEL L TUCK                   INTERNATIONAL                       INTERNATIONAL
5416 LAMONA AVENUE                  7018 3090 0001 1021 9585
SHERMAN OAKS CA 91411-3603                                              DSA INVESTMENTS INC
                                    DSA INVESTMENTS INC                 ATTN N DHARAMVEER
                                    ATTN JOHN ORAM                      LEVEL 28G SILVER TOWER
                                    LEVEL 28G SILVER TOWER              CLUSTER I JUMEIRAH LAKE TOWERS
                                    CLUSTER I JUMEIRAH LAKE TOWERS      P O BOX 393324
                                    P O BOX 393324                      DUBAI UNITED ARAB EMIRATES
                                    DUBAI UNITED ARAB EMIRATES

DON HOSTETLER                       DONNA L CULVER                      ENCECO MEMBER
711 EAST 65TH STREET SUITE 208      1201 NORTH MARKET ST                ATTN CHARLES A EBETINO JR
INDIANAPOLIS IN 46220-1609          16TH FLOOR                          3694 SEAFORD DRIVE
                                    WILMINGTON DE 19801-1147            COLUMBUS OH 43220-4842


ENCORE ENERGY                       ENERVANTAGE                         ERP COMPLAINT COKE LLC
12120 PORT GRACE BLVD STE 200       12120 PORT GRACE BLVD STE 200       15 APPLEDORE LANE
OMAHA NE 68128-8235                 LA VISTA NE 68128-8235              P O BOX 87
                                                                        NATURAL BRIDGE VA 24578-0087


FAEGRE BAKER DANIELS LLP            FASTENAL COMPANY                    FERGUSON ENTERPRISES INC
ATTN DENNIS RYAN                    ATTN JOHN MILEK                     ATTN HOLLY WELCH
90 S SEVENTH STREET STE 2200        2001 THEURER BLVD                   1057 EAST 54TH STREET
MINNEAPOLIS MN 55402-3901           WINONA MN 55987-9902                INDIANAPOLIS IN 46220-3489


FERGUSON ENTERPRISES INC            FIRST AMERICAN TITLE INSURANCE CO   FERGUSON ENTERPRISES INC
ATTN HOLLY WELCH                    1201 WALNUT STREET STE 700          WAGNER FALCONER  JUDD LTD
2350 W COUNTY RD C STE 150          KANSAS CITY MO 64106-2175           100 S 5TH ST STE 800
ROSEVILLE MN 55113-2543                                                 MPLS MN 55402-5357


GENERAL SECURITY SERVICES CORP      GENERAL WASTE DISPOSAL AND          GENERAL WASTE DISPOSAL AND
P O BOX 823424                      RECOVERY SERVICES                   RECOVERY SERVICES INC
PHILADELPHIA PA 19182-3424          P O BOX 312                         1 SW 7TH STREET
                                    CHISHOLM MN 55719-0312              CHISHOLM MN 55719-1215


GLACIER PARK COMPANY                GREAT NORTHERN IRON ORE PROPERTIES  GENERAL SECURITY SERVICES CORPORATION
CO CONOCO PHILLIPS COMPANY          801 EAST HOWARD STREET              9110 MEADOWVIEW ROAD
600 NORTH DAIRY ASHFORD             P O BOX 429                         BLOOMINGTON MN 55425-2458
HOUSTON TX 77079-1100               HIBBING MN 55746-0429


HAMMERLUND CONSTRUCTION             HAMMERLUND CONSTRUCTION INC         HAMMERLUNDS CHAMPION STEEL INC
ATTN JOHN A STENE                   FABYANSKE WESTRA ET AL              NKA CHAMPION STEEL MN INC
40 COUNTY ROAD 63                   333 SOUTH SEVENTH STREET STE 2600   DBA CHAMPION STEEL
GRAND RAPIDS MN 55744-9631          MINNEAPOLIS MN 55402-2437           FABYANSKE WESTRA ET AL
                                                                        333 SOUTH SEVENTH STREET STE 2600
                                                                        MINNEAPOLIS MN 55402-2437
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
HAMMERLUNDS CHAMPION STEEL INC          HAWKINSON CONSTRUCTION CO INC           HT SURFACE AND MINERALS LLC
DBA CHAMPION STEEL                      501 WEST COUNTY ROAD 63                 801 EAST HOWARD STREET
40 COUNTY ROAD 63                       GRAND RAPIDS MN 55744-4731              P O BOX 429
GRAND RAPIDS MN 55744-9631                                                      HIBBING MN 55746-0429


HUNT ELECTRIC CORPORATION               INDIANA DEPT OF REVENUE                 IRONMAN CONCRETE PUMPING INC
ATTN BRAD BOOS                          P O BOX 7224                            ATTN NORM VOIGT
4330 W FIRST STREET STE B               INDIANAPOLIS IN 46207-7224              37334 STATE HIGHWAY 65
DULUTH MN 55807-2239                                                            NASHWAUK MN 55769-4074


ITASCA COUNTY ATTORNEY                  ITASCA COUNTY AUDITOR                   ITASCA COUNTY LAND DEPARTMENT
ATTN JACK MUHAR                         123 NE 4TH STREET                       1177 LAPRAIRIE AVENUE
123 4TH STREET NE                       GRAND RAPIDS MN 55744-2681              GRAND RAPIDS MN 55744-3322
GRAND RAPIDS MN 55744-2681


ITASCA COUNTY REGIONAL                  ITASCA COUNTY TRANSPORTATION            INTERNAL REVENUE SERVICE
RAILROD AUTHORITY                       123 4TH STREET NE                       PO BOX 7346
123 NE FOURTH STREET                    GRAND RAPIDS MN 55744-2681              PHILADELPHIA PA 19101-7346
GRAND RAPIDS MN 55744-2659


JAMAR COMPANYTHE                        JAMES T LEWIS                           JEFFERIES LLC
ATTN CRAIG FELLMAN                      309 WEST 43RD STREET STE 105            520 MADISON AVENUE  SIXTH FLOOR
4701 MIKE COLALILLO DRIVE               SIOUX FALLS SD 57105-6805               NEW YORK NY 10022-4344
DULUTH MN 55807-2762


JK MECHANICAL CONTRACTORS INC           JOHN C HAMMEREL JR                      JOHN G DEVANEY
ATTN JOE KLAMM                          10200 E CELTIC DRIVE                    10 POND VIEW DRIVE
240 5TH STREET                          SCOTTSDALE AZ 85260-7253                NANTUCKET MA 02554-4403
NASHWAUK MN 55769-1160


JOHN J MORGAN COMPANY                   JOHN PARKER TRAUERNICHT                 JENNIFER E BELL
ATTN THOMAS G MORGAN                    60 BAYVILLE ROAD                        192 SUMMERFIELD COURT SUITE 203
1413 THOMPSON AVENUE STE 1              LOCUST VALLEY NY 11560-2028             ROANOKE VA 24019-4581
SOUTH ST PAUL MN 55075-1472


JOHN J MORGAN COMPANY                                                           INTERNATIONAL
CO KURT M ANDERSON                      K BUILDING COMPONENTS INC               KATHERINE GAY BENOUN
PO BOX 15667                            ATTN RIAN BURKES                        8 RUE DE LEVIS
MINNEAPOLIS MN 55415-0667               1955 HIGHWAY 37                         75017 PARIS FRANCE
                                        HIBBING MN 55746-3613


KELLY CONSTRUCTION OF INDIANA           KERAMIDA                                KIMBALL H KNUTSON
ATTN DAVID DAUGHERTY                    401 N COLLEGE AVENUE                    2417 33RD AVENUE
3310 CONCORD ROAD                       INDIANAPOLIS IN 46202-3605              MINNEAPOLIS MN 55406-1463
LAFAYETTE IN 47909-5128
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KELLY CONSTRUCTION OF INDIANA INC      FIRST MERCHANTS BANK NA              LEJEUNE STEEL COMPANY
DAVID DAUGHERTY                        PO BOX 792                           ATTN JIM TORBORG
3310 CONCORD ROAD                      MUNCIE IN 47308-0792                 118 W 60TH STREET
LAFAYETTE IN 47909-5128                                                     MINNEAPOLIS MN 55419-2319


LIGHTHOUSE MANAGEMENT GROUP            LIQUIDITY SOLUTIONS INC              LARA NATURAL RESOURCES LLC
ATTN JAMES CULLEN                      ATTN JEFF CARESS                     192 SUMMERFIELD COURT SUITE 203
900 LONG LAKE ROAD STE 180             ONE UNIVERSITY PLAZA STE 312         ROANOKE VA 24019-4581
NEW BRIGHTON MN 55112-6455             HACKENSACK NJ 07601-6205


LIGHTHOUSE MANAGEMENT GROUP INC        LIQUIDITY SOLUTIONS INC              MAG GLOBAL
ATTN JIM BARTHOLOMEW                   ONE UNIVERSITY PLAZA SUITE 312       ATTN MICHAEL J TALARICO
900 LONG LAKE ROAD SUITE 180           HACKENSACK NJ 07601-6205             102 NE 3RD STREET STE 120
NEW BRIGHTON MN 55112-6455                                                  GRAND RAPIDS MN 55744-2868


MAG INC                                MAGNETATION INC                      MAGNETATION LLC
ATTN MICHAEL J TALARICO                102 THIRD STREET NE STE 120          ATTN MICHAEL J TALARICO
102 NE 3RD STREET STE 120              GRAND RAPIDS MN 55744-2868           102 NE 3RD STREET STE 120
GRAND RAPIDS MN 55744-2868                                                  GRAND RAPIDS MN 55744-2868


MARK P ROGERS                          MECHANICS MINERS LIEN CLAIMS         MEDIACOM BUSINESS
TRUSTEE MARK P ROGERS REV TRUS         LIGHTHOUSE MANAGEMENT GROUP          ONE MEDIACOM WAY
2410 MERRIMAC LANE                     900 LONG LAKE ROAD STE 180           MEDIACOM NY 10918-4810
PLYMOUTH MN 55447-2118                 NEW BRIGHTON MN 55112-6455


METLIFE                                METRO SALES INC                      MIDWEST CONSTRUCTORS LLC
PO BOX 804466                          1620 EAST 78TH STREET                ATTN LYNN L WALL
KANSAS CITY MO 64180-4466              MINNEAPOLIS MN 55423-4637            600 KENTUCKY AVENUE STE 100
                                                                            INDIANAPOLIS IN 46225-1275


MINN DEPT OF NATURAL RESOURCES         MINNEAPOLIS OXYGEN CO                MINNESOTA DEPARTMENT OF
500 LAFAYETTE ROAD                     3842 WASHINGTON AVENUE N             NATURAL RESOURCES
BOX 10                                 MINNEAPOLIS MN 55412-2168            1201 EAST HIGHWAY 2
ST PAUL MN 55155-4002                                                       GRAND RAPIDS MN 55744-3296


MINNESOTA DEPT NATURAL RESOURCES       MINNESOTA DEPT OF HEALTH             MINNESOTA DEPT OF LABOR  INDUSTRY
ATTN JESS RICHARDS                     RADIOACTIVE MATERIALS UNIT           443 LAFAYETTE ROAD
500 LAFAYETTE ROAD                     P O BOX 64497                        ST PAUL MN 55155-4301
ST PAUL MN 55155-4002                  ST PAUL MN 55164-0497


MINNESOTA DEPT OF NATURAL RESOURCES    MINNESOTA DEPT OF REVENUE            MINNESOTA INDUSTRIES INC
500 LAFAYETTE ROAD                     600 NORTH ROBERT STREET              ATTN PAUL JANSSEN
BOX 10                                 ST PAUL MN 55101                     610 INDUSTRIAL AVENUE
ST PAUL MN 55155-4002                                                       CHISHOLM MN 55719
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MINNESOTA POLLUTION<br>CONTROL AGENCY<br>520 LAFAYETTE ROAD<br>ST PAUL MN 55155-4102 | MINNESOTA POWER<br>CO RANGE CREDIT BUREAU INC<br>PO BOX 706<br>HIBBING MN 55746-0706 | MINNESOTA POWER<br>P O BOX 1001<br>DULUTH MN 55806-1001 |
| MODSPACE<br>12603 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0126 | MOOSES HUNTING CAMP<br>ATTN DAVID VIDMAR<br>36477 FREESTONE ROAD<br>GRAND RAPIDS MN 55744-5422 | MERIDA NATURAL RESOURCES LLC<br>ATTN TOM CLARKE<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 |
| MERIDA NATURAL RESOURCES LLC<br>CO DENTONS US LLP<br>1221 AVENUE OF THE AMERICAS<br>ATTN- OSCAR N PINKAS<br>NEW YORK NY 10020-1000 | MESABI METALLICS COMPANY LLC<br>CO SIDLEY AUSTIN LLP<br>ATTN- MICHAEL G BURKE<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6088 | MIDWEST CONSTRUCTORS LLC<br>HOSTETLER LAW<br>711 EAST 65TH STREET SUITE 208<br>INDIANAPOLIS IN 46220<br>INDIANAPOLIS IN 46220-1609 |
| NIPSCO<br>P O BOX 13007<br>MERRILLVILLE IN 46411-3007 | NORAMCO ENGINEERING CORPORATION<br>ATTN JAMES ZIMMER<br>2729 13TH AVENUE EAST<br>HIBBING MN 55746-2314 | NORAMCO ENGINEERING CORPORATION<br>P O BOX 1091<br>DULUTH MN 55810-0091 |
| NORTHERN INDIANA PUBLIC<br>SERVICE COMPANY   ATTN D COTA<br>801 E 86TH AVENUE<br>MERRILLVILLE IN 46410-6271 | NORTHERN INDUSTRIAL ERECTORS<br>ATTN DEREK BOSTYANCIC<br>P O BOX 308<br>GRAND RAPIDS MN 55744-0308 | NORTHERN INDUSTRIAL ERECTORS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 |
| NORTHERN PLAINS RAIL SERVICE<br>100 RAILROAD AVENUE<br>P O BOX 38<br>FORDVILLE ND 58231-0038 | NTS<br>526 CHESTNUT STREET<br>VIRGINIA MN 55792-2532 | NUBAI MEMBER<br>ATTN JOHN ORAM<br>P O BOX 2416 ROAD TOWN<br>TORTOLA VI 11100 |
| OHIO DEPT OF REVENUE<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS OH 43229-5404 | OLD NATIONAL TRUST COMPANY<br>1 MAIN STREET   3RD FL<br>EVANSVILLE IN 47708-1464 | ONE SOURCE EQUIPMENT RENTALS<br>ATTN JACK BAXTER<br>2835 CONCORD ROAD<br>LAFAYETTE IN 47909-3306 |
| PARSON ELECTRIC LLC<br>ATTN MICHAEL NORTHQUEST<br>5960 MAIN STREET NE<br>MINNEAPOLIS MN 55432-5480 | POCAHONTAS MEMBER<br>ATTN THOMAS M CLARKE<br>192 SUMMERFIELD COURT STE 203<br>ROANOKE VA 24019-4581 | PRECISION TESTING INC<br>ATTN CONNIE PEARSON<br>5559 ENTERPRISE DRIVE NE<br>VIRGINIA MN 55792-3614 |
| PROGRESS RAIL<br>25083 NETWORK PLACE<br>CHICAGO IL 60673-1250 | PROGRESS RAIL<br>ATTN JONATHAN NEWMAN<br>1600 PROGRESS DRIVE<br>ALBERTVILLE AL 35950-8545 | PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| POCAHONTAS NATURAL RESOURCES LLC<br>CO DENTONS US LLP<br>1221 AVENUE OF THE AMERICAS<br>ATTN- OSCAR N PINKAS<br>NEW YORK NY 10020-1000 | PROGRESS RAIL LEASING CORPORATION<br>1600 PROGRESS DRIVE<br>ALBERTVILLE AL 35950-8545 | RANDALL LEE VANNET TRUST<br>28938 ARBO ROAD<br>GRAND RAPIDS MN 55744-6350 |
| RANGE ELECTRIC INC<br>ATTN ANNA MAHAN<br>1102 NORTH THIRD STREET<br>SUPERIOR WI 54880-1230 | RANGE ELECTRIC INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 | RAPIDS PROCESS EQUIPMENT INC<br>ATTN BRENT ROERING<br>26489 INDUSTRIAL BLVD<br>COHASSET MN 55721-8696 |
| RAW MATERIALS IRONMAKING<br>1992 EASTHILL DRIVE<br>BETHLEHEM PA 18017-2709 | RGGS LAND MINERALS LTD LP<br>P O BOX 1266<br>209 E 8TH STREET S<br>VIRGINIA MN 55792-1266 | RGGS LAND MINERALS LTD LP<br>P O BOX 4667<br>HOUSTON TX 77210-4667 |
| RONS KORNER PROPERTIES<br>7896 US HIGHWAY 169<br>BOVEY MN 55709-7905 | RUDD EQUIPMENT COMPANY<br>DEPT 77432<br>P O BOX 77000<br>DETROIT MI 48277-2000 | ROBB J BIGELOW<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 |
| SCHECK INDUSTRIAL CORPORATION<br>ATTN KAREN P LAYNG<br>800 E PLAINFIELD ROAD<br>COUNTRYSIDE IL 60525 | SCHWARTZ REDI MIX INC<br>34882 SCENIC HWY<br>BOVEY MN 55709-6032 | SHAMBAUGH SON LP<br>ATTN BILL MEYER<br>7614 OPPORTUNITY DRIVE<br>FORT WAYNE IN 46825-3363 |
| SOLID PLATFORMS INC<br>ATTN JASON R LAMMERTIN<br>6610 MELTON ROAD<br>PORTAGE IN 46368-1236 | ST LOUIS COUNTY AUDITOR TREAS<br>100 N 5TH AVENUE W<br>DULUTH MN 55802-1287 | STATE OF MINNESOTA<br>500 LAFAYETTE ROAD<br>BOX 10<br>ST PAUL MN 55155-4002 |
| STEPHEN E LEWIS<br>2660 MAPLE AVENUE<br>NORTHBROOK IL 60062-5267 | STEPHEN E LEWIS<br>305 LOCKHART CT<br>FRANKLIN TN 37069-6568 | STEVE ELLISON<br>19853 COUNTY ROAD 10<br>WARBA MN 55793-1663 |
| SUTTLE STALNAKER<br>1411 VIRGINIA STREET E STE 100<br>CHARLESTON WV 25301-3016 | SWEARINGEN CONSULTING LLC<br>6424 WOODLAND COURT<br>AURORA MN 55705-8700 | SYSTEMS ASSOCIATES INC<br>1932 INDUSTRIAL DRIVE<br>LIBERTYVILLE IL 60048-9716 |
| SOLID PLATFORMS INC<br>JASON R LAMMERTIN<br>6610 MELTON ROAD<br>PORTAGE IN 46368-1236 | SOMPO INTERNATIONAL INSURANCE<br>CO LEE WOODARD ESQ<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON STREET SUITE 200<br>SYRACUSE NY 13202-5202 | STATE OF MINNESOTA DEPT OF NATURAL RESOURC<br>500 LAFAYETTE ROAD<br>BOX 45<br>ST PAUL MN 55155-4002 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
STEVEN JONES                          STEVEN MARK JONES                    TENOVA CORE
1602 FOREST HILLS AVE                 1602 FOREST HILLS AVENUE             75 REMITTANCE DRIVE DEPT 3168
GRAND RAPIDS MN 55744-4189            GRAND                                CHICAGO IL 60675-3168
                                      RAPIDS MN 55744-4189


THOMAS M CLARKE                       TOLTZ KING DUVALL ANDERSON           TRANE US INC
15 APPLEDORE LANE                     ASSOC INC DBA TKDA                   ATTN ROBERT ROERS
P O BOX 87                            444 CEDAR STREET STE 1500            3600 PAMMEL CREEK ROAD
NATURAL BRIDGE VA 24578-0087          ST PAUL MN 55101-2110                LA CROSSE WI 54601-7511


TROUMBLY BROTHERS PARTNERSHIP         TWIN CITY FAN COMPANIES LTD          THOMAS M CLARKE
P O BOX 405                           ATTN CHRISTINE ARRELL                192 SUMMERFIELD COURT SUITE 203
TACONITE MN 55786-0405                5959 TRENTON LANE N                  ROANOKE VA 24019-4581
                                      PLYMOUTH MN 55442-3238


TOLTZ KING DUVALL ANDERSON AND        TRANE US INC                         US BANK
ASSOCIATES                            CO WAGNER FALCONER  JUDD LTD         PO BOX 5229
ATTN THOMAS S STONEBURNER PE          100 SOUTH 5TH STREET                 CINCINNATI OH 45201-5229
444 CEDAR STREET SUITE 1500           SUITE 800
ST PAUL MN 55101-2140                 MINNEAPOLIS MN 55402-1203


U S NUCLEAR REGULATORY COMMISSION     EXCLUDE                              ULLAND BROTHERS INC
11545 ROCKVILLE PIKE                  US TRUSTEE                           ATTN LANCE STRANDBERG
ROCKVILLE MD 20852-2746               300 SOUTH FOURTH                     1634 HWY 210
                                      SUITE 1015                           CARLTON MN 55718-8176
                                      MINNEAPOLIS MN 55415-3070


UNITED RENTALS NORTH AMERICA          UNITED STATES STEEL CORP             UNITED STATES STEEL CORPORATION
ATTN TARA MILLER                      OLD HIGHWAY 169                      332 MINNESOTA STREET
6125 LAKEVIEW ROAD STE 300            P O BOX 417                          ST PAUL MN 55101-1314
CHARLOTTE NC 28269-2616               MT IRON MN 55768-0417


EXCLUDE                               VIKING ELECTRIC SUPPLY INC           VIKING ELECTRIC SUPPLY INC
US TRUSTEE                            ATTN MIKE WIERZCHOWSKI               HELEY DUNCAN  MELANDER PLLP
1015 US COURTHOUSE                    451 INDUSTRIAL BOULEVARD NE          ATTN- MICHAEL P COATY ESQ
300 S 4TH ST                          MINNEAPOLIS MN 55413-2938            8500 NORMANDALE LAKE BLVD SUITE 2110
MINNEAPOLIS MN 55415-3070                                                  MINNEAPOLIS MN 55437-3813


WARD B LEWIS JR REV TRUST             WASTE MANAGEMENT OF INDIANA          WASTE MANAGEMENT OF WI MN
CO ERICA LEWIS                        P O BOX 4648                         P O BOX 4648
490 S MILLEDGE AVENUE                 CAROL STREAM IL 60197-4648           CAROL STREAM IL 60197-4648
ATHENS GA 30605-1050


WEIR MINERALS NETHERLANDS             WELDSTAR                             WESCO DISTRIBUTION INC
CO BERENS  MILLER                     P O BOX 1150                         ATTN STEVEN KATZ
80 SOUTH 8TH STREET STE 3720          AURORA IL 60507-1150                 5554 ENTERPRISE DRIVE NE
MINNEAPOLIS MN 55402-2219                                                  VIRGINIA MN 55792-3692
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

WESCO DISTRIBUTION INC
WAGNER FALCONER JUDD LTD
100 S 5TH ST STE 800
MPLS MN 55402-5357

WHITE COUNTY INDIANA
ATTN AUDITOR
2013 WEST 25 SOUTH
MONTICELLO IN 47960

WHITE COUNTY TREASURER
P O BOX 388
MONTICELLO IN 47960-0388

WILLIAM CLAYTON TRAUERNICHT
60 BAYVILLE ROAD
LOCUST VALLEY NY 11560-2028

WILLIAMS SCOTSMAN INC
P O BOX 91975
CHICAGO IL 60693-1975

WILMINGTON SAVINGS FUND
SOCIETY FSB
500 DELAWARE AVENUE
WILMINGTON DE 19801-7405

WILMINGTON SAVINGS FUND SOCIETY
ATTN GEOFFREY J LEWIS
500 DELAWARE AVENUE
WILMINGTON DE 19801-7405

WINTHROP WEINSTINE PA
225 S SIXTH STREET STE 3500
MINNEAPOLIS MN 55402-4629

WAGNER FALCONER JUDD LTD
100 SOUTH FIFTH STREET SUITE 800
MINNEAPOLIS MN 55402-5357

WEIR MINERALS NETHERLANDS BV
DONNA L CULVER
1201 NORTH MARKET STREET
16TH FLOOR
WILMINGTON DE 19801-1147

WHITE COUNTY INDIANA
JONATHAN SUNDHEIMER BARNES THORN
11 SOUTH MERIDIAN STREET
INDIANAPOLIS IN 46204-3506

WILMINGTON SAVINGS FUND SOCIETY FSB
500 DELAWARE AVENUE
ATTN- PATRICK HEALY
WILMINGTON DE 19801-7405

XTREME CONTRACTORS CO LLC
ATTN TARA WILSON
348 E US HIGHWAY 24
REYNOLDS IN 47980-8000

ZEIGLER INC
SDS 120436
PO BOX 86
MINNEAPOLIS MN 55486-0436

ANDREA M HAUSER
LEONARD OBRIEN SPENCER GALE S
100 SOUTH FIFTH STREET SUITE 2500
MINNEAPOLIS MN 55402-1234

CO LAMEY LAW FIRM P WEIR MINERALS
NETHERLAN
980 INWOOD AVE N
OAKDALE MN 55128-6625

JOHN MUHAR ITASCA COUNTY
ITASCA COUNTY ATTORNEY
123 4TH STREET NE
GRAND RAPIDS MN 55744-2681

~~EXCLUDE~~
~~NAUNI JO MANTY~~
~~MANTY ASSOCIATES PA~~
~~401 SECOND AVENUE NORTH~~
~~SUITE 400~~
~~MINNEAPOLIS MN 55401-2097~~

~~EXCLUDE~~
~~WILL R TANSEY~~
~~RAVICH MEYER KIRKMAN MCGRATH NAUMAN~~
~~TA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3450~~
~~MINNEAPOLIS MN 55402-5311~~