UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ERP Iron Ore, LLC,

　　　　　　　Debtor.

Chapter 7

BKY 18-50378-WJF

# NOTICE OF SALE

TO:   The United States Trustee, all creditors, and other parties in interest.

On <u>December 27, 2019</u>, or as soon thereafter as the transaction may be completed, the trustee will sell property of the estate as follows:

The trustee intends to sell a 2011 Chevrolet Silverado, VIN 3GCPKSE32BG276377, to Dan Andrews for $10,000.00. The vehicle has approximately 80,000 miles and has been used in mining operations. Further, it has not been driven for three years. Mr. Andrews will be responsible for paying all licensing fees associated with transferring the title.

The trustee believes this sale will net the bankruptcy estate more than if had to pay for the costs of liquidation, and therefore, is in the best interest of the bankruptcy estate. Payment is due 30 days upon approval of this Notice. The trustee requests that the stay pursuant to Bankruptcy Rule 6004(h) be waived and shall not apply to this sale. This asset is sold "as is" without any representations and warranties.

**OBJECTION:     MOTION:    HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| United States Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
|---|---|---|
| 404 U.S. Courthouse | 1015 U.S. Courthouse | 401 2nd Avenue N., Suite 400 |
| 515 West First Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| Duluth, MN 55802 | Minneapolis, MN 55415 | |

Dated: December 4, 2019　　　　　　By ____/e/ Nauni J. Manty_____
　　　　　　　　　　　　　　　　　　　　Nauni J. Manty, Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP IRON ORE, LLC | CASE NO: 18-50378<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 12/4/2019, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/4/2019

/s/ Nauni Manty
Nauni Manty

401 Second Avenue North, Ste 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ERP IRON ORE, LLC | CASE NO: 18-50378<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 12/4/2019, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/4/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty

401 Second Avenue North, Ste 400
Minneapolis, MN 55401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                                AW KUETTEL  SONS INC                   AFCO CREDIT CORPORATION
 LABEL MATRIX FOR LOCAL NOTICING          FABYANSKE WESTRA HART  THOM           1133 AVENUE OF THE AMERICAS 27TH FLOOR
08645                                    333 SOUTH SEVENTH STREET               NEW YORK NY 10036-6710
CASE 18-50378                            SUITE 2600
DISTRICT OF MINNESOTA                    MINNEAPOLIS MN 55402-2437
DULUTH
WED DEC 4 13-30-01 CST 2019


ALLETE INC DBA MINNESOTA POWER           CHAMPION STEEL MINNESOTA INC           CHESTER COMPANY LIMITED
30 WEST SUPERIOR STREET                  FABYANSKE WESTRA HART  THOM            1035 7TH AVENUE EAST
DULUTH MN 55802-2191                     333 SOUTH SEVENTH STREET               HIBBING MN 55746-1405
                                         SUITE 2600
                                         MINNEAPOLIS MN 55402-2437


CLEVELAND CLIFFS INC                     DEBTOR                                 FERGUSON ENTERPRISES INC
200 PUBLIC SQUARE                        ERP IRON ORE LLC                       CO JO RETTKE
SUITE 3300                               7908 US HIGHWAY 169 SUITE B            2350 W CTY RD C STE 150
CLEVELAND OH 44114-2315                  BOVEY MN 55709-7915                    ST PAUL MN 55113-2543


GLACIER PARK IRON ORE PROPERTIES LLC     HAMMERLUND CONSTRUCTION INC            HT SURFACE AND MINERAL LLC
755 E MULBERRY AVE SUITE 600             FABYANSKE WESTRA HART  THOM            740 EAST SUPERIOR STREET
SAN ANTONIO TX 78212-6013                333 SOUTH SEVENTH STREET               DULUTH MN 55802-3702
                                         SUITE 2600
                                         MINNEAPOLIS MN 55402-2437


HUNT ELECTRIC CORPORATION                JEFFERIES LLC                          JOHN J MORGAN COMPANY
CO AARON A DEAN ESQ                      CO BASSFORD REMELE PA                  1413 THOMPSON AVE SUITE 1
MOSS  BARNETT                            100 SOUTH FIFTH STREET SUITE 1500      SOUTH ST PAUL MN 55075-1472
150 SOUTH FIFTH STREET                   MINNEAPOLIS MN 55402-1254
SUITE 1200
MINNEAPOLIS MN 55402-4129


KOMATSU FINANCIAL LIMITED PARTNERSHIP    LAMEY LAW FIRM PA                      LEJEUNE STEEL COMPANY
1701 W GOLF ROAD SUITE 1300              980 INWOOD AVE N                       CO AARON A DEAN ESQ
ROLLING MEADOWS IL 60008-4208            OAKDALE MN 55128-6625                  MOSS  BARNETT
                                                                                150 SOUTH FIFTH STREET
                                                                                SUITE 1200
                                                                                MINNEAPOLIS MN 55402-4129


LIQUIDITY SOLUTIONS INC                  MAGGLOBAL LLC                          MAGNETATION INC
ONE UNIVERISTY PLAZA SUITE 312           CO AMY J SWEDBERG                      CO AMY J SWEDBERG
HACKENSACK NJ 07601-6205                 3300 WELLS FARGO CENTER                MASLON LLP
                                         90 SOUTH 7TH STREET                    3300 WELLS FARGO CENTER
                                         MINNEAPOLIS MN 55402-3903              90 SOUTH 7TH STREET
                                                                                MINNEAPOLIS MN 55402-4104


MANTY  ASSOCIATES PA                     MERIDA NATURAL RESOURCES LLC           MINNESOTA DEPARTMENT OF NATURAL
401 2ND AVE N STE 400                    192 SUMMERFIELD COURT SUITE 203        RESOURCES
MINNEAPOLIS MN 55401-2097                ROANOKE VA 24019-4581                  MAWERDI HAMID ASST ATTORNEY GENERAL
                                                                                BREMER TOWER SUITE 900
                                                                                445 MINNESOTA STREET
                                                                                ST PAUL MN 55101-2190


MINNESOTA DEPARTMENT OF REVENUE          NORAMCO ENGINEERING CORPORATION        NORTHERN INDUSTRIAL ERECTORS INC
600 NORTH ROBERT STREET                  2729 13TH AVENUE EASE                  FABYANSKE WESTRA HART  THOM
ST PAUL MN 55146-1176                    HIBBING MN 55746-2314                  333 SOUTH SEVENTH STREET
                                                                                SUITE 2600
                                                                                MINNEAPOLIS MN 55402-2437
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PARSONS ELECTRIC LLC<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | RANGE ELECTRIC INC<br>FABYANSKE WESTRA HART  THOM<br>333 SOUTH SEVENTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402-2437 | RAVICH MEYER KIRKMAN MCGRATH NAUMAN TANSEY<br>150 SOUTH FIFTH STREET<br>SUITE 3450<br>MINNEAPOLIS MN 55402-4201 |
| THE JAMAR COMPANY<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | TOLTZ KING DUVALL ANDERSON AND ASSOCIATES<br>HELEY DUNCAN  MELANDER PLLP<br>8500 NORMANDALE LAKE BOULEVARD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 | UNITED RENTALS NORTH AMERICA INC<br>CO AARON A DEAN ESQ<br>MOSS  BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 |
| VIKING ELECTRIC SUPPLY INC<br>CO MICHAEL P COATY<br>HELEY DUNCAN  MELANDER PLLP<br>8500 NORMANDALE LAKE BLVD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 | WEIR MINERAL NETHERLANDS<br>CO LAMEY LAW FIRM<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | WESCO DISTRIBUTION INC<br>225 WEST STATION SQUARE DR<br>PITTSBURG PA 15219-1151 |
| ~~EXCLUDE~~<br>~~DULUTH~~<br>~~404 US COURTHOUSE~~<br>~~515 WEST FIRST STREET~~<br>~~DULUTH MN 55802-1302~~ | 1620 EAST 78TH STREET<br>162<br>MINNEAPOLIS MN 55423-4645 | 947 BLOOMFIELD STREET<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE NJ 24019-4581 |
| AW KUETTEL  SONS INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 | ACCU DIG INC<br>ATTN KYLE ROGERS<br>4844 EAST 150 S<br>MONTICELLO IN 47960-2781 | ADVANTAGE TECHNOLOGY<br>950 KANAWHA BLVD E<br>CHARLESTON WV 25301-2842 |
| AFCO<br>P O BOX 371889<br>PITTSBURGH PA 15250-7889 | AFCO CREDIT CORPORATION<br>5600 NORTH RIVER ROAD<br>ROSEMONT IL 60018-5187 | ALLAN B HAMMEREL<br>5708 N VIA LOZANA<br>TUCSON AZ 85750-1136 |
| ALLETE INC DBA MINNESOTA POWER<br>30 WEST SUPERIOR STREET<br>DULUTH MN 55802-2093 | ANA M CLARKE<br>15 APPLEDORE LANE<br>P O BOX 87<br>NATURAL BRIDGE VA 24578-0087 | APPLIED INDUSTRIAL TECHNOLOGY<br>1 APPLIED PLAZA<br>CLEVELAND OH 44115-2519 |
| AUTOMATED DATA PROCESSING<br>11411 RED RUN BLVD<br>OWINGS MILLS MD 21117-3255 | AW KUETTEL  SONS INC<br>ATTN THOMAS KUETTEL<br>3930 AIRPARK BOULEVARD<br>DULUTH MN 55811-5729 | B RILEY  COMPANY LLC<br>11100 SANTA MONICA BLVD<br>SUITE 800<br>LOS ANGELES CA 90025-3979 |
| B RILEY FBR INC<br>11100 SANTA MONICA BOULEVARD SUITE 800<br>LOS ANGELES CA 90025-3979<br>ATTN- ALAN FORMAN ESQ | BAKER FIRE<br>P O BOX 766<br>BUHL MN 55713-0766 | BARBARA CUNDIFF COLVILLE<br>507 MORNING STAR LANE<br>NEWPORT BEACH CA 92660-5714 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BLUECROSS BLUESHIELD<br>P O BOX 860448<br>MINNEAPOLIS MN 55486-0048 | BNSF RAILWAY COMPANY<br>2650 LOU MENK DRIVE<br>MARKETING OFFICE BUILDING<br>FORT WORTH TX 76131-2830 | BNSF RAILWAY COMPANY<br>GROUP VICE INDUSTRIAL PRODUCTS<br>2650 LOU MENK DRIVE<br>FORT WORTH TX 76131-2830 |
| BNSF RAILWAY COMPANY<br>JONES LANG LASALLE BROKERAGE<br>4300 AMON CARTER BLVD STE 100<br>FORT WORTH TX 76155-2685 | BNSF RAILWAY COMPANY<br>JONES LANG LASALLE GLOBAL SVCS<br>3017 LOU MENK DRIVE STE 100<br>FORT WORTH TX 76131-2801 | BNSF RAILWAY COMPANY<br>P O BOX 676160<br>DALLAS TX 75267-6160 |
| BNSF RAILWAY COMPANY<br>P O BOX 961069<br>FORT WORTH TX 76161-0069 | BNSF RAILWAY COMPANY<br>2500 LOU MENK DRIVE<br>AOB-3<br>FORT WORTH TX 76131-2828 | BOUNDARY HUNTING CAMP<br>ATTN MICHAEL ANTONOVICH<br>209 HARTLEY<br>COLERAINE MN 55722 |
| BOUNDARY HUNTING CAMP<br>ATTN MICHAEL ANTONOVICH<br>P O BOX 224<br>COLERAINE MN 55722-0224 | BROCK WHITE COMPANY LLC<br>ATTN JONATHAN LLOYD<br>2575 KASOTA AVENUE<br>ST PAUL MN 55108-1590 | BENJAMIN J COURT<br>STINSON LLP<br>50 S 6TH STREET SUITE 2600<br>MINNEAPOLIS MN 55402-2241 |
| CAROLINE C HERRICK<br>411 MULBERRY POINT ROAD<br>GUILFORD CT 06437-3204 | CATERPILLAR FINANCIAL SERVICES<br>ATTN SPEC ACCTS MANAGER<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | CATERPILLAR FINANCIAL SERVICES<br>P O BOX 730669<br>DALLAS TX 75373-0669 |
| CATERPILLAR FINANCIAL SVCS COR<br>P O BOX 30669<br>DALLAS TX 75373-0669 | CENTRAL RENT A CRANE INC<br>ATTN DEREK BAUMGARTNER<br>4700 ACORN DRIVE<br>INDEPENDENCE OH 44131-6942 | CENTURY LINK<br>P O BOX 2961<br>PHOENIX AZ 85062-2961 |
| CENTURYLINK COMMUNICATIONS<br>1025 EL DORADO BLVD<br>ATTN LEGAL BKY<br>BROOMFIELD CO 80021-8254 | CFSC<br>ATTN SPECIAL ACCTS MGR NABC<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5251 | CHESTER COMPANY LIMITED<br>3920 13TH AVENUE E STE 7<br>HIBBING MN 55746-3675 |
| CSX TRANSPORTATION INC<br>500 WATER STREET<br>JACKSONVILLE FL 32202-4445 | CSX TRANSPORTATION INC<br>ATTN RUSS EPTING<br>500 WATER STREET J842<br>JACKSONVILLE FL 32202-4445 | CT LIEN SOLUTIONS<br>4520 MAIN STREET STE 1100<br>KANSAS CITY MO 64111-7700 |
| CT LIEN SOLUTIONS<br>P O BOX 301133<br>DALLAS TX 75303-1133 | CATERPILLAR FINANCIAL SERVICES CORPORATION<br>MONICA CLARK ESQ DORSEY  WHITNE<br>50 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1498 | CENTURYLINK COMMUNICATIONS LLC FKA QWEST COM<br>ATTN LEGALBKY<br>1028 EL DORADO BLVD<br>BROOOMFIELD CO 80021 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" ALSO DO NOT RECEIVE NOTICE THROUGH THE CM/ECF SYSTEM

```
DAN ANDREWS                         DAVD L LEWIS                        DENTONS US LLP
P O BOX 12                          309 WEST 43RD STREET STE 105        1221 AVENUE OF THE AMERICAS
MARBLE MN 55764-0012                SIOUX FALLS SD 57105-6805           NEW YORK NY 10020-1000




DIAMOND LAKE ROAD ASSOCIATION       DR MICHAEL L TUCK                   INTERNATIONAL
P O BOX 351                         5416 LAMONA AVENUE                  DSA INVESTMENTS INC
BOVEY MN 55709-0351                 SHERMAN OAKS CA 91411-3603          ATTN JOHN ORAM
                                                                        LEVEL 28G SILVER TOWER
                                                                        CLUSTER I JUMEIRAH LAKE TOWERS
                                                                        P O BOX 393324
                                                                        DUBAI UNITED ARAB EMIRATES


INTERNATIONAL                       DON HOSTETLER                       DONNA L CULVER
DSA INVESTMENTS INC                 711 EAST 65TH STREET SUITE 208      1201 NORTH MARKET ST
ATTN N DHARAMVEER                   INDIANAPOLIS IN 46220-1609          16TH FLOOR
LEVEL 28G SILVER TOWER                                                  WILMINGTON DE 19801-1147
CLUSTER I JUMEIRAH LAKE TOWERS
P O BOX 393324
DUBAI UNITED ARAB EMIRATES


ENCECO MEMBER                       ENCORE ENERGY                       ENERVANTAGE
ATTN CHARLES A EBETINO JR           12120 PORT GRACE BLVD STE 200       12120 PORT GRACE BLVD STE 200
3694 SEAFORD DRIVE                  OMAHA NE 68128-8235                 LA VISTA NE 68128-8235
COLUMBUS OH 43220-4842




ERP COMPLAINT COKE LLC              FAEGRE BAKER DANIELS LLP            FASTENAL COMPANY
15 APPLEDORE LANE                   ATTN DENNIS RYAN                    ATTN JOHN MILEK
P O BOX 87                          90 S SEVENTH STREET STE 2200        2001 THEURER BLVD
NATURAL BRIDGE VA 24578-0087        MINNEAPOLIS MN 55402-3901           WINONA MN 55987-9902




FERGUSON ENTERPRISES INC            FERGUSON ENTERPRISES INC            FIRST AMERICAN TITLE INSURANCE CO
ATTN HOLLY WELCH                    ATTN HOLLY WELCH                    1201 WALNUT STREET STE 700
1057 EAST 54TH STREET               2350 W COUNTY RD C STE 150          KANSAS CITY MO 64106-2175
INDIANAPOLIS IN 46220-3489          ROSEVILLE MN 55113-2543




FERGUSON ENTERPRISES INC            GENERAL SECURITY SERVICES CORP      GENERAL WASTE DISPOSAL AND
WAGNER FALCONER  JUDD LTD           P O BOX 823424                      RECOVERY SERVICES
100 S 5TH ST STE 800                PHILADELPHIA PA 19182-3424          P O BOX 312
MPLS MN 55402-5357                                                      CHISHOLM MN 55719-0312




GENERAL WASTE DISPOSAL AND          GLACIER PARK COMPANY                GREAT NORTHERN IRON ORE PROPERTIES
RECOVERY SERVICES INC               CO CONOCO PHILLIPS COMPANY          801 EAST HOWARD STREET
1 SW 7TH STREET                     600 NORTH DAIRY ASHFORD             P O BOX 429
CHISHOLM MN 55719-1215              HOUSTON TX 77079-1100               HIBBING MN 55746-0429




GENERAL SECURITY SERVICES CORPORATION  HAMMERLUND CONSTRUCTION          HAMMERLUND CONSTRUCTION INC
9110 MEADOWVIEW ROAD                ATTN JOHN A STENE                   FABYANSKE WESTRA ET AL
BLOOMINGTON MN 55425-2458           40 COUNTY ROAD 63                   333 SOUTH SEVENTH STREET STE 2600
                                    GRAND RAPIDS MN 55744-9631          MINNEAPOLIS MN 55402-2437
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
HAMMERLUNDS CHAMPION STEEL INC          HAMMERLUNDS CHAMPION STEEL INC          HAWKINSON CONSTRUCTION CO INC
NKA CHAMPION STEEL MN INC               DBA CHAMPION STEEL                      501 WEST COUNTY ROAD 63
DBA CHAMPION STEEL                      40 COUNTY ROAD 63                       GRAND RAPIDS MN 55744-4731
FABYANSKE WESTRA ET AL                  GRAND RAPIDS MN 55744-9631
333 SOUTH SEVENTH STREET STE 2600
MINNEAPOLIS MN 55402-2437


HT SURFACE AND MINERALS LLC             HUNT ELECTRIC CORPORATION               INDIANA DEPT OF REVENUE
801 EAST HOWARD STREET                  ATTN BRAD BOOS                          P O BOX 7224
P O BOX 429                             4330 W FIRST STREET STE B               INDIANAPOLIS IN 46207-7224
HIBBING MN 55746-0429                   DULUTH MN 55807-2239


IRONMAN CONCRETE PUMPING INC            ITASCA COUNTY ATTORNEY                  ITASCA COUNTY AUDITOR
ATTN NORM VOIGT                         ATTN JACK MUHAR                         123 NE 4TH STREET
37334 STATE HIGHWAY 65                  123 4TH STREET NE                       GRAND RAPIDS MN 55744-2681
NASHWAUK MN 55769-4074                  GRAND RAPIDS MN 55744-2681


ITASCA COUNTY LAND DEPARTMENT           ITASCA COUNTY REGIONAL                  ITASCA COUNTY TRANSPORTATION
1177 LAPRAIRIE AVENUE                   RAILROD AUTHORITY                       123 4TH STREET NE
GRAND RAPIDS MN 55744-3322              123 NE FOURTH STREET                    GRAND RAPIDS MN 55744-2681
                                        GRAND RAPIDS MN 55744-2659


INTERNAL REVENUE SERVICE                JAMAR COMPANYTHE                        JAMES T LEWIS
PO BOX 7346                             ATTN CRAIG FELLMAN                      309 WEST 43RD STREET STE 105
PHILADELPHIA PA 19101-7346              4701 MIKE COLALILLO DRIVE               SIOUX FALLS SD 57105-6805
                                        DULUTH MN 55807-2762


JEFFERIES LLC                           JK MECHANICAL CONTRACTORS INC           JOHN C HAMMEREL JR
520 MADISON AVENUE   SIXTH FLOOR        ATTN JOE KLAMM                          10200 E CELTIC DRIVE
NEW YORK NY 10022-4344                  240 5TH STREET                          SCOTTSDALE AZ 85260-7253
                                        NASHWAUK MN 55769-1160


JOHN G DEVANEY                          JOHN J MORGAN COMPANY                   JOHN PARKER TRAUERNICHT
10 POND VIEW DRIVE                      ATTN THOMAS G MORGAN                    60 BAYVILLE ROAD
NANTUCKET MA 02554-4403                 1413 THOMPSON AVENUE STE 1              LOCUST VALLEY NY 11560-2028
                                        SOUTH ST PAUL MN 55075-1472


JENNIFER E BELL                         JOHN J MORGAN COMPANY                   K BUILDING COMPONENTS INC
192 SUMMERFIELD COURT SUITE 203         CO KURT M ANDERSON                      ATTN RIAN BURKES
ROANOKE VA 24019-4581                   PO BOX 15667                            1955 HIGHWAY 37
                                        MINNEAPOLIS MN 55415-0667               HIBBING MN 55746-3613


INTERNATIONAL                           KELLY CONSTRUCTION OF INDIANA           KERAMIDA
KATHERINE GAY BENOUN                    ATTN DAVID DAUGHERTY                    401 N COLLEGE AVENUE
8 RUE DE LEVIS                          3310 CONCORD ROAD                       INDIANAPOLIS IN 46202-3605
75017 PARIS FRANCE                      LAFAYETTE IN 47909-5128
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KIMBALL H KNUTSON<br>2417 33RD AVENUE<br>MINNEAPOLIS MN 55406-1463 | KELLY CONSTRUCTION OF INDIANA INC<br>DAVID DAUGHERTY<br>3310 CONCORD ROAD<br>LAFAYETTE IN 47909-5128 | FIRST MERCHANTS BANK NA<br>PO BOX 792<br>MUNCIE IN 47308-0792 |
| LEJEUNE STEEL COMPANY<br>ATTN JIM TORBORG<br>118 W 60TH STREET<br>MINNEAPOLIS MN 55419-2319 | LIGHTHOUSE MANAGEMENT GROUP<br>ATTN JAMES CULLEN<br>900 LONG LAKE ROAD STE 180<br>NEW BRIGHTON MN 55112-6455 | LIQUIDITY SOLUTIONS INC<br>ATTN JEFF CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601-6205 |
| LARA NATURAL RESOURCES LLC<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 | LIGHTHOUSE MANAGEMENT GROUP INC<br>ATTN JIM BARTHOLOMEW<br>900 LONG LAKE ROAD SUITE 180<br>NEW BRIGHTON MN 55112-6455 | LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601-6205 |
| MAG GLOBAL<br>ATTN MICHAEL J TALARICO<br>102 NE 3RD STREET STE 120<br>GRAND RAPIDS MN 55744-2868 | MAG INC<br>ATTN MICHAEL J TALARICO<br>102 NE 3RD STREET STE 120<br>GRAND RAPIDS MN 55744-2868 | MAGNETATION INC<br>102 THIRD STREET NE STE 120<br>GRAND RAPIDS MN 55744-2868 |
| MAGNETATION LLC<br>ATTN MICHAEL J TALARICO<br>102 NE 3RD STREET STE 120<br>GRAND RAPIDS MN 55744-2868 | MARK P ROGERS<br>TRUSTEE MARK P ROGERS REV TRUS<br>2410 MERRIMAC LANE<br>PLYMOUTH MN 55447-2118 | MECHANICS MINERS LIEN CLAIMS<br>LIGHTHOUSE MANAGEMENT GROUP<br>900 LONG LAKE ROAD STE 180<br>NEW BRIGHTON MN 55112-6455 |
| MEDIACOM BUSINESS<br>ONE MEDIACOM WAY<br>MEDIACOM NY 10918-4810 | METLIFE<br>PO BOX 804466<br>KANSAS CITY MO 64180-4466 | METRO SALES INC<br>1620 EAST 78TH STREET<br>MINNEAPOLIS MN 55423-4637 |
| MIDWEST CONSTRUCTORS LLC<br>ATTN LYNN L WALL<br>600 KENTUCKY AVENUE STE 100<br>INDIANAPOLIS IN 46225-1275 | MINN DEPT OF NATURAL RESOURCES<br>500 LAFAYETTE ROAD<br>BOX 10<br>ST PAUL MN 55155-4002 | MINNEAPOLIS OXYGEN CO<br>3842 WASHINGTON AVENUE N<br>MINNEAPOLIS MN 55412-2168 |
| MINNESOTA DEPARTMENT OF<br>NATURAL RESOURCES<br>1201 EAST HIGHWAY 2<br>GRAND RAPIDS MN 55744-3296 | MINNESOTA DEPT NATURAL RESOURCES<br>ATTN JESS RICHARDS<br>500 LAFAYETTE ROAD<br>ST PAUL MN 55155-4002 | MINNESOTA DEPT OF HEALTH<br>RADIOACTIVE MATERIALS UNIT<br>P O BOX 64497<br>ST PAUL MN 55164-0497 |
| MINNESOTA DEPT OF LABOR  INDUSTRY<br>443 LAFAYETTE ROAD<br>ST PAUL MN 55155-4301 | MINNESOTA DEPT OF NATURAL RESOURCES<br>500 LAFAYETTE ROAD<br>BOX 10<br>ST PAUL MN 55155-4002 | MINNESOTA DEPT OF REVENUE<br>600 NORTH ROBERT STREET<br>ST PAUL MN 55101 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MINNESOTA INDUSTRIES INC
ATTN PAUL JANSSEN
610 INDUSTRIAL AVENUE
CHISHOLM MN 55719

MINNESOTA POLLUTION
CONTROL AGENCY
520 LAFAYETTE ROAD
ST PAUL MN 55155-4102

MINNESOTA POWER
CO RANGE CREDIT BUREAU INC
PO BOX 706
HIBBING MN 55746-0706

MINNESOTA POWER
P O BOX 1001
DULUTH MN 55806-1001

MODSPACE
12603 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0126

MOOSES HUNTING CAMP
ATTN DAVID VIDMAR
36477 FREESTONE ROAD
GRAND RAPIDS MN 55744-5422

MERIDA NATURAL RESOURCES LLC
ATTN TOM CLARKE
192 SUMMERFIELD COURT SUITE 203
ROANOKE VA 24019-4581

MERIDA NATURAL RESOURCES LLC
CO DENTONS US LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1000
ATTN- OSCAR N PINKAS

MESABI METALLICS COMPANY LLC
CO SIDLEY AUSTIN LLP
ATTN- MICHAEL G BURKE
787 SEVENTH AVENUE
NEW YORK NY 10019-6088

MIDWEST CONSTRUCTORS LLC
HOSTETLER LAW
711 EAST 65TH STREET SUITE 208
INDIANAPOLIS IN 46220
INDIANAPOLIS IN 46220-1609

NIPSCO
P O BOX 13007
MERRILLVILLE IN 46411-3007

NORAMCO ENGINEERING CORPORATION
ATTN JAMES ZIMMER
2729 13TH AVENUE EAST
HIBBING MN 55746-2314

NORAMCO ENGINEERING CORPORATION
P O BOX 1091
DULUTH MN 55810-0091

NORTHERN INDIANA PUBLIC
SERVICE COMPANY  ATTN D COTA
801 E 86TH AVENUE
MERRILLVILLE IN 46410-6271

NORTHERN INDUSTRIAL ERECTORS
ATTN DEREK BOSTYANCIC
P O BOX 308
GRAND RAPIDS MN 55744-0308

NORTHERN INDUSTRIAL ERECTORS INC
FABYANSKE WESTRA ET AL
333 SOUTH SEVENTH STREET STE 2600
MINNEAPOLIS MN 55402-2437

NORTHERN PLAINS RAIL SERVICE
100 RAILROAD AVENUE
P O BOX 38
FORDVILLE ND 58231-0038

NTS
526 CHESTNUT STREET
VIRGINIA MN 55792-2532

NUBAI MEMBER
ATTN JOHN ORAM
P O BOX 2416 ROAD TOWN
TORTOLA VI 11100

OHIO DEPT OF REVENUE
4485 NORTHLAND RIDGE BLVD
COLUMBUS OH 43229-5404

OLD NATIONAL TRUST COMPANY
1 MAIN STREET  3RD FL
EVANSVILLE IN 47708-1464

ONE SOURCE EQUIPMENT RENTALS
ATTN JACK BAXTER
2835 CONCORD ROAD
LAFAYETTE IN 47909-3306

PARSON ELECTRIC LLC
ATTN MICHAEL NORTHQUEST
5960 MAIN STREET NE
MINNEAPOLIS MN 55432-5480

POCAHONTAS MEMBER
ATTN THOMAS M CLARKE
192 SUMMERFIELD COURT STE 203
ROANOKE VA 24019-4581

PRECISION TESTING INC
ATTN CONNIE PEARSON
5559 ENTERPRISE DRIVE NE
VIRGINIA MN 55792-3614

PROGRESS RAIL
25083 NETWORK PLACE
CHICAGO IL 60673-1250

PROGRESS RAIL
ATTN JONATHAN NEWMAN
1600 PROGRESS DRIVE
ALBERTVILLE AL 35950-8545

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 | POCAHONTAS NATURAL RESOURCES LLC<br>CO DENTONS US LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1000<br>ATTN- OSCAR N PINKAS | PROGRESS RAIL LEASING CORPORATION<br>1600 PROGRESS DRIVE<br>ALBERTVILLE AL 35950-8545 |
| RANDALL LEE VANNET TRUST<br>28938 ARBO ROAD<br>GRAND RAPIDS MN 55744-6350 | RANGE ELECTRIC INC<br>ATTN ANNA MAHAN<br>1102 NORTH THIRD STREET<br>SUPERIOR WI 54880-1230 | RANGE ELECTRIC INC<br>FABYANSKE WESTRA ET AL<br>333 SOUTH SEVENTH STREET STE 2600<br>MINNEAPOLIS MN 55402-2437 |
| RAPIDS PROCESS EQUIPMENT INC<br>ATTN BRENT ROERING<br>26489 INDUSTRIAL BLVD<br>COHASSET MN 55721-8696 | RAW MATERIALS IRONMAKING<br>1992 EASTHILL DRIVE<br>BETHLEHEM PA 18017-2709 | RGGS LAND MINERALS LTD LP<br>P O BOX 1266<br>209 E 8TH STREET S<br>VIRGINIA MN 55792-1266 |
| RGGS LAND MINERALS LTD LP<br>P O BOX 4667<br>HOUSTON TX 77210-4667 | RONS KORNER PROPERTIES<br>7896 US HIGHWAY 169<br>BOVEY MN 55709-7905 | RUDD EQUIPMENT COMPANY<br>DEPT 77432<br>P O BOX 77000<br>DETROIT MI 48277-2000 |
| ROBB J BIGELOW<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 | SCHECK INDUSTRIAL CORPORATION<br>ATTN KAREN P LAYNG<br>800 E PLAINFIELD ROAD<br>COUNTRYSIDE IL 60525 | SCHWARTZ REDI MIX INC<br>34882 SCENIC HWY<br>BOVEY MN 55709-6032 |
| SHAMBAUGH SON LP<br>ATTN BILL MEYER<br>7614 OPPORTUNITY DRIVE<br>FORT WAYNE IN 46825-3363 | SOLID PLATFORMS INC<br>ATTN JASON R LAMMERTIN<br>6610 MELTON ROAD<br>PORTAGE IN 46368-1236 | ST LOUIS COUNTY AUDITOR TREAS<br>100 N 5TH AVENUE W<br>DULUTH MN 55802-1287 |
| STATE OF MINNESOTA<br>500 LAFAYETTE ROAD<br>BOX 10<br>ST PAUL MN 55155-4002 | STEPHEN E LEWIS<br>2660 MAPLE AVENUE<br>NORTHBROOK IL 60062-5267 | STEPHEN E LEWIS<br>305 LOCKHART CT<br>FRANKLIN TN 37069-6568 |
| STEVE ELLISON<br>19853 COUNTY ROAD 10<br>WARBA MN 55793-1663 | SUTTLE STALNAKER<br>1411 VIRGINIA STREET E STE 100<br>CHARLESTON WV 25301-3016 | SWEARINGEN CONSULTING LLC<br>6424 WOODLAND COURT<br>AURORA MN 55705-8700 |
| SYSTEMS ASSOCIATES INC<br>1932 INDUSTRIAL DRIVE<br>LIBERTYVILLE IL 60048-9716 | SOLID PLATFORMS INC<br>JASON R LAMMERTIN<br>6610 MELTON ROAD<br>PORTAGE IN 46368-1236 | SOMPO INTERNATIONAL INSURANCE<br>CO LEE WOODARD ESQ<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON STREET SUITE 200<br>SYRACUSE NY 13202-5202 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STATE OF MINNESOTA DEPT OF NATURAL RESOURC<br>500 LAFAYETTE ROAD<br>BOX 45<br>ST PAUL MN 55155-4002 | STEVEN JONES<br>1602 FOREST HILLS AVE<br>GRAND RAPIDS MN 55744-4189 | STEVEN MARK JONES<br>1602 FOREST HILLS AVENUE<br>GRAND<br>RAPIDS MN 55744-4189 |
| TENOVA CORE<br>75 REMITTANCE DRIVE DEPT 3168<br>CHICAGO IL 60675-3168 | THOMAS M CLARKE<br>15 APPLEDORE LANE<br>P O BOX 87<br>NATURAL BRIDGE VA 24578-0087 | TOLTZ KING DUVALL ANDERSON ASSOC INC DBA TKDA<br>444 CEDAR STREET STE 1500<br>ST PAUL MN 55101-2110 |
| TRANE US INC<br>ATTN ROBERT ROERS<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE WI 54601-7511 | TROUMBLY BROTHERS PARTNERSHIP<br>P O BOX 405<br>TACONITE MN 55786-0405 | TWIN CITY FAN COMPANIES LTD<br>ATTN CHRISTINE ARRELL<br>5959 TRENTON LANE N<br>PLYMOUTH MN 55442-3238 |
| THOMAS M CLARKE<br>192 SUMMERFIELD COURT SUITE 203<br>ROANOKE VA 24019-4581 | TOLTZ KING DUVALL ANDERSON AND ASSOCIATES<br>ATTN THOMAS S STONEBURNER PE<br>444 CEDAR STREET SUITE 1500<br>ST PAUL MN 55101-2140 | TRANE US INC<br>CO WAGNER FALCONER  JUDD LTD<br>100 SOUTH 5TH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-1203 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U S NUCLEAR REGULATORY COMMISSION<br>11545 ROCKVILLE PIKE<br>ROCKVILLE MD 20852-2746 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~300 SOUTH FOURTH~~<br>~~SUITE 1015~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| ULLAND BROTHERS INC<br>ATTN LANCE STRANDBERG<br>1634 HWY 210<br>CARLTON MN 55718-8176 | UNITED RENTALS NORTH AMERICA<br>ATTN TARA MILLER<br>6125 LAKEVIEW ROAD STE 300<br>CHARLOTTE NC 28269-2616 | UNITED STATES STEEL CORP<br>OLD HIGHWAY 169<br>P O BOX 417<br>MT IRON MN 55768-0417 |
| UNITED STATES STEEL CORPORATION<br>332 MINNESOTA STREET<br>ST PAUL MN 55101-1314 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | VIKING ELECTRIC SUPPLY INC<br>ATTN MIKE WIERZCHOWSKI<br>451 INDUSTRIAL BOULEVARD NE<br>MINNEAPOLIS MN 55413-2938 |
| VIKING ELECTRIC SUPPLY INC<br>HELEY DUNCAN  MELANDER PLLP<br>ATTN- MICHAEL P COATY ESQ<br>8500 NORMANDALE LAKE BLVD SUITE 2110<br>MINNEAPOLIS MN 55437-3813 | WARD B LEWIS JR REV TRUST<br>CO ERICA LEWIS<br>490 S MILLEDGE AVENUE<br>ATHENS GA 30605-1050 | WASTE MANAGEMENT OF INDIANA<br>P O BOX 4648<br>CAROL STREAM IL 60197-4648 |
| WASTE MANAGEMENT OF WI MN<br>P O BOX 4648<br>CAROL STREAM IL 60197-4648 | WEIR MINERALS NETHERLANDS<br>CO BERENS  MILLER<br>80 SOUTH 8TH STREET STE 3720<br>MINNEAPOLIS MN 55402-2219 | WELDSTAR<br>P O BOX 1150<br>AURORA IL 60507-1150 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WESCO DISTRIBUTION INC<br>ATTN STEVEN KATZ<br>5554 ENTERPRISE DRIVE NE<br>VIRGINIA MN 55792-3692 | WESCO DISTRIBUTION INC<br>WAGNER FALCONER  JUDD LTD<br>100 S 5TH ST STE 800<br>MPLS MN 55402-5357 | WHITE COUNTY INDIANA<br>ATTN AUDITOR<br>2013 WEST 25 SOUTH<br>MONTICELLO IN 47960 |
| WHITE COUNTY TREASURER<br>P O BOX 388<br>MONTICELLO IN 47960-0388 | WILLIAM CLAYTON TRAUERNICHT<br>60 BAYVILLE ROAD<br>LOCUST VALLEY NY 11560-2028 | WILLIAMS SCOTSMAN INC<br>P O BOX 91975<br>CHICAGO IL 60693-1975 |
| WILMINGTON SAVINGS FUND<br>SOCIETY FSB<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19801-7405 | WILMINGTON SAVINGS FUND SOCIETY<br>ATTN GEOFFREY J LEWIS<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19801-7405 | WINTHROP  WEINSTINE PA<br>225 S SIXTH STREET STE 3500<br>MINNEAPOLIS MN 55402-4629 |
| WAGNER FALCONER  JUDD LTD<br>100 SOUTH FIFTH STREET SUITE 800<br>MINNEAPOLIS MN 55402-5357 | WEIR MINERALS NETHERLANDS BV<br>DONNA L CULVER<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801-1147 | WHITE COUNTY INDIANA<br>JONATHAN SUNDHEIMER BARNES  THORN<br>11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS IN 46204-3506 |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>500 DELAWARE AVENUE<br>ATTN- PATRICK HEALY<br>WILMINGTON DE 19801-7405 | XTREME CONTRACTORS CO LLC<br>ATTN TARA WILSON<br>348 E US HIGHWAY 24<br>REYNOLDS IN 47980-8000 | ZEIGLER INC<br>SDS 120436<br>PO BOX 86<br>MINNEAPOLIS MN 55486-0436 |
| ANDREA M HAUSER<br>LEONARD OBRIEN SPENCER GALE   S<br>100 SOUTH FIFTH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-1234 | CO LAMEY LAW FIRM P WEIR MINERALS<br>NETHERLAN<br>980 INWOOD AVE N<br>OAKDALE MN 55128-6625 | JOHN MUHAR ITASCA COUNTY<br>ITASCA COUNTY ATTORNEY<br>123 4TH STREET NE<br>GRAND RAPIDS MN 55744-2681 |

~~EXCLUDE~~
~~NAUNI JO MANTY~~
~~MANTY   ASSOCIATES PA~~
~~401 SECOND AVENUE NORTH~~
~~SUITE 400~~
~~MINNEAPOLIS MN 55401-2097~~

~~EXCLUDE~~
~~WILL R TANSEY~~
~~RAVICH MEYER KIRKMAN MCGRATH NAUMAN~~
~~TA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3450~~
~~MINNEAPOLIS MN 55402-5311~~