UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ERP Iron Ore, LLC,

        Debtor.

Chapter 7
BKY 18-50378 (WJF)

## NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER DIRECTING MINNESOTA DEPT. OF PUBLIC SAFETY, DRIVER AND VEHICLE SERVICES DIVISION, TO ISSUE NEW CERTIFICATES OF TITLE

**NOTICE IS HEREBY GIVEN** that the hearing on the trustee's motion for order directing Minnesota Dept. of Public Safety, Driver and Vehicles Services Division, to issue new certificates of title, ECF. No. 530, has been continued. The hearing was originally scheduled to be heard at 11:00 a.m. on Tuesday, January 7, 2020. The hearing is now scheduled to be heard at **11:00 a.m. on Tuesday, February 18, 2020** before the Honorable William J. Fisher, in Courtroom 2B, at U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

Any response to this motion must be filed and served not later than **Thursday, February 13, 2020** which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

Dated:  January 2, 2020

MANTY & ASSOCIATES, P.A.

*/e/ Mary F. Sieling*

Nauni J. Manty (#230352)
Mary F. Sieling (#389893)
401 Second Avenue North, Suite 400
Minneapolis, MN 55401
Phone: (612) 465-0901
Email: mary@mantylaw.com

*Attorneys for the Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

ERP Iron Ore, LLC,

        Debtor.

BKY No. 18-50378
Chapter 7

---

### UNSWORN CERTIFICATE OF SERVICE

I, Krisann Treague, declare under penalty of perjury that on January 2, 2020, I served copies of the attached *Notice of Continued Hearing on Motion for Order Directing Minnesota Dept. of Public Safety, Driver and Vehicle Services Division, to Issue New Certificates of Title and Unsworn Certificate of Service* on the following parties via U.S. mail, postage prepaid:

Office of the Minnesota Attorney General
Keith Ellison
445 Minnesota Street, Ste. 1400
St. Paul, MN 55101-2131

John Harrington, Commissioner
Minnesota Department of Public Safety
Driver and Vehicle Services Division
445 Minnesota Street, Ste. 190
St. Paul, MN 55101-5190

ERP Iron Ore, LLC
7908 US Highway 169, Ste. B
Bovey, MN 55709

Steven Wilamowsky
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
*Attorneys for Interested Party Ad Hoc*
*Committee of PIK Toggle Noteholders*

Christopher D. Anderson
Allete, Inc. d/b/a Minnesota Power
30 West Superior Street
Duluth, MN 55802

Laura E. Appleby
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
*Attorneys for Interested Party Ad Hoc*
*Committee of PIK Toggle Noteholders*

Donna Culver
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899
*Attorneys for Weir Minerals Netherlands B.V.*

Michael Friedman
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
*Attorneys for Interested Party Ad Hoc*
*Committee of PIK Toggle Noteholders*

Lamey Law Firm PA
980 Inwood Ave N
Oakdale, MN 55128
*Attorneys for Weir Minerals Netherlands B.V.*

Ian T. Peck
2323 Victory Avenue, Suite 700
Dallas, TX 75219
*Attorneys for BNSF Railway Company*

Timothy Daniel Reynolds
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114-1190
*Attorneys for Cleveland-Cliffs Inc.*

Thomas M. Wearsch
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114-1190
*Attorneys for Cleveland-Cliffs, Inc.*

Thomas A. Labuda, Jr.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*Attorneys for Jefferies, LLC*

Matthew E. Linder
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*Attorneys for Jefferies, LLC*

Jeremy B. Reckmeyer
Hunton Andrews Kurth LLP
450 Lexington Ave, 15th Floor
New York, NY 10017
*Attorneys for Liquidity Solutions, Inc.*

Paul N Silverstein
Hunton Andrews Kurth LLP
450 Lexington Ave, 15th Floor
New York, NY 10017
*Attorneys for Liquidity Solutions, Inc.*

Lee Woodard
Harris Beach PLLC
333 West Washington, Suite 200
Syracuse, NY 13202
*Attorneys for Sompo International Insurance*

Executed on: January 2, 2020

Signed: *_/e/ Krisann Treague*
              Krisann Treague, Legal Secretary
              Manty & Associates, P.A.
              401 2nd Avenue N., Suite 400
              Minneapolis, MN  55401