UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

ERP Iron Ore, LLC,

          Debtor.

Chapter 7
BKY 18-50378 (WJF)

---

**ORDER APPROVING THE BIDDING PROCEDURES WITH RESPECT TO THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTOR'S REMAINING ASSETS**

---

This matter came before the court on the motion of Nauni J. Manty, the chapter 7 trustee of the bankruptcy estate of ERP Iron Ore, LLC, for an order approving the bidding procedures with respect to the sale of all or substantially all of the debtor's remaining assets. Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

The trustee's motion is granted. The bidding procedures set forth in the motion are approved.

Dated: *February 13, 2020*

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/13/2020*
Lori Vosejpka, Clerk, by WM