UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ERP IRON ORE, LLC,

      Debtor.

Chapter 7
BKY 18-50378 (WJF)

## ORDER

This case is before the court on the chapter 7 trustee's notice of settlement or compromise filed June 3, 2020 as Docket No. 605. No objections having been filed and based upon the notice of settlement or compromise,

**IT IS ORDERED:** The settlement, as described in the notice of settlement or compromise filed June 3, 2020, is approved.

Dated: July 15, 2020

/e/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/15/2020
Lori Vosejpka, Clerk, by KN