**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re:  BKY No. 18-50378
Chapter 7
ERP Iron Ore, LLC,

      Debtor.

---

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT**

---

1.    Applicant is the trustee in this case.

2.    Applicant believes that the employment of Wesler & Associates, CPA PC as accountant is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: to prepare tax returns for the estate and other accounting work that might arise.

3.    Wesler & Associates, CPA PC, PO Box 19016, Kalamazoo, Michigan, 49019, is qualified by reason of practice and experience to render such representation or assistance.

4.    Proposed compensation and reimbursement of expenses is as follows: $125 to $275 per hour. Expenses to be billed at actual cost.

5.    Said professional has disclosed to the undersigned that it does not have any connections with the debtor, creditors or any other party in interest, their respective attorneys, accountants, the United States Trustee or any person employed in the office of the United States Trustee.

WHEREFORE, applicant prays that the court approve such employment by the trustee.

Dated: March 3, 2022

                              */e/ Nauni Manty*
                              Nauni Manty, Trustee
                              150 South Fifth Street, Suite 3125
                              Minneapolis, MN  55402
                              Ph: (612) 465-0990

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:  BKY No. 18-50378
Chapter 7

ERP Iron Ore, LLC,

Debtor.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Cheryl G. Wesler, of Wesler & Associates, CPA PC, the professional named in the application for employment on behalf of the bankruptcy estate, declare under penalty of perjury the following:

1. Wesler & Associates, CPA PC does not hold or represent any interest adverse to the estate and is disinterested as required by 11 U.S.C. §327.

2. Wesler & Associates, CPA PC does not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the offices of the United States Trustee, except for the following: None

Dated: March 2, 2022

_____
Cheryl G. Wesler
Wesler & Associates, CPA PC
PO Box 19016
Kalamazoo, MI 49019
(269) 482-1015

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

In re:

ERP Iron Ore, LLC,

      Debtor.

BKY No. 18-50378
Chapter 7

**ORDER**

The trustee's application to employ Wesler & Associates, CPA PC as her accountant came before the court. Based on the application, the recommendation of the United States Trustee, and 11 U.S.C. §327,

IT IS ORDERED: The employment is approved.

Date:

William J. Fisher
United States Bankruptcy Judge