# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>ERP Iron Ore, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 18-50378 (WJF) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

The undersigned hereby gives notice pursuant to Fed. R. Bankr. P. 9010(b) that Daniel J. McGarry is appearing in the above-captioned bankruptcy case on behalf of Altos Hornos de Mexico, S.A.B. de C.V.  Pursuant to Fed. R. Bankr. P. 2002(g), all notices and all other papers served or filed in this case, including, but not limited to, pleadings, motions, applications, orders, and financial and other reports, should be served upon:

> Daniel J. McGarry
> Husch Blackwell LLP
> 33 East Main Street, Suite 300
> Madison, WI  53703
> Telephone:  (608) 255-4440
> Facsimile:   (608) 258-7138
> Daniel.McGarry@huschblackwell.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Fed. R. Bankr. P. 2002(i) and 3017(a), and a request for court-designated service as set forth in Fed. R. Bankr. P. 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019, and to receive CM/ECF notifications in this case.  This request for notice does not constitute consent of the requesting party to the jurisdiction of the Bankruptcy Court or a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, at law or in equity,

to which the requesting party may be entitled, all of which rights, claims, actions, defenses, setoffs, or recoupments are hereby expressly reserved.

Dated this 9th day of June 2022.

HUSCH BLACKWELL LLP
Attorneys for Altos Hornos de Mexico, S.A.B. de C.V.

By: /s/ *Daniel J. McGarry*
Daniel J McGarry
MN State Bar No. 0273855
33 East Main Street, Suite 300
Madison, Wisconsin 53703
608.255.4440
608.258.7138 (fax)
Daniel.McGarry@huschblackwell.com